## EXPERT REPORT OF TERRI D. GIDDENS, Ph.D.

I am an active technology consultant and Instructor in the Rawls College of Business, Texas Tech University, Lubbock Texas.  I have a Ph.D. in Business Administration with an emphasis in Management Information Systems.  I have over 28 years of consulting and teaching experience.  I have had lead project management and technical roles in the development of software for many U.S. government entities involving the Department of Agriculture, Department of Defense, Department of the Interior and the Department of Education.  I have developed secure web applications involving highly sensitive financial and student information.  I have served as an expert in the areas of Software Development / Best Practices and Internet Search Engines.  *Please see attached my curriculum vita in Appendix A.*

Over the past 28 years, I have taught at the University level the following courses:   Systems Analysis and Design,  Object Oriented and Structured Programming in over 20 languages, Project Management, Client- Server Application Development, Internet Programming,  Network Security, Network Administration (Windows, Unix, Novell),  Data Communications, Database Administration, Data Structures, Decision Support Systems, Computer Simulation, Computer Hardware, Operating Systems Theory,  Microcomputer Applications, Artificial Intelligence (Genetic Algorithms),  Management Information Systems,  and Computer Center Management.   The courses I currently teach are Internet Programming, Data Communications, Object Oriented Programming and Database Administration.

I have had extensive experience with search engines, search engine optimization (SEO) and ranking of pages.   Not only do I do teach and implement SEO, I have also provided technical assistance in the review and potential infringement of a patent that laid out the fundamentals of how a search engine should rank pages.  For this, I conducted experiments by producing multiple web sites targeting a specific search phrase which differed in SEO attributes, as defined in the patent, which would make one rank higher than another.   A search engine was then asked to crawl the web sites and I monitored the crawling history in the server logs.   Upon doing a search using the specific search phrase, the experimental websites appeared in the search results in the order as predicted, supporting a possible infringement claim.   *A summary of the experiment and results are provided in Appendix B to provide a small sample of my experiences with search engines crawlers and the ranking of search results.*

I have extensive knowledge in the areas of network administration and the design and development of complex web sites.   Not only do I teach courses involving Network Administration and Data Communications, I have configured, wired, secured and maintained multiple Windows and Unix based networks and servers.    In my consulting work, I have assisted in the security, router configuration, upgrade and migration of network servers along with the installation/support of web servers, ftp servers, email servers DHCP servers and DNS servers.     I maintain two servers at home to support my classes and consulting.   Over the years I have monitored server logs for both performance and intrusion.    I have worked with law enforcement in gathering forensic evidence in a breach of a university network.   And, not only do I teach courses in Internet Programming, I have designed and programmed complex and secure websites.   Although I am not privy to the exact logic of all of their proprietary algorithms, I completely understand the underlying technologies utilized by search engines and the social media sites like Facebook and Twitter.

1

I have been retained to provide expert opinions in this matter:  Timothy W. Deegan v. Nexstar Broadcasting, Inc., Case No. 3:14-cd-1419-J-39PDB, United States District Court Middle District of Florida, Jacksonville Division.  As part of the scope of my engagement, I also was asked to specifically review and rebut the opinions of Plaintiff's experts Mike Foley, Andrew Reisman and Chris Anderson.

I have not, during the previous four years, testified as an expert at trial or by deposition.  I am being compensated for my study and testimony at a rate of $200/hour.

The documents I have reviewed for this report are:

- Jason Gould  deposition dated April 9, 2010
- Doug Ware deposition dated April 10, 2015
- Mike Foley expert opinion report dated April 30, 2015
- Mike Foley deposition dated May 29, 2015
- Mike Foley supplemental expert opinion report dated June 30, 2015
- Chris Anderson expert opinion report dated July 15, 2015
- Andrew Reisman expert opinion report  dated July 15, 2015
- Chris Anderson deposition dated July 23, 2015
- Andrew Reisman deposition dated July 24, 2015
- Mike Foley deposition dated July 29, 2015
- Mike Foley email with link to YouTube video sent Thursday, July 30, 2015 10:39 AM
- Net Insight Report
- Server logs from web server hosting web site
- Various documents produced by Plaintiff in discovery

I have assessed the technical issues presented in the documents and will clarify and correct some of these technical issues and render my opinions accordingly, including with specific references to the reports and testimony of Plaintiff's experts.

**Overview of my findings regarding the Expert Opinions of Mike Foley depicted in his Expert Opinion Report dated April 25, 2014, his deposition dated May 29, 2015, his supplemental report dated June 30, 2015 and his deposition dated July 29,2015.**

Mike Foley is not an expert on how the Internet works.   Moreover, the supporting evidence for most of his opinions is technically incorrect.  Precisely, he used a misunderstanding of how Google provides images for a Google Images search to base most of his opinions that would lead one to question the veracity of Doug Ware, a former employee of Nexstar.    His opinions are based on wrong information and, therefore, have no merit.

After a brief overview of how the Internet works, the following findings will be discussed in detail.

- **Mike Foley is not an expert on the Internet and Google Images**
- **Mike Foley's expert, Chris Anderson, is not an expert on Google Images**

- **Mike Foley was shown how to use the time filter of Google Images by Plaintiff's legal counsel and provided the methodology for his findings.  Furthermore, his methodology pertaining to Google Images was not evaluated by colleagues as indicated in his report.**
- **Mike Foley is wrong about how Google Images works.**
- **Mike Foley's misconception about Google Images search results substantially impacted the opinions he presented in his report.**
- **A person cannot duplicate Mike Foley's experiment and get the same results.**
- **There was an image on Mike Foley's 04/23/2015 search results that he should have recognized as having a zero percent chance of being on the list of images that Doug Ware would have received on 06/16/2014.**
- **Images found on Doug Ware's 06/16/2014 search results would not have appeared on Mike Foley's 04/23/2015 search results.**
- **Many other images in Mike Foley's 04/23/2015 search results would not have appeared in Doug Ware's 06/16/2014 search results.**
- **Conclusion:  Most, if not all, of Mike Foley's opinions are based on an incorrect alleged fact and should be disregarded.**

**Background:  How Google gets its information.**

This section gives a short overview of how search engines gather information and images for searching.

**Search Engine Crawlers:**  Built on a spider analogy corresponding with the word "web", "crawling" is the widely acceptable term that is used to describe the process by which search engines, like Google, go from server to server and web page by web page to build up a database of content and images found on the web.  The "crawler", therefore, is a computer algorithm that methodically and systematically scans millions of web sites around world.  When a page is found, the crawler analyzes the *meta information*, or "information about the information" of the page.   This includes, among other things, specific meta tags (keywords and description), its wording, emphasis on wording, headings and placement of text that the author of the page can use to assist the search engine in determining the content of the page.  Furthermore, the content of the page is a combination of what the author says the page is about and what other external pages say the page is about (identified by the words in links from outside web pages to the page).

**Crawling for Internet Images:**  As a search engine's crawler scans through a page, the keywords associated with the page's content is assessed and stored in a massive database.  The algorithm is quite complex.  During the crawl, images (html image tags in the form of <img />) are found and the associated image/ thumbnail, URL, date and title are saved so that they can be easily accessed from a Google Images search.   What is really important to understand is that the date that is stored with the image is "estimated" by the crawler by assessing either meta information or actual content of the page.  So, the date that is associated and saved with the image is not the date that Google crawls the page -- it is simply an estimated date assumed by evaluating meta data and textual content of a page.

Doing a Google Images search today would bring up any image that is currently on the Internet that in some way matches the search phrase that the user provides.   If one were to use the search phrase, "Timothy Deegan sex crime Florida" while doing a Google Images search today, the search results would bring up any image that is currently on the Internet that in some way matches the words "Timothy Deegan sex crime Florida".   Additionally, if one were to add a date filter, say from the beginning of time to 06/16/2014, the search results would bring up any image that is currently on the Internet that in some way matches the phrase *and* has an associated/estimated date on or before 06/16/2014.   This would include images found on pages published after 06/16/2014 where the crawler estimated the date for the image to be on or before 06/16/2014.

Google Images is simply a subset of Google Search.  The difference is that Google Images shows images, not text, in the search results.  The images are linked to the actual web site that hosts the image via a button, captioned "View Page", next to the image.    Content on the Internet is constantly changing.  Information and images come and go.   No image on Google Images will link to a nonexistent web page.  When a web site goes down or changes its content/images, the content/images are taken off or changed for a Google search result.

**There are timing Issues between publishing a page and crawling a page.**  Text and images from a page do not appear on Google or Google Images until after Google has "crawled" the page.   There will be some time lapse between the time a page is saved /published and the time that Google actually crawls the page.

**Only current web content will be provided in a Google search.**   Google search results, whether text or images, will always link to the web site from which the information was found.   If a website goes down, the Google crawler will remove the information from its database.   If a website is modified, the Google crawler will update the information in its database.    The web is dynamic and constantly changing.  Therefore, search results constantly change.   *Google was not designed to historically remember what images and text were available on the web on a specific date in time.*    Google was designed to give people access to current information found on current web sites.

<u>FINDINGS</u>

**Mike Foley is not an expert on the Internet and Google Images.**

In his report, Mike Foley stated his qualifications concerning the Internet as follows:

> "I am also an avid user of the Internet, have a Facebook account (1,450+ friends), a Twitter account (600+ followers) and a Linked-In page (500+ connections as well as a membership in the Journalism Group).  I read five newspapers daily, four on the Internet (on my iPad):  The New York Times, USA Today, the Tampa Bay Times and the Gainesville Sun." and " I monitor the Poynter Institute website regularly to stay current on trends in journalism, ethics, social media and Internet reporting/editing techniques."

To summarize, Foley's technical qualifications are that he (1) uses social media, (2) has an IPad, and (3) reads the content of various news and journalism sites.

In my opinion, this does not qualify him to be an expert in anything that is related to technology.  Simply using Internet applications like Facebook, Twitter, Linked-in and Google Images does not mean that Foley knows the technical foundations upon which they work.

In his initial deposition, Mike Foley confirmed that he did not understand any of technical aspects of the technologies that he used.   (Pages 143-145 of his deposition dated May 29, 2015)

**Mike Foley's expert, Chris Anderson, is not an expert on Google Images.**

Mike Foley testified in his second deposition that he had sought an expert on Google Images just two days before, and after he had written his supplemental report.  (Pages 6-7 of his deposition dated July 29, 2015).  Because Mike Foley requested the services of Chris Anderson, the expertise of Chris Anderson on the subject also needs to be assessed.

In his deposition, Chris Anderson misstated some technical aspects of Google's crawlers.   For example, on page 54 of his deposition dated July 23, 2015, Anderson testifies that Google "watches how much traffic goes to a particular site" and how long visitors stay on a site.

Google crawlers, however, do not have access to server logs.   Server logs exist in folders/directories on a server that is not accessible to the public on the web.  Therefore, Google does not monitor traffic to web sites nor does Google not have any idea how long people stay on a site.   Google crawlers evaluate content of public web pages and can therefore know how many websites link to a particular web site. In Google's algorithm that ranks pages there are many factors that go into the ranking of a page. Media sites, like the *New York Times*, rank high not only because many web sites provide links to them, but also because they have been identified as being well established, over time, with frequently and recently updated content.

Additionally, Chris Anderson testified (on page 126) that he could go into the "back history" of Google to determine whether the Plaintiff had ever been linked to the "sex slave" story except in addition to what is visible currently.

Google, however, does not historically remember what was on the web on a particular date in history.  It would be a massive undertaking for Google to preserve every web site that ever existed by dates, images and content.  The Google "index," as Chris Anderson called it, only provides lookup of search results for information on current web sites.    If what Chris Anderson is implying is true, the deleted web sites that I created in a search engine experiment five years ago would still be accessible and he would be able to find them.  They are not.  Accordingly, Chris Anderson will not find these experiment pages, even with a date range filter, because they are no longer on the Internet.

I reviewed Inergize's server logs and I found that during the time frame that the incorrect mug shot was up, Google crawled the web site at least three times.     The fact that the original web site (Action News)

containing the Plaintiff's image is not available anywhere on the web, for example, definitely establishes that Google does not historically remember all the web sites it has ever crawled.

**Mike Foley was shown how to use the time filter of Google Images by Plaintiff's legal counsel and provided the methodology for his findings.  Furthermore, his methodology pertaining to Google Images was not evaluated by colleagues as indicated in his report.**

In his deposition on May 20, 2015, Mike Foley testified he was provided with the Google Image search method by individuals who work with Plaintiff's counsel (associate Brian Moore and paralegal Lynda Weeden).  These two people were not mentioned in his expert  reports, even though they played a substantial role in the development of his methodology and his understanding of how Google Images works.    I have no documentation to assess the technical qualifications of Brian Moore and Lynda Weeden, and, more importantly, their expertise as it relates to Google Images.

In his report, Mike Foley also said on pages two and three, "I also consulted other journalists with knowledge specific to digital content management to verify that the methodologies employed in reaching my conclusions are reliable, as well as generally accepted and used in the field of journalism." Yet, in the deposition, he stated that, in the matters of performing a Google search and whether the other journalists with whom he consulted verified his methodology, that  "I'm not sure they knew that you could do that."

Nevertheless, Mike Foley is not knowledgeable, nor did he have previous knowledge, of how Google Images uses a time filter to give search results.

**Mike Foley is wrong about how Google Images works.**

Mike Foley does not understand how Google Images works and, therefore, his ability to interpret his search results is incorrect and inaccurate.   Foley carefully laid out the steps that he, under the guidance of Plaintiff's counsel, used to bring up a list of images from a search of Google Images.   He typed in various search phrases that might have been used by Doug Ware as Doug testified to in his deposition. Foley then invoked the "Time" feature and filtered the images by date.   *Where he is absolutely technically wrong is evidenced by his misconception that the list of images that Mike Foley received on April 23, 2015 by using the date filter would have been the exact same list of images that Doug Ware would have received on June 16, 2014.*

Even though in his deposition he states that he is not "a Google expert", he made adamant claims about the results he obtained when doing searches.    The following, taken from Mike Foley's expert opinion report,  are his statements as to what he thought the Google Images search results had given him:

- "On April 23, 2015, I conducted a Google Images search that was substantially identical to the one Doug Ware testified he conducted on June 16, 2014."  (Page 6, lines 11 and 12)
- "I then clicked "Go" which took me to the search results that would have appeared when conducting the same search on June 16, 2014."   (Page 7, lines 5 and 6)

6

- "Upon clicking "Go," the Google Images search effectively becomes a time machine back to when Doug Ware conducted the same search."   (Page 7, lines 7 and 8)
- "Therefore, no matter what search criteria Doug Ware actually used on June 16, 2014, he would have received the same or substantially similar search results that I received."  (Page 7, lines 16 and 17)

Mike Foley is absolutely wrong in these statements.  Mike Foley did not get substantially similar search results as Doug Ware.

What Doug Ware saw when he did a search on June 16, 2014 by using a search phrase like "Timothy Deegan sex crime Florida" would have been the images that were currently on the Internet on June 16, 2014 and associated with that search phrase.   No images would have shown up in his list that had not yet been published to the web and subsequently crawled by a search engine.

What Mike Foley saw when he did a searches in April 2015 by using the search phrase "Timothy Deegan sex crime Florida" would have been the images that were currently on the Internet at that time (in April 2015) and associated with that search phrase.   Furthermore, because he used a date range to filter the results, he would have seen any image that was currently on the Internet that had also been associated/estimated to be on or before June 16, 2014  --  *even if the page on which the image had been found had been published after June 16, 2014.*

Simply put, the search results Mike Foley received could not have been "the exact same list of images" or even "substantially similar."   He did not get "the search results that would have appeared when conducting the same search on June 16, 2014."    Moreover, Doug Ware would have had images in his search results that Mike Foley did not have.    And, Mike Foley had images in his search results that Doug Ware could not have had.   *Google does not historically remember what images were available on a particular date in history.  Google only provides those images that are currently available on web sites at the time a search is performed.*

What is also of interest on this topic is that, if Google Images worked as Mike Foley believes, once the original sex crime article was published on the web on 06/16/2014 with the Plaintiff Timothy Deegan's mug shot, Google would have captured it and it would still be, today, associated with the original sex crime article.   But it isn't.  Because the original erroneous publication was removed and unpublished by Inergize, that website and original publication cannot be found (among other reasons).   All current mug shot images of the Plaintiff Timothy Deegan related to the sex crime article are on pages that clearly identify that a *mistake* was made or are in connection with reporting concerning the lawsuit itself.

**A person cannot duplicate Mike Foley's experiment and get the same results.**

If Mike Foley claims he can do a Google Images search using the search phrase "Timothy Deegan sex crime Florida" with a date range of 0 to 06/16/2014 on April 23, 2015 and emphatically declare that the results would be the same as if done on June 16, 2014, then it goes to reason that I should be able to do the same search on May 6, 2015 and get the same results that Mike Foley got on April 23, 2015.   This did not happen.  I have included the images I received for comparison later in this report.

Additionally, during Mike Foley's deposition on May 29, 2015, a Google Images search was performed according to the methodology he described.   The results were different than the results produced in the attachments of his expert opinion report.   Even though he claims that the images that are displayed would be identical to those Doug Ware would have seen, he could not explain the differences. (Pages 160 and 161).

With an accurate factual basis about how the Internet works, the explanation for the different results is evident.  I got different results because the content of the Internet changed between April 23, 2015 and May 6, 2015.   Mike Foley got the images that were available on the Internet on April 23, 2015 that were associated with his search phrase and date.  Between April 23 and May 6 the web continued to change and Google continued to crawl the web.   The list of images I received doing the same search on May 6 was, understandably, different.  I did not get some of the images that Mike had previously gotten due to the fact that some of the images were no longer on the Internet and / or associated with the search phrase and date.

**There was an image on Mike Foley's 05/23/2015 search results that he should have recognized as having a zero percent chance of being on the list of images that Doug Ware would have received on 06/16/2014.**

 Although Mike Foley testified that he performed many searches, he attached specific searches to his initial report by providing printouts.  The most obvious image that appears in his search results that should have lead him to question his facts requires no technical explanation.

The side image is a screen shot I made on May 6, 2015 from http://www.adweek.com/tvspy/jacksonville-station-mistakenly-shows-rival-meteorologist-as-man-wanted-for-sex-crimes/123966.  I got to this page by clicking on a "Visit Page" button that was next to an image from my Google Images search results presented on the next page.  This web page was reporting the error that had been made and included a screen shot (image) of the web page that contained the error at the bottom of the page.  Note the text under the title that reads, "By Kevin Eck, on Jun. 17, 2014 - 4:47 PM."  So, this page was published on 06/17/2014 and crawled by Google sometime after that. As Google crawled this web page, the image from the bottom of the page that is an image/screenshot of mistake was captured and provided to Google Images with an estimated/associated date 0f 06/16/2014.



8

The following is page 23 from Mike Foley's report that is used as evidence as to the search results he obtained.  I have circled in red the obvious image that could not have been on Doug Ware's search results on the 16th  because it is clearly an image from a web page that was published on the 17th.



Had Mike Foley looked at his information more carefully, he could have reasoned that there is absolutely no way this image appeared on the search results obtained by Doug Ware on 06/16/2014  -- because the mistake had not yet happened.



Had Foley could have clicked on a button beside the image captioned with the words "Visit Page" (circled above in red), he would then have been linked to the web page clearly identifying the mistake from which the image came.  From there he would have seen that the page was published on June 17, 2014.

So how did this image appear on Mike Foley's search results using an ending date range of 6/16/2014? Google crawled the adweek.com website sometime after it was published on the 17th.  The crawler found the image (screen shot) on the web site and "estimated" the date to be 6/16/2014 from the content of the page.  After that, when someone searches Google Images with an end date filter of 6/16/2014 and a search phrase of "Timothy Deegan sex crime Florida", as long as this image and its corresponding web site remain available on the Internet, it will be displayed in the search results.

Mike Foley attempted to offer an explanation for this image on page one of his supplemental report dated June 30, 2015.   In summary, his explanation was that the image had been published to the Internet later that day and Doug would not have seen it at 11:59 A.M.  The publish date on the actual web site is June 17, 2015.   Google captured the image from the web site after it was published on June 17, 2015.  Mike Foley did not give a correct explanation.

**Images found on Mike Foley's 04/23/2015 search results would NOT have appeared in Doug Ware's 06/16/2014 search results.**

I performed a Google Images search on May 6, 2015 using the same criteria (search phrase of "Timothy Deegan sex crime Florida" and date range of "0-6/16/2014") that Mike Foley used on 04/23/2015.  I performed the search so that I could click on the "View Page" button to get more information about when pages containing the images were published to the Internet.

For reference, the following is the first page from the search results I received on May 6, 2015.



For comparison, the following is the first page from the search results Mike Foley (page 22 of his report) received on April 23, 2015.



I clearly did not receive in my search results all of the images that appear on Mike Foley's results -- even though the time difference was only two weeks apart.   By clicking on the "View Page" beside the following images from my search results, the following observations can be made.

1.  http://article.wn.com/view/2014/06/18/**florida_sex_slaves_arrest_tv_station_shows_competitor_8217s**

      Published Date: 06-18-2014



Mike Foley identified this image as one that Doug Ware would have seen.  He referred to it as "the photographs of the perpetrator's mug shot Photoshopped in front of a lot of scantily clad women, clearly linking the perpetrator to the story involving sex trafficking."  This image was captured from a web page posted on 06/18/2014 and was about the mistake.   This image clearly did not appear on Doug Ware's search results of 06/16/2014.

Mike Foley attempted to offer an explanation for this image on page two of his supplemental report dated June 30, 2015.   In summary, his explanation was that the image had been captured by Google from a YouTube video published to the Internet on June 13, 2014.  He specifically mentioned that this image came from the 0:09 mark, or nine seconds into the video.   This is an incorrect explanation.  First, videos and images are stored in different formats with different file extensions.   Google Images crawlers are programs that capture images, or files with a ".gif", ".jpg", ".png" or other image extension from HTML <img> tags  -- not videos.   Furthermore, the Google Images crawler does not have the intelligence to know, precisely, at what point in a video to capture an image.   This image would have been created manually by some person who could "pause" or go frame by frame through the video and stop at the desired location and capture the image to an image format.   Additionally, it is clear that Google captured the image from this web site that was published on June, 18, 2014 – because it provides a link to it.

2. http://www.inquisitr.com/1659056/tim-deegan-photo-mix-up/ Publish date: December 12, 2014



The date of the web page is marked as December 12, 2014, nearly six months later. The title from the web site is "Tim Deegan: Photo Mix-Up Has Weatherman Tim Deegan Suing Because He Is Not A Sex Offender". This image obtained from this web site could not have been on Doug Ware's search results because the mistake had not yet happened.

3. Image from Mike Foley's attachment, with the text "ARRESTED TIMOTHY DEEGAN"

Mike Foley, in his supplemental report, emphasized that "*all* of my date-restricted searches conducted before and after my deposition revealed the image of the actual perpetrator with the text "ARRESTED TIMOTHY DEEGAN".   The image did not show up on my search results on May 6, 2015.

**Conclusion: Most, if not all, of Mike Foley's opinions are based on an incorrect alleged fact and should be disregarded.**

Mike Foley's expert opinion was based on an incorrect understanding of Google Images -- clearly outside his area of expertise.   First, he admitted he was not an expert, alleged that his understanding of Google Images was fact, when it is obviously not.   Furthermore, his methodology was initially provided by Plaintiff's counsel and was not formulated from his own expertise.   His methodology was not verified by any qualified individuals or peers.

His fundamental misstatement, and the premise on which he based his most of his opinions, was that using the date filter on Google Images today would give the actual pictures that Doug Ware would have seen 06/16/2014 (either using date restricted searches from that day or the day before).   Furthermore, it is clear from the images that Foley attached from his search that many of the images could not have possibly been in Doug Ware's search results.   It is highly improbable that Doug Ware and Mike Foley got the same search results, and, therefore, all opinions derived from this premise should be disregarded.

**Chris Anderson**

Chris Anderson, like Mike Foley, is not qualified to render opinions based upon alleged technical knowledge of the Internet and how search engines work.  In significant aspects, as detailed above, Chris Anderson is wrong.

He also misapprehends the need for any "clean up" of Deegan's online reputation.

**Timothy Deegan's online reputation: what needs to be cleaned up related to the mistake.**

Chris Anderson was given the task to estimate the costs to clean up content on the Internet that is alleged to be harmful to the Plaintiff's online reputation arising from the publication at issue.   His methods and opinions in this regard, however, should be disregarded for the following reasons.

When assessing the cost to clean up Timothy Deegan's reputation caused by the mistake, one must first identify the Internet content that needs to be cleaned up that is directly caused by the mistake.   An online reputation is derived from various sources including existing web sites, social media and perhaps Wikipedia.

Pertaining to web sites, there is not a single web site online today that does not either (1) identify the correct Timothy Deegan being arrested for sex crimes or (2) clearly identify that a mistake was made or (3) state that the Plaintiff is suing because a mistake was made.   When doing a Google or Bing search containing "Timothy Deegan" in any form, the user will get search results that contain all three of these topics on the first and second pages.   All of these articles are correct and true and do not leave anyone thinking that Timothy Deegan, the weatherman, was arrested for sex crimes.  No web site exists that falsely says that the Plaintiff was arrested for sex crimes, and all screen shots of the original publication arise from and/or are linked to sites reporting about the mistake itself or the lawsuit.   There is nothing to clean up on existing web sites.

Pertaining to Social Media, as discussed in more detail below, I found that 95.9% of the public posts on Facebook clearly discussed the mistake.   There is not much to clean up there, either.   A quick glance through some of the Twitter posts shows the same trend.

Pertaining to Wikipedia, a look at the page for Timothy Deegan shows nothing about the mistake or even the lawsuit.

Timothy Deegan has some online reputation problems that were from his own personal mistakes and a coincidence.   It was simply coincidence that, when Timothy P. Deegan of Gainesville was arrested for sex crimes, three other Timothy Deegans in Florida had the same name:  Timothy W. Deegan in Jacksonville, Timothy F. Deegan in Melbourne and Timothy R. Deegan in Orlando.   So, if the mistake had not happened, someone doing a search for any of the other three Timothy Deegans by using the search phrase "Timothy Deegan Florida" would have had their name associated with sex crimes – something that each of them may have had to explain even though the articles clearly identify the person as an accountant from Gainesville.

Chris Anderson mentioned some ways to clean up online content.  Two of these were "Sympathetic Removals" and "Court Ordered Removals".   The third involved creating enough highly favorable websites that search engines would rank at the top of the list, in order to have less favorable web sites moved to the second or third pages of a search result.   However, all of the articles and content

appearing currently on the web concerning the publication at issue are true accounts of the mistake and reporting on the lawsuit itself.

The information that is currently presented when a person types in a realistic search phrase clearly shows that there is nothing related to the mistake that needs to be cleaned up.  I did a Google search with the search phrase "timothy deegan weatherman florida"  on July 27, 2015.  The following is the first page of the results of that search:



The content shows a Wikipedia link, two links about the lawsuit, a link about being the weatherman at First Coast News, and a link to an article about being sentenced for the DUI.    Then there are a few images, including the weatherman's mug shot.    The only "harmful" items found on the page are the DUI mug shot and the article about being sentenced for the offense.

Chris Anderson, on page 8 of his report, identified 12 of what he called "harmful" articles:

1. http://www.adweek.com/tvspy/jacksonville-station-mistakenly-shows-rival-meteorologistas-man-wanted-for-sex-crimes/123966
2. http://www.bizjournals.com/jacksonville/news/2014/12/04/tv-weatherman-tim-deeganfiles-defamation-suit.html
3. http://jacksonville.com/news/crime/2014-12-04/story/weatherman-sues-companyrunning-his-photo-story-about-sex-slaves
4. http://www.inquisitr.com/1659056/tim-deegan-photo-mix-up/
5. http://www.dreamindemon.com/community/threads/accountant-timothy-deegan-kept-3-sex-slaves.69964/
6. http://www.examiner.com/article/tim-deegan-weatherman-sues-over-tim-deegan-sexslave-owner-name-mix-up
7. http://folioweekly.com/action-news-tim-deegan-screw-up,10081
8. http://flnewscenter.com/?p=8901
9. http://article.wn.com/view/2014/12/05/TV_weatherman_Tim_Deegan_files_defamation_suit_against_Nexst/
10. http://jaxonpool.com/2014/01/08/bipolar-vortex/
11. http://article.wn.com/view/2014/12/06/Tim_Deegan_Photo_Mix_Up_Has_Weatherman_Tim_Deegan_Suing_Beca/
12. http://www.nydailynews.com/news/national/fla-man-sues-alleged-photo-sex-slavestory-article-1.2034819

From these 12 articles:

Seven articles were about the Plaintiff suing:  #2,# 3, #6, #8, #9,  #11, #12,

Three articles were about the mistake being made:  #1, #4, #7,

One article showed nothing about the Plaintiff:  #10,

One article was about the accountant being arrested:  #5.

Accordingly, there are no articles in Chris Anderson's list about Timothy Deegan, the weatherman, being arrested for sex crimes.  The 12 articles are about the accountant being arrested, a mistake was made, and the Plaintiff is suing.  None of these, by Chris Anderson's own admission, are false stories.   Also, in Chris Anderson's report, he provided screen shots that showed results from various search phrases.  On these, there is not a single article that wrongfully says the Plaintiff was arrested for sex crimes.  Therefore, there's very little, if any, online content related to the mistake that needs to be cleaned up.

**Andrew Reisman**

Andrew Reisman was retained to provide an expert opinion as to the reach and impact of the publication at issue on social media (primarily Facebook).   Like Anderson and Foley, Andrew Reisman

lacked the expertise to render his opinions and missed important information that should have been used in the formulation of his calculations and opinions.   He used a completely statistical approach from one basic fact when he should have considered much more information.   Because his analysis is void of critical information, he has provided invalid estimates as to the reach on social media.

The following will detail:

- **Assessment of the expertise of Andrew Reisman.**
- **Shortcomings of Andrew Reisman's methodology.**
- **Overview of how Facebook works and the physical data that is available.**
- **Overview of Andrew Reisman's statistical estimates based on one piece of physical evidence.**
- **Final comments in regards to the statistical methodology provided by Andrew Reisman.**
- **A tale of two  stories:  An analysis of the comments made using information from publicly available information on the Facebook shares.  (Prevailing story:  A mistake was made.)**
- **Real numbers from real data.**
- **Narrative to explain the real numbers.**
- **Concluding remarks.**

**Assessment of the expertise of Andrew Reisman.**

Andrew Reisman is the CEO of a computer forensics company.  His formal educational background is law.  He has no formal technical education.   He has attended multiple brief seminars pertaining to the use of forensic software where he obtained certifications after passing multiple choice tests that could perhaps be passed with rote memorization.   He did not mention any other technical experience other than the seminars and certifications.    Basically, he is trained to use intelligent forensic software and knows how to read the reports the software generates.

Perhaps because of this lack of training, Andrew Reisman did not ask for key pieces of evidence that he should have known were in existence.  Key information was missed and not included in the formulation of his opinions.   Furthermore, it was Andrew Reisman that performed the statistical analysis, not the software he used.  The software used by Andrew Reisman gathers information – it does not analyze it. The software he was using was not sophisticated enough to provide the analysis.   Therefore, the expertise of Andrew Reisman to perform the analysis, not the software he was using, is fundamental to the value of his opinions.

The use of forensics in any field involves identifying and evaluating all aspects of key physical information or data, assessing other crucial factors and determining their impact on the findings and, finally, applying statistics to fill in the pieces and connect the dots.   In his approach to determine the reach of the shared news article that mistakenly included an image of the Plaintiff in the arrest of someone by the same name accused of sex crimes, Andrew Reisman found only one piece of physical evidence on which to base *all* of his estimates – the number of Facebook shares of the article.   From this one undisputed number he found from looking at one private share, he dove into a completely

statistical analysis to estimate (1) the average number of friends a person has on Facebook, (2) the number of Facebook users who could have had the article shared to their newsfeed, (3) the number of Facebook users who could have seen the share, and (4) the number of Facebook users who would have clicked on the share to view the article from the actual web server.   He attempted to evaluate the number of Facebook users who believed the story to be true, but stopped short of any estimates.

Andrew Reisman did not ask for any other critical information that he should have known may exist. Accordingly, he provided a completely statistical analysis based on very little available information provided to him by the Plaintiff's attorneys.   His scope was to assess the spread of the news story over Facebook.  Information found in server logs, as well as other sources, is crucial to this assessment.   By failing to ask for and review critical information, Reisman demonstrated that he lacked the necessary expertise.

**Shortcomings of Andrew Reisman's methodology.**

Specifically, there are several shortcomings of Andrew Reisman's methodology.  First, if he truly had a deep understanding of how things work, he should have requested and evaluated much more physical information and data.  This includes the complete list of comments from public Facebook shares, the web server log and Net Insight reports generated from the server logs that include a breakdown of people who accessed the web site from a Facebook share.

Second, he did not take into consideration other critical factors and evaluate the impact that these would have on his findings.   This includes the fact that the wrong image was up on the web site for only 55 minutes and that there were two main stories being shared on Facebook – (1) the Plaintiff was arrested for sex crimes and (2) a mistake was made when the Plaintiff's mug shot was posted with the sex crimes article.   Both of these topics had "shock" appeal and were of interest to the social media community.   On pages 11 and 12 of his expert opinion report, Andrew Reisman commented  "that the story was no "average" post, but concerned allegations of lascivious conduct that generated intense viral interest almost instantaneously."  And, one must also take into account that the story that *a mistake was made* was no "average" post and generated intense viral interest instantaneously -- perhaps even more intensely.   If one is to assess the dynamics of Facebook to determine the reach of the original story, one must also assess the dynamics of Facebook in the correction of the story that it was all a mistake.

**Overview of how Facebook works and the physical data that is available.**

Many web pages found on the web provide easy ways for people to share the page/article with friends in social media.   Most people are very familiar with the Facebook and Twitter icons.

Web pages can be designed to help Facebook present a share to a friend's newsfeed.   Special HTML (<og:>) tags can be used to let Facebook know the image to show along with the title and summary.

The first time that someone clicks on the  emblem, the user is communicating with Facebook that he/she wishes to share the page/article.   Upon the first request to share any page/article, Facebook servers will initiate a crawl on the website to "scrape" (find) the image, title and summary that a user will see along with the URL that a user will be redirected to if any of these are clicked on from the Facebook share.   The initial crawl/scrape of the page/article from Facebook servers is recorded in the web server logs.   An initial crawl of a Facebook share in a web server log has the following appearance:

173.252.110.114 www.actionnewsjax.com - 16/Jun/2014:18:17:05 +0000 "GET
http://www.actionnewsjax.com/news/national/story/Florida-man-kept-three-women-as-sex-slaves-police/PfyQ9oL9skmbTVPzZudHrw.cspx?rss=2791 HTTP/1.1" 200 0.093 60522 332 0 - "-"
"facebookexternalhit/1.1 (+http://www.facebook.com/externalhit_uatext.php)"
TCP_REFRESH_MISS

This it the actual entry in the web server log that marks the first time that Facebook crawled and scraped the image, title and summary from the article with the content id of "PfyQ9oL9skmbTVPzZudHrw" that contained the image of the Plaintiff.   The date is June 16, 2014.  The time is shown as 18:17:05, which has been found to be adjusted to the time of 1:17:05 PM Central Daylight Time.   It is recognizable in the log as coming from a Facebook server by looking at the IP address of 173.252.110.114 and includes the text "facebook.com/externalhit".   Many of Facebook's servers have IP addresses that start with 173.   Additionally, in the logs, it was found that over 70 different Facebook servers crawled the article during the first few hours.

After the initial crawl and scrape of the article by Facebook, the share is now available to be viewed from Facebook by the friends of the person who shared the article.   Whether the share appears at all, high on the list or low on the list on a friend's News Feed is determined by the Facebook News Feed Algorithm.  This algorithm considers over 1000 items, including how close, in terms of following, the sharer is to a friend, whether the friend spends a lot time on the sharer's posts and the type of posts the friend is likely to be interested in.   The continued interest in or updates to the share, assessed in part by the number of comments, will keep a post higher in the News Feed.   People with a higher number of friends may have a share appear on a lower percentage of their friends' News Feeds whereas people with a lower number of closer friends may have a share appear on a higher percentage of their friends' News Feeds because, even though a person has a lot of friends, it doesn't mean that all the friends actively follow him/her.   The Facebook News Feed Algorithm takes this into consideration before placing the share on a friend's news feed.

Access to the web site that originates from someone logged into Facebook and clicking on a share will also be recorded in the web server logs.   When a person clicks on a shared post to access the real web site for more information, an entry is made in the web server log that has following appearance:

70.209.18.137 www.actionnewsjax.com - 16/Jun/2014:18:25:55 +0000 "GET http://www.actionnewsjax.com/news/national/story/Florida-man-kept-three-women-as-sex-slaves-police/PfyQ9oL9skmbTVPzZudHrw.cspx HTTP/1.1" 200 0.046 14805 475 0 - "https://www.facebook.com/" "Mozilla/5.0 (Windows NT 6.3; WOW64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/35.0.1916.153 Safari/537.36" TCP_HIT

This entry in the web server log marks the first time that someone clicked, from Facebook, on a Facebook share to access the web site containing the full page/article.   The date is June 16, 2014.   The time is 18:25:55, which has been found to be adjusted to the time of 1:25:55 P.M. CDT.  The IP address of the person's computer is 70.209.18.137.    It appears that the user was using a computer running Windows and using the Google Chrome browser.   It also shows that the user was on "https://www.facebook.com" before they landed on the page/article at "http://actionnewsjax.com/news....."   A lookup of the location of this IP address using http://ipaddresslocation.org displays the following:

IP Address: **70.209.18.137**
Hostname: **137.sub-70-209-18.myvzw.com**
IP Country: **United States** 🇺🇸
IP Country Code: **USA**
IP Continent: **North America**
IP Region: **Florida**
IP City: **Leesburg**
IP Latitude: **28.8108**
IP Longitude: **-81.8779**
Organization: **Verizon Wireless**
ISP Provider: **Verizon Wireless**

The person was using Verizon Wireless as the ISP (Internet Service Provider) and was located in Leesburg Florida.   In summary, the first time that is recorded in the server logs that indicates someone originating from Facebook to the Action News web site was at 1:25:55 PM CDT on June 16, 2014 which is 30 minutes after the Plaintiff's mug shot was displayed on the web site.

Facebook keeps track of the number of shares of a page/article.   Andrew Reisman provided a screen shot from Josh Lachut's Facebook timeline that shows the following:

20



This image shows that the page/article was shared 1040 times.   This post is available on the web today and marks officially that 1040 is the total number of shares to date.    Of interest in this screen shot of the Facebook share is that the image is blank.   The reason why the image is not available is because Facebook servers continued to crawl the web site and found that the web site is no longer available and the image was removed from cache -- which is provided to Facebook by Akamai Technologies.    The shares and their associated comments/posts have been historically preserved in Facebook.

If a person were to click on the link ⭳ 1,040 shares , he/she would be directed to a complete listing of all "public" shares and their corresponding comments/posts.   These can also be quickly accessed today by using the URL/Location of https://www.facebook.com/shares/view?id=10202346695534338.   Attached, in Appendix C, is the full content of the public shares and comments, in the order they were shared with the first shares at the bottom.  Identified from the list are 212 *public* shares of the 1040 *total* shares.   I will be referring these later in this report.   The remaining 828 shares have been blocked by the "private" setting of some of the people who shared the page/article.    Comments available on each of the shares are also limited to the comments made by people who allow their posts to be "public".

Andrew Reisman provided a listing of the public shares in his report that he said he obtained from using the forensic social media software program X1 Social Discovery.   Reisman had identified 217 public shares and the difference is due to five people changing their privacy settings from public to private.

It is important to view the list of public shares and their commentary in order and in full context to assess the early comments as to how fast news started to spread that a mistake had been made.

**Overview of Andrew Reisman's statistical estimates based on one piece of physical evidence.**

This section will give a brief overview of the statistical methods used by Andrew Reisman who derived all of his findings from the one undisputed fact that the page/article was shared by 1040 people on Facebook.   Keep in mind that more physical evidence was available and should have been considered in his calculations.   Furthermore, because his estimates are void of many facts, they should be disregarded.

Andrew Reisman started with the fact that there were 1040 Facebook shares.   Then he calculated the average number of friends a Facebook user has.   I strongly disagree with this estimate.   Andrew Reisman derived the average number of friends based on the number of friends of the people who made the public shares.   Statistically speaking, this is referred to as a "biased sample" and should not be used.   People who have public settings tend to have more friends – and they want others to know it.   I searched around the Internet to find a more accurate number for the average number of friends.  The latest study I could find was published in June, 2015 from http://www.statisticbrain.com/facebook-statistics/ and shows the following:



This shows that the average number of friends is 130, well below the 766 calculated by Andrew Reisman.   I trust that the 130 shown in this study is much more accurate because it is not calculated from a biased sample of "public" Facebook users who shared the same story.

Using his over-inflated value of 766 for the average number of friends, Andrew Reisman went on to estimate the reach of the Facebook shares:

    Number of Facebook Users receiving the article:  (766 x 1040) = 796,640.

If this calculation used a more accurate number as to the average number of friends, the value would be (130*1040) or 135,200 -- which is much lower.  Using the exaggerated number of friends wrongfully gave him a large number in which to start his statistical estimates.

Andrew Reisman continued his analysis with the inflated and *estimated* numbers.   He used a study from Stanford that showed a median of 35% of a person's friends will actually view the share.  But he went on

22

to say that this number could be as high as 90%.   So he took 35% of his 796,640 and came up with a valid median estimate for the number of Facebook users who actually saw the publication as 278,824. If I were to apply the same calculations, but using a truer value for the average number of friends, I would get a much lower number.  Thirty five percent of 135,200 is 47,300, which, once again, is much lower.   The percentage of a person's friends who see the article on their news feed is influenced by many factors, including around 1000 factors included in the Facebook News Feed algorithm mentioned above.

Andrew Reisman went on to discuss "friend overlap" and mentioned that another study found that between 3.31% and 7.36% of the people actually clicked on the share to go the real web site.  He did not offer any numbers after this discussion.

Andrew Reisman also briefly mentioned Twitter, but did not offer any estimates.   It is my belief that as Facebook goes, so goes Twitter.    If Facebook posts were primarily about the mistake, Tweets would more than likely be primarily about the mistake.    From reading the Tweets found in Andrew Reisman's report, it appears that a majority of them were about the mistake.

**Final comments in regards to the methodology provided by Andrew Reisman**

In my opinion, even if  the physical evidence provided in the server's web logs was not available, and the only true number we had to work with was the 1040 shares, Andrew Reisman's statistical methodology would still have a major flaw.  *Andrew Reisman did not consider many crucial factors and assess their impact on his findings.*    The most important fact that he omitted was that the web site with the wrong picture was up for only 55 minutes, from 12:59 PM CDT to 1:54 PM CDT.   Moreover, Andrew Reisman had access to a screen shot was taken at 2:54 (1:54 PM CDT) that shows that there were only 7 Facebook shares at the time the image was taken down from the web site.  The following was taken from page 4 of his report.



He also had access to another screen shot provide that was captured at 3:29 (2:29 PM CDT) that shows only 15 Facebook shares.



After an hour and a half, and over 30 minutes after the image was taken down, there were only 15 Facebook shares.

Another important fact that he omitted was that the prevailing story on the public shares was that a mistake had been made.

Mainly because other critical physical evidence/data is available and was not used, the completely statistical approach provided by Andrew Reisman is unwarranted.  Furthermore, because he gave no attention to highly important crucial facts, his assessment has no merit.

**A tale of two  stories:  An analysis of the comments made using information from publicly available information on the Facebook shares.  (Prevailing story:  A mistake was made.)**

The news article about a Florida accountant from Gainesville with a picture of the Plaintiff in a bright orange jump suit generated two story lines.   These two "viral" – or fast spreading – stories were making their way through social media beginning June 16, 2014.    For 55 minutes, a story with an incorrect mug shot was mistakenly displayed on a web site.  During the 55 minutes, only 7 Facebook shares were made.  From looking at the server logs, the first one was made at 1:17 PM CDT– identified as the first time a Facebook server crawled the news article.  The first click originating from Facebook was at 1:25 PM CDT.   But it didn't take long for social media to start the second more viral story that day once it realized that a mistake had been made.   Faster than the original story, the fact that a mistake had been made began its "viral" spread through Facebook.

There was not a dichotomy of the two stories – they lived together in the same Facebook shares' commentary.     And, as soon as the first story took off, the second one overshadowed it.   The fact that it was a mistake was being discussed on Facebook even before the image was taken down and the apology posted.   Facebook users were smart enough to reason that the article was about an accountant from Gainesville and the Plaintiff is a weatherman from Jacksonville.   Some realized it was a mistake by

simple reason that they would not have just seen the weatherman on TV if he had been arrested.  After the correction, posts were made that indicated the mug shot was taken down quickly.

The complete list of public shares and complete commentary is included in Appendix C.  Any person who wishes to understand the nature of the comments on Facebook should take the time to read through the posts.  *The prevailing topic was that a mistake was made – not that the Plaintiff was arrested for sex crimes.*  I numbered each post from 1 to 212 for ease of reference.  The earliest shares are at the bottom.  The appropriate way to read this is to start at the bottom with share #212 and read the comments in each share.   Each comment in a share is clearly marked with the time the comment was made.

I evaluated each of the 212 public shares.  In each share, I looked to see if the discussion included comments about the mistake.  These have the defining comment highlighted in green.   In the shares where it was impossible to know what the commentary was about, either because there were no public comments, sarcasm could have been used or it was hard to tell if the person was "OMG" about the Plaintiff being arrested or that a mistake had been made, a comment or an added text of "NO PUBLIC COMMENTS" is highlighted in blue.   The shares in which the entire commentary was about the Plaintiff being arrested for sex crimes have a comment highlighted in pink.

After going through the comments and identifying them with green, blue and pink, I counted up the number of posts for each color.   Out of the 212 public posts, 163 were determined to include comments about the mistake, 42 were identified as being impossible to determine and 7 were found to be entirely about the Plaintiff being arrested.   Therefore, out of the 212 public posts, only 170 had clearly identifiable story lines.

It should be noted also, that the early posts (found at the bottom of the attachment) were about the mistake.  In each of the first 13 public posts, numbered 200 – 212, there is a comment within the first 2-3 comments of the post that indicates that a mistake had been made.

Doing a simple calculation, 95.9% (163 /170) of the identifiable topics of the public posts included comments about the mistake.   *The prevailing story line was that a mistake was made.*

Facebook is powerful.   It can get a story out quickly.   And it can correct a story quickly, too – and in the same place where it was posted wrong.   The wrong story had a very short life and the prevailing story of the mistake spread fast --  so fast that 95.9% of the *public* shares were about the mistake.


**Real numbers from real data:  A breakdown of the real numbers from the server logs and other sources of physical data.**

The following facts were found from the following sources:

- Net Insight spreadsheet – verified as being accurate by comparing to the original server logs
- Server Log taken from 6/16 – used to find first crawl/scrape from Facebook

- Public posts from Facebook using the URL:
  https://www.facebook.com/shares/view?id=10202346695534338  (See attachment B)
- Facebook Statistics from June 25, 2015:  http://www.statisticbrain.com/facebook-statistics/ )

### Real Facts from Real Data

| | |
|---|---|
| Time story was initially published | 12:41 PM CDT |
| Time story was published with Plaintiff's mug shot | 12:59 PM CDT |
| Time of first Facebook share | 01:17:05 PM CDT |
| Time of first access to web server from a Facebook share | 01:25:55 PM CDT |
| Time the Plaintiff's mug shot was taken down | 01:54 PM CDT |
| Total number Facebook shares as of 1:54 PM CDT | 7 |
| Total time Plaintiff's mug shot was on the web site | 55 minutes |
| Time of first public Facebook comment to a public Facebook share | 02:02 PM CDT |
| Total number of Facebook shares as of 2:29 PM CDT | 15 |
| Total number of Facebook shares | 1,040 |
| Percentage of Facebook shares during the time the Plaintiff's mug shot was visible to the total number of Facebook shares (7/1040) | 0.67% **(less than 1%)** |
| Percentage of Facebook shares after the Plaintiff's mug shot was taken down (1033/1040) | 99.33% |
| Total # of hits to the story (Unique IP addresses) | 76,292 |
| Total # of hits originating from Facebook (Unique IP addresses) | 62,999 |
| Percentage of hits originating from Facebook (62999/76292) | 82.7% |
| Total # of hits originating from Facebook while showing Plaintiff's mug shot (through 1:55 PM CDT) | 458 |
| Percentage of hits originating from Facebook while showing Plaintiff's mug shot to the total # of hits originating from Facebook (458/62999) | 0.72% **(less than 1%)** |
| # of shareable topics generated from the news story on the web site (1)Plaintiff was arrested and (2) a mistake was made | 2 |
| # of Public shares from the 1040 overall shares | 212 |
| # of Public shares in Facebook where the conversation was about the mistake | 163 |
| # of Public shares in Facebook where it could not be determined whether the conversation was about the mistake or that the Plaintiff was arrested | 42 |
| # of Public shares in Facebook where the conversation was not corrected and only about the Plaintiff being arrested | 7 |
| # of Public shares in Facebook where the conversation topic was identifiable (163 + 7 or 212 - 42) | 170 |
| Percentage of Public shares in Facebook where the conversation was identifiable and about the mistake (163/170) | **95.9%** |
| Percentage of Public shares in Facebook where the conversation was identifiable, not corrected and only about the Plaintiff being arrested (7/170) | **4.1%** |

**Applying Some Statistics Using the Average # of Friends**

| | |
|---|---|
| Average # of friends for a Facebook user | 130 |
| # of Facebook users who could have had the share appear on timeline/newsfeed (1040 X 130) | 135,200 |
| Percentage of Facebook friends who actually viewed the share (Reisman used 35% (35% X 135,200), but said it should be more) | Reisman: 35% My calculation: Not used – range is too wide and affected by over 1000 factors evaluated by Facebook News Feed Algorithm |
| Total # of hits originating from Facebook (fact repeated from above for convenience) | 62,999 |
| Percentage of Facebook users who clicked through to the article hoping to view the mistake  (62999/135200) | 46.6% |
| Percentage of conversations about the mistake (fact repeated from above for convenience) | 95.9% |

**Narrative to explain the real numbers.**

The facts speak for themselves.   And the Facebook users speak for themselves.

A large percentage of the web traffic originated from Facebook.  Therefore, it is important to note what really happened on Facebook.  *Over 99% of the Facebook shares occurred after the Plaintiff's image was taken down.*  There were only 7 Facebook shares by the time the mug shot was taken down.   Less than 1% of the Facebook users who clicked through to the web site saw the Plaintiff's mug shot on the article. That means over 99% of the Facebook users who clicked through saw the article *without* the Plaintiff's mug shot and an apology.  A staggering 95.9% of the Public posts were about the mistake.  The prevailing "OMG" story was that a mistake was made.   Over 46% of the people clicked through to the article, probably because they were curious and wanted to see the mistake.  Very few people believed the initial story to be true, even early on as evidenced by the comments made in the first 13 Public shares.  The majority of the people knew it was a mistake.

The following graph clearly summarizes the activity to the web server over the course of the day on June 16, 2014.



Web Traffic June 16, 2014 1

The chart depicts and compares the total views, total views using unique IPs, total Facebook views and total Facebook views using unique IPs from 1:00 PM CDT to 10:00 PM CDT.  The counts were obtained from the Net Insight report.   The graph timeline along the bottom shows that the hits to the web site started around 1:00 PM CDT when the article was first published.   Around 2:00 PM, it was discovered that the mistake had been made and a flurry of activity occurred to get the mistake corrected.  After the correction, the traffic to the web site normalized around 3:00 PM.  The increase in traffic at 4:00 PM CDT (5 PM EST) corresponds with people getting off work and logging onto the web to catch up with day's events.   The chart does not show a huge, non-correcting spike during the first few hours.  This demonstrates that the story line that the Plaintiff was arrested for sex crimes was not "viral" in nature during the time the Plaintiff's mug shot was visible and supports the claim that interest in the story was not prevalent until after news got out that a mistake had been made.

I did not assess the impact of the publicity generated from the Plaintiff filing a lawsuit on the remaining few Facebook users who may have believed it to be true.

**Concluding remarks regarding Reisman's opinions.**

Andrew Reisman provided a completely statistical analysis based on a single number.  He missed a lot of physical evidence that he should have used, and in fact did not recognize the need for such information in rendering accurate opinions.  Accordingly, his estimates have no merit and should be disregarded.

Terri D. Giddens, Ph.D.

August 7, 2015

# APPENDIX A

**APPENDIX A     Curriculum Vita**

**Terri D. Giddens, Ph.D.**

Rank: Instructor, Texas Tech University
Area: Information Systems and Quantitative Sciences
College: Rawls College of Business
Year Joined the Institution:  Fall, 2001

**I. Educational Background**

Ph.D. Business Administration:  Texas Tech University, Lubbock, Texas, 1994. Major area: Management Information Systems. Minor area: Computer  Science.

M.B.A., West Texas State University, Canyon, Texas, 1989. Field of specialization: Computer Information Systems.

B.S. Education, West Texas State University, Canyon, Texas, 1987.  Fields of specialization: Secondary Education,  Computer Science, and Mathematics.

**II. Teaching Experience (28.5 years experience)**

Instructor, Area of ISQS, Texas Tech University, Fall, 2004 - present.

Visiting Assistant Professor, Area of ISQS, Texas Tech University.  Fall, 2001 - 2004.

Associate Professor, Department of Computer Information  Systems, West Texas A&M University.    Network Administrator and lab supervisor for the Computer Information Systems Department. Systems administrator for Novell, NT, and Unix servers.  8/92 to 05/01.  Tenured 1998.

Visiting Professor / Adjunct , College of Business, Wayland Baptist University.  1992 - 1998.

Corporate Training:  University of Texas (2001): Corporate training at BWXT Pantex Plant. Oracle/ SQL training for current DBA's.
                University of Texas (2001): Corporate training at BWXT Pantex Plant. Advanced Delphi Programming.
                Affiliated Foods (2000):  Microsoft Office
                Panhandle Plains Student Loan Center (2005):  Advanced Microsoft Excel / DB400 integration

Instructor,  Department of Computer Information Systems,  West Texas A&M University, 1/90 to 7/92.

Teaching Assistant, 1/88 to 12/89; West Texas A&M University.

Courses taught include :   Systems Analysis and Design / Object Oriented and Structured, Project Management, Client / Server application development, Over 20 programming languages, Internet Programming / Security, Network Administration (Windows, Unix, Novell) / Security / Integration, Data Communications, Database / Database Administration, Data Structures, Decision Support Systems / Simulation, Computer Hardware, Operating Systems Theory,  Microcomputer Applications, Artificial Intelligence (Genetic Algorithms),  Management Information Systems,  Computer Center Management.

Currently teaching:  Database Systems,  Data Communications/ Unix Administration,  Object Oriented Programming, Internet Programming

Have a current valid Texas Teacher Certificate for Secondary schools with teaching fields of Computer Science and Mathematics.

**III. Professional Meetings Attended**

Southwestern Federation of Administrative Disciplines; Dallas, TX; March, 1990.
Southwestern Federation of Administrative Disciplines; San Antonio, TX; March, 1992.
Western Federation of Administrative Disciplines;  Maui, HA,  March, 1994.
Southern Management Information Systems Association; Gulfport MS, March, 1997
Association of Management; Montreal, Canada, August, 1997
Southern Association for Information Systems (SAIS), Atlanta Georgia, April, 1999

---

**IV.  Publications**

Journal articles

1. J. Craig Potts , Terri D. Giddens and Surya B. Yadav. (1994).  The Development and Evaluation of an Improved  Genetic Algorithm Based on Migration and Artificial Selection." IEEE Transactions on Systems, Man, and Cybernetics,  24(1), 73-86.

2. Giddens, Terri D. and Gaasch, Kevin. (Spring 2003).  The Development of a Business Rules Engine: A Condition-Action Rule Algorithm for Finite Static Lists.  Journal of International Technology and Information Management,  Volume 12 (Number 1), 43-59.

Dissertation

"Determination of the Invariant Components of the Traditional Genetic Algorithm Using an Adaptive Genetic Algorithm Generator"

Technical Documents from Government Grants (confidential documents)

1. Inventory of Wells. (July 1995). Contract No. CBB 00136494, U.S. Department of  the Interior, Bureau of Indian Affairs, Anadarko Area Office

2. Radioactive Material Management Area Tracking System.  (October 1999).  U.S.  Department of Energy.  Pantex Plant.

---

Proceedings

1. Giddens, Terri D. and Potts, J. Craig.  (1992).  "Consideration for MIS Research Design and a Framework for Selection of the Appropriate Research Method."  Decision Sciences Institute - Southwest. San Antonio, TX.

2. Potts, J. Craig, and Giddens, Terri D. (1992).   Determination of an Optimal Solution for a File Allocation Problem Using a Genetic Algorithm."  Decision Sciences - National Convention, San Francisco, CA.

3. Potts, J. Craig and Giddens, Terri D. (1993). "Utilization of a Genetic Algorithm for the Determination of the Weights and Biases in a  Neural Network."  Decision Sciences - Southwest,  New Orleans.

4. Giddens, Terri D.,  Durrett, John, and Potts, J. Craig. (1993).  "Determination of an Optimal Solution for Quadratic Assignment Problems Using a Genetic Algorithm."   Business and Economics Conference, Urban Business  Association, Baltimore, Maryland, 201-206.

5. Giddens, Terri  D. and Durrett, John. (1994). "The Use of an Adaptive Genetic Algorithm Generator for the Determination of Invariant Parameters."  Decision Sciences Institute - West.  Maui, Hawaii.

6. Singhal, Amit, Terri D. Giddens, and Nelson, Lance. (1995).  "Optimally Balanced  AVL  Trees: A   Modified Algorithm." Association of Management 13th Annual  Conference,  Vancouver, Canada.

7. Giddens, Terri D.  and  Bryan, Rusty.  (1997).  An Object-Oriented Approach to Teaching Computer Concepts.   To appear in the on-line Proceedings of the Third Annual Southern Management Information Systems Association Conference, Gulfport, Mississippi.

8. Giddens, Terri D.  (1997).  The Impact of Operators and Parameters in Genetic Search: A Critical Review of Genetic Algorithm Research. Proceedings of the 15th Annual International Conference of the Association of Management and the International Association of Management, Computer Science Division, Montreal, Quebec, Canada, 15(1), 34-39.

9. Giddens, Terri D. and Buse, Carol. (1997).  Computer Programmers: Creative vs. Non-Creative; Implications for Educators and Information Systems Managers. Proceedings of the 15th Annual International Conference of the Association of Management and the International Association of Management, Computer Science Division, Montreal, Quebec, Canada, 15(1), 172-174.

10. Buse, Carol and Giddens, Terri D. (1997). Use of Multiple Intelligences to Educate/Train Adults in Computer Technologies. Proceedings of the 15th Annual International Conference of the Association of Management and the

International Association of Management, Strategic Issues in IS/IT Management Division, Montreal, Quebec, Canada, 15(1), 1-5.

11. Giddens, Terri D. (1999).  Computer Literacy in the New Millennium.  Proceedings of  the Second Annual Conference of the Southern Association for Information Systems.  Atlanta, Georgia.  April, 1999.

12. Giddens, Terri D. and Hyndman, Bobbie (1999).  "Introduction to Information Science:  A New Course for Development of Technological Research Skills for Higher Education."  International Academy for Information Management, Charlotte, North Carolina. December, 1999.

13. Brown, Patricia M. and Giddens, Terri D. (2003). Simplication of E-Commerce Site Development by the Creation of Separate Client-Side/Server-Side Business Rules Engines:  A Conceptual Model."  Decision Sciences Institute Southwest.  Houston, TX.  March, 2003.

---

Articles - Editorials

1. Computer Department Keeping up with Advances,  More Than Brick and Mortar  Column,  Amarillo Globe News, January 31, 1991.

2. "Student Research Conference," More Than Brick and Mortar Column, Amarillo Globe News, October,1999.

---

## VI. Other Research Activity

1. Reviewer/Discussant, Decision Sciences Institute - Southwest, Dallas, TX, March, 1990.
2. Reviewer, Decision Sciences Institute - Southwest, San Antonio, TX,  March, 1992.
3. Reviewer, Decision Sciences Institute - Southwest, New Orleans, LA,  March, 1993.
4. Reviewer, Academy of International Business - Southwest Conference, Asia Pacific Track,  April,1993.
5. Reviewer, Decision Sciences Institute - Southwest, Houston, TX,  March, 1995.
6. Reviewer,  IEEE Transactions (Journal), Spring, 1997, 1999, 2000, 2001.
7. Discussant,  Association of Management - Montreal, Canada, August, 1997.
8. Reviewer of research grant applications, Sam Houston State's Faculty Enhancement Program, 2003.

---

## VI. Consulting

1. United States Department of Agriculture (2015).  Co - Primary Investigator.  Design of a web based Economic Intelligence Observatory for the Secretariat for Central American Economic Integration for Costa Rica, Panama, Guatemala, Honduras, Nicaragua and El Salvador. Funded by Foreign Agricultural Service-USDA.

2. United States Department of Agriculture (2014) (2015).  Co - Primary Investigator. Designed and developed a bilngual web-based Content Management / Agricultural Market Information System for the People's Republic of Bangladesh, Ministry of Agriculture, Department of Agricultural Marketing that was funded by Foreign Agricultural Service-USDA.

3. Panhandle Plains Management and Servicing Corporation. (2011 - Current):  Project lead and developer of a web-based default prevention system that supports data from the United States Department of Education's National Student Loan Database System. Networking and security technical assistance.

4. Intellectual Property Expert (2008)(2014) .   Internet Search Engine and Patent Infringement consultation.

5. Run Business Solutions, Amarillo (2013).   Microsoft Visual Studio / Web Development training to advanced Internet developers.

6. Texas Panhandle Sports Network (2002 - current).  Development and support of a web-based athletic events schedule, standings and scores of high schools in the Texas Panhandle.

7. Panhandle Student Loan Center/ Technology Corporation (2001 - 2008):  Administrative advisory and technical assistance for a J2EE/.NET and Crystal Enterprise student loan origination system and loan servicing system to meet regulatory guidelines of the Department of Education.

8. Expert Witness  (2001-2004):  Cost Effective Programs, Inc. vs. Sun Microsystems.   Expert in software develpment best practices and Java/ J2EE systems.

9. Export Witness List:  Silicon Valley Expert Witness Group

10. Opportunity Plan (2004- current):  Project lead, developer and support of a Donation Tracking System / System Integration for a non-profit student loan organization.

11. University of Texas (2001): Corporate training at BWXT Pantex Plant. Oracle/ SQL training for current DBA's.

12. University of Texas (2001): Corporate training at BWXT Pantex Plant.  Advanced Delphi Programming.

13. Amarillo Little Theatre (2000):  Provided database support for system conversion.

14. Affiliated Foods (2000):  Provided on-site computer training to approx 180 employees .

15. Ultramar Diamond Shamrock (1999):  Provided an independent audit of Year 2000 procedures, test plans, test results, and contingency planning for The Diamond Shamrock Credit Card Center in Amarillo.  Reporting is for the Federal Financial Institutions Examination Council (FFIEC) as mandated by the Comptroller's Office of the Currency (OCC).

16. Herring National Bank (1999) and First State Bank of Hereford (1999):  Year 2000 Audit for FFIEC.  (Same as above)
17. U.S. Department of Defense, Mason and Hangar (now BWXT),  Pantex Plant (1998).  Designed and developed a Radioactive Material Tracking System for the Radiation Material Management area.
18. U.S.  Department of the Interior Bureau of Indian Affairs / OA Systems (1995):  Provided database programming, analysis and management to provide an inventory of wells on and around Indian reservations in Oklahoma.
19. High Plains Baptist Hospital (1993- 1996):  Provided community and county survey results analysis and reporting.
20. Saint Anthony's Hospital (1993-94):  Designed and developed  three systems for the Quality Management department. Systems developed were for patient record review to meet guidelines for accreditation, physician credential reporting, and patient survey analysis and reporting.
21. Various consulting to over 30 local businesses.
22. Microsoft Beta Tester of new Microsoft software (2000-2005).

---

**VII. Professional presentations, speeches**

1. Women's Financial Series.  May, 1993.  Topic:  Genetic Algorithms.
2. Epsilon Delta Pi Distinguished Lecture Series.   February, 1993. Topic: Genetic Algorithms.
3. Business Advisory Board.  November, 1993.   Topic: Genetic Algorithms.
4. Panhandle Information Network.  May, 1996.   Topic:  Internet.
5. Association of Information Technology Professionals, Amarillo Chapter.  May, 2001.  Topic:  XML.

# APPENDIX B

**APPENDIX B:   Search Engine Patent Experiment from 2010**

**Google Search Results Ranking Experiment**

**Key Word**

The key word is **tfosrcim**

**Web Sites Created**

Nine web sites have been created that offer combinations of High, Medium and Low Extrinsic Values with High, Medium and Low Intrinsic values.

Nine sites have been created and registered for this experiment.

1. www.ftosrcim.net (High extrinsic / High intrinsic)
2. www.ftosrcim-site.net (Medium extrinsic / High intrinsic)
3. www.site-ftosrcim.net (Low extrinsic / High intrinsic)
4. www.sitehemi.net (High extrinsic / Medium intrinsic)
5. www.helisitetest.net (High extrinsic / Low intrinsic)
6. www.memitestsite.net (Medium extrinsic / Medium intrinsic)
7. www.melisite.net (Medium extrinsic / Low intrinsic)
8. www.lemisite.net (Low extrinsic / Medium intrinsic)
9. www.siteleli.net (Low extrinsic / Low intrinsic)

The sites with High Intrinsic value have the key work included in the URL.

The following discusses the details of the experiment in terms of:

- Extrinsic Rank Calculation
- Intrinsic Rank Calculation
- Overall Rank Calculation
- Keeping things equal among the web sites and other considerations
- Controlling the Search Engine
- Expected experimental results

**Extrinsic Rank Calculation**

Extrinsic rank is a measure of the importance of a page for a given keyword as indicated by other pages.  It involves examining the anchor text of the inbound links and adjusting the page weights accordingly.

**Extrinsic values can be calculated in 4 steps:**

1. **Determine the Link Weight of each link on all pages.**

    Link Weight is the probability of choosing a particular outbound link to a page out of all outbound links originating from a page.  For this test, all link weights will have a uniform value of 1/N, where N is the number of outbound links from a page.   The sum of all link weights from any page is, therefore, equal to 1.

    A summary of the *outbound* links of all pages for this experiment is:

       All high pages will link to the other 2 high pages (2 outbound links)

All medium pages will link to all 3 high pages and to the other 2 medium pages (5 outbound links)
All low pages will link to all 3 high pages, all 3 medium pages, and the other 2 low pages (8 outbound links)

Therefore, the Link Weights from the pages can be summarized as:
    From high pages, the Link Weight of any outbound link is 1/2 or **0.5**
    From medium pages, the Link Weight of any outbound link is 1/5 or **0.2**
    From low pages, the Link Weight of any outbound link is 1/8 or **0.125**

2. **Calculate the initial Page Weight of all pages (pass 1)**

Page Weight is the probability for a user to visit a page.  A high Page Weight implies that the page is popular and has many links from other pages.   Page Weight is calculated by summing all calculated values of (Link Weight of the inbound link times the Page Weight of the inbound link's originating page).

Calculating the Page Weight must be done through more than 1 pass because it relies on a calculated Page Weight from the previous pass.  For the initial Page Weight calculation in pass 1 and because there is not prior Page Weight to use in the calculation, an initial Page Weight of 1 on all pages will be assumed.  This reduces the calculation of the Page Weight in the pass 1 to simply be the sum of all the Link Weights from inbound links.

A summary of the *inbound* links of all pages is:

All high pages have 8 inbound links:
    2 inbound links from each of the other 2 high pages (0.5 Link Weight on both)
    3 inbound links from each of the 3 medium pages (0.2 Link Weight on each)
    3 inbound links from each of the 3 low pages (0.125 Link Weight on each)
    Summing all of the Link Weights from the inbound links to calculate the Page Weight:
        $0.5 + 0.5 + 0.2 + 0.2 + 0.2 + 0.125 + 0.125 + 0.125 = $ **1.975**

All medium pages have 5 inbound links:
    2 inbound links from each of the other 2 medium pages (0.2 Link Weight on each)
    3 inbound links from each of the 3 low pages  (0.125 Link Weight on each)
    Summing all of the Link Weights from the inbound links to calculate the Page Weight:
        $0.2 + 0.2 + 0.125 + 0.125 + 0.125 = $ **0.775**

All low pages have 2 inbound links:
    2 inbound links from each of the other 2 low pages  (0.125 Link Weight on each)
    Summing all of the Link Weights from the inbound links to calculate the Page Weight:
        $0.125 + 0.125 = $ **0.25**

3. **Recalculate the Page Weight of all pages (pass 2)**

Using the Page Weight of all pages in Step 2 (pass 1), recalculate the Page Weights:

All high pages have 8 inbound links:
    2 inbound links from each of the other 2 high pages (0.5 Link Weight * 1.975 Page Weight on both)
    3 inbound links from each of the 3 medium pages (0.2 Link Weight * 0.775 Page Weight on each)
    3 inbound links from each of the 3 low pages (0.125 Link Weight * 0.25 Page Weight on each)
    Summing all of the Link Weights from the inbound links to calculate the Page Weight:
        $(0.5 * 1.975) + (0.5 * 1.975)$
        $+ (0.2 * 0.775) + (0.2 * 0.775) + (0.2 * 0.775)$
        $+ (0.125 * 0.25) + (0.125 * 0.25) + (0.125 * 0.25) = $ **2.45**

All medium pages have 5 inbound links:
    2 inbound links from each of the other 2 medium pages (0.2 Link Weight * 0.775 Page Weight on

both)
3 inbound links from each of the 3 low pages  (0.125 Link Weight * 0.25 Page Weight on each)
Summing all of the Link Weights from the inbound links to calculate the Page Weight:
(0.2 * 0.775) + (0.2 * 0.775) + (0.125 * 0.25) + (0.125 * 0.25) + (0.125 * 0.25) = **0.40**

All low pages have 2 inbound links
2 inbound links from each of the other 2 low pages  (0.125 Link Weight * 0.25 Page Weight on both)
Summing all of the Link Weights from the inbound links to calculate the Page Weight:
(0.125 * 0.25) + (0.125 * 0.25) = **0.0625**

From pass 1 to pass 2, the Page Weights adjusted appropriately as follows:

High pages:   from 1.975 to 2.45  (appear to be more popular)
Medium pages:  from 0.775 to 0.4 (less popular)
Low pages:   from 0.25 to 0.0625 (much less popular)

The differences in the Page Weights indicate that the pages are appropriately linked from high to low for this experiment.

## 4.   Calculate the Extrinsic Rank of all pages

The extrinsic Rank is calculated similar to the Page Weights in steps 2 and three except with the Anchor Weight factor applied.

To simplify the effect of the anchor text, the following will be used for the Anchor Weight:
If the key word is included in the anchor text, a value of 1 will be used.
If the key word is not included but is in close proximity to the anchor, a value of 0.5 will be used.
If the key word in not included and not in proximity to the anchor, a value of 0 will be used.

For this experiment:

All links to high pages will be include the key word in the anchor text.
All links to medium pages will include the key word in proximity to the anchor.
All links to low pages will not have the key in or around the anchor.

All high pages 8 inbound links:
2 inbound links from each of the other 2 high pages
(0.5 Link Weight * 1.975 Page Weight * 1 Anchor Weight on both)
3 inbound links from each of the 3 medium pages
(0.2 Link Weight * 0.775 Page Weight * 1 Anchor Weight on each)
3 inbound links from each of the 3 low pages
(0.125 Link Weight * 0.25 Page Weight * 1 Anchor Weight on each)
Summing all of the Link Weights from the inbound links to calculate the Page Weight:
(0.5 * 1.975 * 1) + (0.5 * 1.975 * 1)
+ (0.2 * 0.775 * 1) + (0.2 * 0.775 * 1) + (0.2 * 0.775 * 1)
+ (0.125 * 0.25 * 1) + (0.125 * 0.25 * 1) + (0.125 * 0.25 * 1) = **2.45**

*** Because all links to the high pages contain the key word in the anchor text (giving an Anchor Weight = 1), the Extrinsic value does not change from the original Page Weight.

All medium pages have 5 inbound links:
2 inbound links from each of the other 2 medium pages
(0.2 Link Weight * 0.775 Page Weight * 0.5 Anchor Weight on both)
3 inbound links from each of the 3 low pages

(0.125 Link Weight * 0.25 Page Weight * 0.5 Anchor Weight on each)
Summing all of the Link Weights from the inbound links to calculate the Page Weight:
(0.2 * 0.775 * 0.5) + (0.2 * 0.775 * 0.5 )
+ (0.125 * 0.25* 0.5) + (0.125 * 0.25* 0.5) + (0.125 * 0.25 * 0.5) = **0.20**

***Because all links to medium pages have the key word in proximity to the anchor (giving an Anchor Weight = 0.5), the Extrinsic Value adjusts the Page Weight down a factor of 0.5.

All low pages have 2 inbound links
2 inbound links from each of the other 2 low pages
(0.125 Link Weight * 0.25 Page Weight * 0 Anchor Weight on both)
Summing all of the Link Weights from the inbound links to calculate the Page Weight:
(0.125 * 0.25 * 0) + (0.125 * 0.25 * 0) = **0**

***Because all links to low pages do not have the key word on or near the anchor (giving an Anchor Weight = 0), the Extrinsic Value adjusts the Page Weight down to 0.

Extrinsic Values of Pages for this Experiment

High:      2.45
Medium:   0.2
Low        0

The actual values are irrelevant.   The numbers are simply used to indicate that the pages indicated as high, medium and low are significantly different in value and can be said to be differing in Extrinsic Value.

**Intrinsic Rank Calculation**

Intrinsic Rank is the measure of the importance of a page for a given keyword as claimed by the author of the page.

Importance can be measured by examining the content of the page as to the keyword:

- Appearing in the title of the page
- Appearing the the Meta Tags of the page
- Appearing frequency throughout the page
- Having different Font and / or larger Font size relative to the surrounding text on the page
- Appearing in the url
- Location in the page (top, middle, bottom)

The following is a summary of the differences between High, Medium and Low content sites.

High Content Pages
Key word will be found in title
Key word will be found in URL
Key word will appear in META Tags "Contents"
Key word will appear in Page Description
Key word will be found in all outbound links to High Extrinsic pages
Key word will appear 13 times throughout the document
6 times in top 33%
5 times in middle 33%
2 times in bottom 33%
Every occurrence of the word will be bolded, italicized, different font, and / or different font size

Medium Content Pages
 Key word will not be found in title
 Key word will not be found in URL
 Key word will not appear in META Tags "Contents"
 Key word will appear in Page Description
 Key word will be found in all outbound links to High Extrinsic Pages
 Key word will appear 6 times throughout the document
  2 times in top 33%
  2 times in middle 33%
  2 times in bottom 33%
 To eliminate placement bias, each medium content page will place the three links in different locations.
 Every occurrence of the word will be bolded.

Low Content Pages
 Key word will not be found in title
 Key word will not be found in URL
 Key word will not appear in META Tags "Contents"
 Key word will not appear in Page Description
 Key word will be found in all outbound links to High Extrinsic pages
 Key word will appear 3 times throughout the document in the anchor text to the three High Extrinsic Pages.
 Each Low Intrinsic page will the key word 3 times throughout the document.
  1 time in top 33%
  1 time in middle 33%
  1 time in bottom 33%
 To eliminate placement bias, each low content page will place the three links in different locations.
 The anchor text in the links to the Medium Extrinsic pages will not contain the key word phrase.

**Overall Rank Calculation**

The Overall Rank Calculation is simply the  sum of the Intrinsic and Extrinsic ranking values.   The Extrinsic value can be weighted to adjust the relative importance of the Extrinsic Rank with respect to the Intrinsic Rank.

**Keeping things equal among the web sites and other considerations**

**Keeping things the same**

All web site URL's created the same day from same domain name company (godaddy.com)
 This eliminates the impact of more reputable or established sites given higher ranking.

All web sites will be "activated" or opened to crawling on the same day within a few seconds of each other.
All web sites have same time/date stamp of default page.
All web sites were created at same time.  Any time a single page was updated, all pages were updated.

None of the  web sites use any cascading style sheets or custom formatting.   All content is plain text with simple paragraphs, fonts, font sizes, bold and centering.

All of the sites use properly formatted HTML.

All of the sites have one default.html page.

There will be no advertisements on any of the pages.

**Avoiding negative content ranking by search engines.**

Anchor tags

   The text in the anchor tags could not be the same.  Having the same anchor text across all anchors could appear to the search engine as spamming.

Meta tags

   The key word appears only once to avoid spamming.

All pages for this test need to be close to the same size within their respective category.  All high intrinsic pages will be longer than those in that are medium intrinsic pages, with the shortest pages being in the low intrinsic pages.

The content of all pages must be unique and different.  Search engines will penalize sites that appear to be duplicated as a spamming technique.   The wording from this experiment will serve as the content of the web sites.

## Controlling the Search Engine

Robots.txt

Initially, the contents of the robots.txt file will be:

The following code in robots.txt blocks all crawlers from crawling the web site.   This will be the initial content of robots.txt.

   User-agent: *
   Disallow: /

The following code in robots.txt will block all crawlers except for Google.

   User-agent: *
   Disallow: /
   User-agent: Googlebot
   Disallow:

## Expected experimental results

It is expected that the rankings will be from High Extrinsic/ High Intrinsic to Low Extrinsic / Low Intrinsic.   The order of the remaining should range from various combinations of High to Medium to Low.

## Verification of the results

The web sites will include another search word (**ftosrcim**) with the same intrinsic values as the original search word (**tfosrcim**).   It is anticipated that the search engine will rank the pages with the **ftosrcim** key word in the same order as it did with the **tfosrcim** key word.   This will verify that the ranking order was not random.

**Experimental results for key word tfosrcim**

The following is a screen shot showing the search results from Google on 03/27/2010 using a key word of tfosrcim.

The rankings are as anticipated, ranging from High Extrinsic/ High Intrinsic to Low Extrinsic/ Low Intrinsic.



Did you mean: *tfosorcim*

**TFOSRCIM** High Extrinsic / High Intrinsic Ftosrcim
**Tfosrcim** High Extrinsic and High Intrinsic values Ftosrcim.
www.ftosrcim.net/ - Cached

FTOSRCIM Medium Extrinsic and High Intrinsic **TFOSRCIM**
**Tfosrcim** Medium Extrinsic and High Intrinsic values Ftosrcim.
www.ftosrcim-site.net/ - Cached

High Extrinsic and Medium Intrinsic
**Tfosrcim** Medium Intrinsic Ftosrcim. ... **(tfosrcim)** ( ftosrcim ) Page Weight is the probability
for a user to visit a page. A high Page Weight implies that ...
www.sitehemi.net/ - Cached

**TFOSRCIM** Low Extrinsic and High Intrinsic FTOSRCIM
**Tfosrcim** Low Extrinsic and High Intrinsic values Ftosrcim.
www.site-ftosrcim.net/ - Cached

High Extrinsic and Low Intrinsic
The differences in the Page Weights indicate that the pages are appropriately linked from high
to low for this **tfosrcim** ftosrcim experiment.
www.helisitetest.net/ - Cached

Low Extrinsic / Medium Intrinsic
**Tfosrcim** Low Extrinsic and Medium Intrinsic values Ftosrcim. ... Three **tfosrcim** or Three
ftosrcim. 2 links to the other low pages are found at link 3 and ...
www.lemisite.net/ - Cached

Medium Extrinsic and Medium Intrinsic
**tfosrcim** page 1 or ftosrcim page 1 and **tfosrcim** page 2 or ftosrcim page 2 ... Here is the 3rd
link to **tfosrcim** page 3 or ftosrcim page 3 ...
www.memitestsite.net/ - Cached

Medium Extrinsic and Low Intrinsic
Here is the first occurrence as anchor text to a high **tfosrcim** page or high ftosrcim. Intrinsic
Rank Calculation, continued. Medium Content Pages ...
www.melisite.net/ - Cached

Low Extrinsic / Low Intrinsic
Low on both intrinsic and extrinsic. **tfosrcim** 1 or ftosrcim 1 ... **tfosrcim** 3 or ftosrcim 3. Setup.
Nine web sites have been created that offer combinations ...
www.siteleli.net/ - Cached

**Verification of Experimental results for key word ftosrcim**

The following is a screen shot showing the search results from Google on 04/02/2010 using a key word of **ftosrcim**.

The rankings are in the exact same order as the keyword **tfosrcim**, ranging from High Extrinsic/ High Intrinsic to Low Extrinsic/ Low Intrinsic.

Google | ftosrcim | Search | Advanced Search

Web | Show options...

Did you mean: *tfosorcim*

TFOSRCIM High Extrinsic / High Intrinsic **Ftosrcim**
Tfosrcim High Extrinsic and High Intrinsic values **Ftosrcim**.
www.**ftosrcim**.net/ - Cached

**FTOSRCIM** Medium Extrinsic and High Intrinsic TFOSRCIM
Tfosrcim Medium Extrinsic and High Intrinsic values **Ftosrcim**.
www.**ftosrcim**-site.net/ - Cached

High Extrinsic and Medium Intrinsic
Tfosrcim Medium Intrinsic **Ftosrcim**. ... (tfosrcim) ( **ftosrcim** ) Page Weight is the probability
for a user to visit a page. A high Page Weight implies that ...
www.**sitehemi**.net/ - Cached

High Extrinsic and Low Intrinsic
The differences in the Page Weights indicate that the pages are appropriately linked from high
to low for this tfosrcim **ftosrcim** experiment.
www.**helisitetest**.net/ - Cached

TFOSRCIM Low Extrinsic and High Intrinsic **FTOSRCIM**
Tfosrcim Low Extrinsic and High Intrinsic values **Ftosrcim**.
www.**site-ftosrcim**.net/ - Cached

Medium Extrinsic and Medium Intrinsic
tfosrcim page 1 or **ftosrcim** page 1 and tfosrcim page 2 or **ftosrcim** page 2 ... Here is the 3rd
link to tfosrcim page 3 or **ftosrcim** page 3 ...
www.**memitestsite**.net/ - Cached

Low Extrinsic / Medium Intrinsic
Tfosrcim Low Extrinsic and Medium Intrinsic values **Ftosrcim**. ... Three tfosrcim or Three
**ftosrcim**. 2 links to the other low pages are found at link 3 and ...
www.**lemisite**.net/ - Cached

Medium Extrinsic and Low Intrinsic
Here is the third occurrence as anchor text to a tfosrcim and **ftosrcim** high page. Overall Rank
Calculation. The Overall Rank Calculation is simply the sum ...
www.**melisite**.net/ - Cached

Low Extrinsic / Low Intrinsic
Low on both intrinsic and extrinsic. tfosrcim 1 or **ftosrcim** 1 ... tfosrcim 3 or **ftosrcim** 3. Setup.
Nine web sites have been created that offer combinations ...
www.**siteleli**.net/ - Cached

# APPENDIX C

**APPENDIX C**

Link:  https://www.facebook.com/shares/view?id=10202346695534338
Posts on 212 "public" of 1040 "total" shares

Legend:    <mark>Knew a mistake had been made posts</mark>
           <mark>Unable to tell – could be sarcasm</mark>
           <mark>Thought the story was true</mark>

**PEOPLE WHO SHARED THIS**

## Florida man kept three women as sex slaves, police say

A 53-year-old accountant is being held in a Florida jail on charges of human trafficking after authorities say he kept three women trapped in virtual slavery for months, prostituting them and videotaping sex acts to put online.

ACTIONNEWSJAX.COM

**News Feed**



**Kelie Duvall Tirello** shared a link.

June 21, 2014 ·

Show Attachment

Like ·

Share

· 1

**Jody Bourk Turcotte** <mark>No way this is his old d.u.l mug shot. Dah ,lol</mark>

June 21, 2014 at 11:09am · Like

**2** ********************************************************************************



**Kimberly Reed**

June 19, 2014 ·

<mark>Terrible</mark>

Show Attachment

Share

3 *********************************************************************************************************************************



**Ronnie C Wells**

June 19, 2014 ·

**Claire Brown Wells**. Told you he was strange to be around.

Show Attachment

Share



**Pamela Barnett Edwards** This Tim decon

June 19, 2014 at 1:11pm



**Ronnie C Wells** <mark>He wasnt arrested for this someone changed pic but heard he got a DUI</mark> .

June 19, 2014 at 4:18pm

4 *********************************************************************************************************************************



**Stephanie Paige**

June 18, 2014 ·

I kno this mans face!! Anyone kno his name??

Show Attachment

Share

1 share



**Stephanie Paige** It won't let me open the page!!

June 18, 2014 at 10:04pm · 1



**Kelly M. Thornton** <mark>That's not the right mugshot, that's the weather man. But google Timothy Deegan from Gainesville.</mark>

June 19, 2014 at 4:29am



**Carrie Willoughby** You know his face because he's been doing the weather on news for Jax for over 20 years he's Tim Deegan the weatherman I saw something on this but didn't see the picture and I thought how funny that's the same name but never in a million years what I thought who this was because it was also out of Gainesville and he's a weatherman from Jacksonville

June 19, 2014 at 8:43am



**Stephanie Paige** Omg yes thank u finally I knew I knew that face!!!!!

June 19, 2014 at 9:40am



**Cathy Burton** that's not the right pic go on wjxt and look on yer left and read on that and it will take u to the story with diff pic

June 19, 2014 at 10:37am

5 ********************************************************************************************

**Denise Johnson**

June 18, 2014 ·

Duvals Damfool

Show Attachment

Share          NO PUBLIC COMMENTS

6 ********************************************************************************************

**Nancy Litwinski** shared a link.

June 18, 2014 ·

Show Attachment

Share

- Shelly Eason Tucker likes this.

**Shelly Eason Tucker** Are you kiddin me Nancy Litwinski? That's unreal!!!!

June 19, 2014 at 9:08am

7 ********************************************************************************************

**Dominic Clary** shared a link.

June 18, 2014 ·

Show Attachment

Share

- Jordan Johnson likes this.

**Brei Ajslyg** That's fucked up lmao

June 18, 2014 at 12:59pm · 1

8 ********************************************************************************************************************************************



**Scott Gregory** shared a link.

June 18, 2014 ·

Show Attachment

Share



**Cindy Ridley** They have the wrong picture for Tim Deegan. Here is the right article http://www.huffingtonpost.com/.../timothy-deegan-sex...

June 18, 2014 at 12:31pm



**Scott Gregory** Yeah I was reading that in the comments of the article that they shared the wrong pic

June 18, 2014 at 12:35pm

**Cindy Ridley** Crazy stuff anyways but I was about to go off on the news Tim. As if he needs anymore issues....such a shame there are so many wackos in this world!

June 18, 2014 at 12:37pm · 1

**Steve Siegrist** OH WHAT A LAW SUITE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

June 18, 2014 at 12:52pm

**Harriette Brewer Greene** I know I saw the picture and couldn't believe Tim did that. then I read the article. somebody better make some changes.

June 18, 2014 at 3:10pm

**Harriette Brewer Greene** it looks like the article came from channel 4 and I think Tim is on 12

June 18, 2014 at 3:11pm

9 ********************************************************************************************************************************************



**John Crews** shared a link.

June 18, 2014 ·

Show Attachment

Like ·

Share



**Daniel Davis** Wrong Timothy Deegan!!!!

June 18, 2014 at 1:03pm · Like · 1



**Marta Forgacova** oh my, i bet he will want his name cleared, and picture :0

June 18, 2014 at 1:10pm · Like



**Daniel Davis** I think that that is his mugshot from his DUI. But, still, that's terrible!

June 18, 2014 at 1:15pm · Like · 2

10 *********************************************************************************************************



**Susan Anderson**

June 18, 2014 ·

Unbelievable

Show Attachment

Share

- 

  **Sheryl Blanton Prendergast** Isn't this the guy who was on the news!

  June 18, 2014 at 1:08pm

- **Susan Anderson** Yes it is.

  June 18, 2014 at 1:09pm

- **Sheryl Blanton Prendergast** <mark>That is actually a different Tim Deegan, someone uploaded the news guys mugshot from when he got the DUI.</mark>

  June 18, 2014 at 5:05pm

- **Sheryl Blanton Prendergast** They took it down.

  June 18, 2014 at 5:05pm

- **Susan Anderson** Really? That was so wrong.

  June 18, 2014 at 5:06pm · 1

- **Sheryl Blanton Prendergast** Yep

  June 18, 2014 at 5:24pm

11 *********************************************************************************************************



**Gwen Harrell**

June 18, 2014 ·

That's funny as HELL!!

Show Attachment

Share

- 

  **Gwen Harrell** <mark>That's our weather man.</mark>

  June 18, 2014 at 11:22am

- 

  **Gwen Harrell** He came in for a sandwich once. I was going out the door as he was coming in. He's so full of himself so as we passed, I just said, "Hey, Tim" and kept on walking by as if I saw him everyday. Funny. (Guess you had to be there.)

  June 18, 2014 at 11:36am · 1

12 ********************************************************************************************************

**Jared Cyraxx Reed**

June 18, 2014 ·

I can here the kids now....

Show Attachment

Share

13 ********************************************************************************************************

**Nadia Plante** shared a link.

June 18, 2014 ·

Show Attachment

Like ·

Share

**NO PUBLIC COMMENTS**

14 ********************************************************************************************************

**James Sewell**

June 18, 2014 ·

Look at Tim now

Show Attachment

Share

2 shares

15 ********************************************************************************************************

**Teresa Robson** shared a link.

June 18, 2014 ·

Show Attachment

Share

- **Kim Spires Chandler** That is a picture of Tim the weather man. Is this true

June 18, 2014 at 9:22am

16 **********************************************************************************************************



**Susan Thrift**

June 18, 2014 ·

What a cheap shot. I will not be watching their newscasts anymore. Anyone know if there's been a public apology?

Show Attachment

Share

---



**Stacy Ferreol** I heard that this was the wrong guy, and that the police made a mistake cause they had the same names!

June 18, 2014 at 8:26am

---

**Stacy Ferreol** This is him!



June 18, 2014 at 8:30am

---

**Susan Thrift** It wasn't the police who made the mistake, he works for WJXT I think and the rival station, First Coast News, posted his photo from a previous DUI charge.

June 18, 2014 at 8:32am · 1

---

**Stacy Ferreol** Ohh okayy!

June 18, 2014 at 8:44am

---

**Albert Goedhart** An accountant!

June 18, 2014 at 1:20pm

---

17 **********************************************************************************************************



**Ashley Nicole Yarbrough** shared a link.

June 18, 2014 ·

Show Attachment

Share

---

4 people like this.



**Jay King** Hang him

June 18, 2014 at 8:32am · 2

18 ******************************************************************************************************************



**Kwamane Cobb** shared a link.

June 18, 2014 ·

Show Attachment

Share

- 3 shares

NO PUBLIC COMMENTS

19 ******************************************************************************************************************



**Nathan Hicks**

June 18, 2014 ·

This Niggun was old school pimpin

Show Attachment

Share

- Anthony Tate likes this.

20 ******************************************************************************************************************



**Tristan Gendive** shared a link.

June 17, 2014 ·

Show Attachment

Share

- Gwen Harrell likes this.
- 1 share
- 

**Ava Cryder** Seen this before. Its not true. They did a photo swap. The actual suspect was a random accountant

June 17, 2014 at 11:55pm

**21** ********************************************************************************************************************************************************



**Justin Wofford**
June 17, 2014 ·

That's messed up
Show Attachment
Share

Favvin Doucette likes this.



**Joseph Long** <mark>Hey they got the actual guys mug shot mixed up with Tim DUI mug shot</mark>
June 17, 2014 at 10:04pm · 4

**Marian Murphy McMillin** True
June 17, 2014 at 10:16pm

**Jack Force** Can you say.. lawsuit
June 17, 2014 at 10:27pm · 3

**Marian Murphy McMillin** And a good one at that! Channel 12 verses ABC 25. Classic. Let the Jax news stations war begin!
June 17, 2014 at 10:29pm

**Joseph Long** Yeah u know abc didn't reneaw like 5 of there main news people so maybe they released that 2 get back at there company
June 17, 2014 at 10:32pm · 1

**Heidi Custead Kapele** Lol I read mixed the pics up!
June 17, 2014 at 11:32pm

**Brian Wofford** Wrong picture
Same name but different
Degan
June 18, 2014 at 5:43am

**Cory Heustis** "Brick, you hit that guy with a trident."

"That really escalated quickly."
June 18, 2014 at 6:19am · 1

**Angela Wofford** Ti is not this Tim Deegan - the story aired on news the other night and different guys - this is our weather guy!!
June 18, 2014 at 7:53am

**Brian Touchton** I sure looks like Tim Deegan....I this for REAL??????????????
June 18, 2014 at 12:57pm

**Joseph Long** Yes this pic is Tim fergana the weather man. This mug shot is from his DUI like last year. But there's another Tim deegan that this story is about.
June 18, 2014 at 3:02pm · 1

22 ***********************************************************************************************************



**Frank Albertini**

June 17, 2014 ·

This is the wrong Tim Deegan. If I were him you would see a law suit coming your way.

Show Attachment

Like ·

Share

- · 2 people like this.



**Vanessa Crews** Wowwww. Big oops!

June 17, 2014 at 9:54pm · Like



**Marshall Neely** Haaaaaaa!

June 17, 2014 at 9:58pm · Like

23 ***********************************************************************************************************



**Tabitha Taylor** shared a link.

June 17, 2014 ·

Show Attachment

Share



**Elaine Stuart Mancusi** wrong picture.

June 18, 2014 at 10:07am ·

**24** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Jeff Doane**
June 17, 2014 ·

No wayyyyyyyy
Show Attachment
Share

- 5 people like this.
- 1 share

**Chance Craven** <mark>Wasn't actually Tim Deegan from Jacksonville... Someone messed up and used his photo. It's a guy with the same name from Gainesville.</mark>
June 17, 2014 at 9:29pm · 1

**Jeff Doane** Good to know
June 17, 2014 at 9:30pm

**Jeff Doane** !
June 17, 2014 at 9:30pm

**Chance Craven** If I were the Tim Deegan that we know... I'd be hunting down the jack wad that used my photo on this article. That's an ass whoopin kinda mistake!!
June 17, 2014 at 9:31pm · 2

**Eric Carver** Or a major lawsuit
June 17, 2014 at 9:44pm · 2

**Jase Nail** Lmfao..... But if I was the weatherman Tim Deegan I would be shaking that guy's hand because he's going to make a lot of money off of that mistake
June 17, 2014 at 9:44pm · 2

**Brenden Secor** Hahaha, dude can't catch a break
June 17, 2014 at 11:06pm

**Omar M. Jerome** Lol
June 18, 2014 at 9:00am

**Guy Erhard** Man, I feel like they wanted to be there. Ever since that shit in Ohio we see this pop up. Mother fuckers are always trying to out do one another with the worst crime. Just start killing people. Seriously.....
June 18, 2014 at 10:08pm

25 ********************************************************************************************************************************



**Wendell Allen** shared a link.

June 17, 2014 ·

Show Attachment

Share

---



**Carrie N Jimmy Hester** That's weird, Tim Deegan is a weatherman for a local news station here in Jax

June 18, 2014 at 3:16am

---

**Carrie N Jimmy Hester** I just googled it, wrong mugshot for the story, there is a Timothy Deegan in Gainsville, but this is a mugshot of Tim Deegan the weatherman here in Jax...that's a mugshot from when he got a DUI a couple years ago.

June 18, 2014 at 3:21am

---

**Karen Rector** OOOOH, I see a lawsuit in the future.

June 18, 2014 at 6:29pm · 1

26 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Nino Oplok-e Brown** shared a link.

June 17, 2014 ·

Show Attachment

Like ·

Share

·



**Terri White** Wow wonder why this is not breaking news....he was once a public figure

June 17, 2014 at 9:31pm · Like · 1



**Arnisha Pugh** Damn Tim fell off. Wtf is goin on with Timmy yo?

June 18, 2014 at 2:51am · Like



**HopeMichelle Ellis** they posted the wrong picture. The story is about Tim Deegan the accountant not the weatherman.

June 18, 2014 at 5:09am · Like · 3

**Stacie Stafford** Wth?

June 18, 2014 at 2:40pm · Like

**Ebony Chan Edwards** This is not true, this is the weather man tim deegan mugshot from when he got too drunk...someone play too much with other peoples lives. God will punish them

June 18, 2014 at 7:33pm · Like

**27** **********************************************************************************************************



**Casi South** shared a link.

June 17, 2014 ·

Show Attachment

Like · Comment ·
Share

**NO PUBLIC COMMENTS**

---

**28** **********************************************************************************************************

**Amanda Reed** shared a link.

June 17, 2014

Show Attachment

Like · Comment ·

Share

**NO PUBLIC COMMENTS**

**29** **********************************************************************************************************

**George Q Mahaffey**

June 17, 2014

**Fucked up**

Show Attachment

Share

30 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**David Smith**

June 17, 2014 ·

Wow

Show Attachment

Like ·

Share

- ·1 share



**Angela Floyd Drawdy** <mark>There is another guy named Timothy Deegan</mark>.

June 17, 2014 at 7:51pm · Like · 2



**Ali Walker Stubbs** Lol at Tim Deegan the meteorologist being in the pic instead of the creepy dude.

June 17, 2014 at 8:00pm · Like · 3



**Billy-Lori Peacock** Pretty funny

June 17, 2014 at 8:17pm · Like



**Chris Brewer** Yeah....surfer/TV Tim Deegan was just a drunk driver...(the word "just" being used rather than being a sex perv)

June 18, 2014 at 10:20am · Edited · Like · 1



**Chris Brewer** That is a good thing... Hopefully his efforts will take hold and he will be successful...

June 18, 2014 at 6:00am · Like



**Kelly Dudley Oosterhoudt** I love Tim used to surf with him in the day. He is doing what he has to to get well

June 18, 2014 at 8:11am · Like · 2



**Vicki Hopwood** OMG!!! Please tell me this is a hoax!!! Isn't he married to Donna?

June 18, 2014 at 11:18am · Like



**Jennifer Ellis Young** Looks like the picture is the wrong Tim Deegan - the news guy is NOT the one accused of this crime. Talk about a mistaken identity!

June 18, 2014 at 12:53pm · Like



**Vicki Hopwood** Thank goodness!!!!

June 18, 2014 at 2:32pm · Like

---

31 ************************************************************************************************************************



**William Clark**
June 17, 2014 ·

Wtf is this? Tim is the weather man!?

Show Attachment

Like · Comment ·

Share

· Patricia Ann Daniels likes this.



**James Wolfe** what is this true? what is with caption on bottom of page?

June 17, 2014 at 6:34pm · Like · 1



**Emily Hendrix Slaughter** <mark>Not the same guy. It says that this man is a 53-year-old accountant. This picture is of Tim Deegans DUI two years ago. Who posted this picture with that story??</mark>

June 17, 2014 at 6:37pm · Like · 2



**James Wolfe** i do not know thought it was fake

June 17, 2014 at 6:38pm · Like



**William Clark** I seen it on my timeline? from channel 4 news?

June 17, 2014 at 6:44pm · Like



**William Clark** wow

June 17, 2014 at 6:44pm · Like

 **Emily Hendrix Slaughter** Somebody else put the picture with the story cause on the news website it does not have this picture.

June 17, 2014 at 6:51pm · Like

 **Stacy Elaine Foster** Actually his DUI was just a few months ago. Tim Deegan is about 53 though. Huh.. Interesting....

June 17, 2014 at 6:53pm · Like

 **Mary Jane Shumate Hurd** Article says picture was not correct

June 17, 2014 at 7:32pm · Like

 **Tara Hickey** This should be interesting! smile emoticon

June 17, 2014 at 7:39pm · Like

 **Stacy Elaine Foster** If anyone wants to see the correct tim deegan go to fox news in orlando has a pic of the real one.

June 17, 2014 at 7:58pm · Like

 **Tara Hickey** Poor weather man!! Gotta love the things they can do with photos and internet!

June 17, 2014 at 8:04pm · Like · 1

 **Emily Hendrix Slaughter** Yeah I have a sneaking suspicion somebodies butt is going to be on the burner for this one

June 17, 2014 at 8:10pm · Like · 1

 **Stacy Elaine Foster** Yeah I think yur right.. I bet Tim Deegan is on fire right about now

June 17, 2014 at 8:20pm · Like

 **Betty Jo Horne** Wrong pic.

June 17, 2014 at 8:22pm · Like



**Mark King** BILL! YOU CAUSED ALL THIS, NOW WHAT ARE YOU GOING TO DO? BY THE WAY WE NEEDS SOME HELP SO COME PUT AN APP. IN!



June 18, 2014 at 3:19am · Like · 1



**Arlene Kline** What

June 18, 2014 at 3:24pm · Like



**Shannan Tarrer** Actually, this IS a pic of Tim Deegan, it was his arrest photo for the DUI and was seen frequently in the media at the time. And I'm pretty sure Mr Deegan has not kept sex slaves. His wife wouldn't go for that. smile emoticon

June 18, 2014 at 5:42pm · Like · 5

---

**32** *******************************************************************************************************************



**William Clark** shared a link.

June 17, 2014 ·

Show Attachment

Like · Comment ·

Share

- 2 shares



- **William Clark** is this real? its tim deegan...

  June 17, 2014 at 6:29pm · Like · 1



- **David Smith** Wow

  June 17, 2014 at 6:46pm · Like



- **Meg Fulmer Schwarzrock** It's a different Tim Deegan. ^this Tim Deegan got a DUI about 6 months ago and it's showing up with this article!

  June 18, 2014 at 5:09am · Like



- **Nancy Lovell Dobrenic** Oh that is horrible.

  June 18, 2014 at 5:51am · Like



- **Rhonda Gaddy Hicks** They must have the wrong picture.

  June 18, 2014 at 6:00am · Edited · Like



- **Jennifer MacMillan** There is an explanation in the article saying that they used the wrong photo. Oops. They better get their checkbook out.

  June 18, 2014 at 6:31am · Like · 1



- **Mandy Moore Ottesen** Shame on action news, they knew that this was horribly misleading!

  June 18, 2014 at 7:38am · Like · 1



- **Maggie Callaway Miskowiec** That is just plain wrong

  June 18, 2014 at 8:17am · Like



**Holly Savannah Ferguson** Here is the correct Tim Deegan. I feel so bad for the news anchor! Can you say lawsuit?!?

http://www.nydailynews.com/.../florida-accountant-hookers...

June 18, 2014 at 10:16am · Like · 3



**William Clark** law suit!

June 18, 2014 at 4:11pm · Like

33 ********************************************************************************************



**Shynees Loveherfamily Thomas**

June 17, 2014

Wowowow,,,the new man ,,Tim

See Translation

Show Attachment

Like · Comment

Share

34 ********************************************************************************************



**Geoffrey Howell** shared a link.

June 17, 2014 ·

Show Attachment

Like ·

Share  NO PUBLIC COMMENTS

35 ********************************************************************************************



**Hannah Boggs** shared a link.

June 17, 2014 ·

Show Attachment

Share

**June Poe Dussault** hey he looks like the weather man.....from one of the local news channels....

June 17, 2014 at 4:32pm · 1

**Caitlin Edwards** It's not the same guy

June 17, 2014 at 4:42pm

**Louise Richards** Wow , they put Tim's pic on there by accident . It says it on the bottom of the article . Why the heck didn't they just delete it ???

June 17, 2014 at 4:57pm · 2

- 
  **Catie Carter** Because people keep sharing a bad link...
  June 18, 2014 at 5:31am

---

36 **************************************************************************************************


**Daniel Campbell** shared a link.
June 17, 2014 ·

Show Attachment

Share

- 
  **Daniel Campbell** Tim said it would be like this
  June 17, 2014 at 2:30pm · 1

- 
  **Janey Furstenberg-Saul** This can't be right!!! That's the weather man from Jax
  June 17, 2014 at 2:53pm

---

37 **************************************************************************************************


**Ashley Cooper** shared a link.
June 17, 2014 ·

Show Attachment

Like ·

Share **NO PUBLIC COMMENTS**

**38** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Hotdog Jen** shared a link.

June 17, 2014 ·

Show Attachment

Like ·

Share

· **3 shares**



**April Felder** Omg! Really! Tim Deegan!

June 17, 2014 at 4:02pm · Like



**Joey Mancini** Thats the wrong Tim Deegan!

June 17, 2014 at 4:34pm · Like



**April Felder** Wow, well sure do look a like.

June 17, 2014 at 4:36pm · Like



**Joey Mancini** Its a twin for sure if this isnt a photoshop pic...

June 17, 2014 at 4:38pm · Like



**Tiffany Kelley** There was a report yesterday that they used the wrong photo lmao i'd be pissed

June 17, 2014 at 4:42pm · Like



**April Felder** Wow! Id be really pissed!

June 17, 2014 at 5:37pm · Like



**Janet Vetter Cunningham** this is an old picture from a dui he had. I understand this was an incorrect photo. Wrong person.

June 17, 2014 at 7:20pm · Like

**39** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Colleen Riley** shared a link.

June 17, 2014 ·

Show Attachment

Share

- 5 people like this.



**Anástasia Robbins** Can I just say I love how they used the wrong photo and have yet to remove post with the error and put up the right photo of the man that actually did this? A lot of people think it's the weather guy that did it because of the pic. Lol.

June 17, 2014 at 1:37pm · 3



**Colleen Riley** I just thought it was funny

June 17, 2014 at 1:39pm · 4



**Anástasia Robbins** It is. Kinda sucks for him though, it's all over Facebook now. Lol.

June 17, 2014 at 1:44pm



**Colleen Riley** Yeah but if people are smart enough they will know he lives in Fl and isn't an accountant

June 17, 2014 at 1:45pm · 3



**Vinny Mo** Ummm is that the drunk photo of Tim Deegan ?

June 17, 2014 at 1:59pm · 4



**Jason Ford** Wow! The weather guy Deegan. Holy shit!

June 17, 2014 at 2:49pm



**Kevin Corder** Why did they put a picture of Tim Degan above this caption

June 18, 2014 at 11:27am



**Suffo Cayton** What are the chances of there being two Tim Deegans ?

June 18, 2014 at 11:33am



**Colleen Riley** I'm sure they did because they used the wrong mans mugshot on the article. I'm thinking a lawsuit is coming

June 22, 2014 at 2:09pm · 2



**Cheryl Riley** Donna must be pissed!!! Hahahaha!!!!!

June 22, 2014 at 2:32pm · 3

**40** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Ann Marie Pickren Kivo**

June 17, 2014 ·

==This is just wrong of Action News. This is no innocent mistake, they are competing news stations. First they fire their anchors and now this.==

Show Attachment

Share

- [4 people](#) like this.
- 1 share
- 

**Guy Whiteman** Hope he gets some money out of this!
June 17, 2014 at 5:07pm · 1

**Amy Zevenboom** This is totally inappropriate and I too agree not just an innocent mistake. I hope he gets a good lawyer and sues them for slander.
June 17, 2014 at 6:11pm

**Beatrice Rewis** How awful
June 17, 2014 at 11:16pm

**Ann Marie Pickren Kivo** They changed the picture in their website and in tiny tiny font they are blaming a third party source for the picture. It does not change the pic on all the shares. They were so quick to fire anchors that are not that bad. The need to fire the internet editor if anyone. Their lame apology is not enough, Tim should sue their butts.
June 18, 2014 at 8:40am · Edited

**Beatrice Rewis** As bad as I loathe lawsuits I agree- he should make them an example-its hard enough to survive in this world in a public eye
June 18, 2014 at 8:35am

---

41 ********************************************************************************



**Keturah AlwaysReal Asberry**
June 17, 2014 ·

Tim Deegan!! I'm appalled! #wonderyDonnaleft

Show Attachment

Share

- Latonya Tolliver likes this.

**Shemekia MsBeautiful** ==That wasn't the right Tim Deegan==
June 17, 2014 at 12:39pm

**Latonya Tolliver** Yeah but he damn sure look like him.
June 17, 2014 at 5:50pm

---

42 ********************************************************************************



**Brian Overfield**
June 17, 2014 ·

Lmao!! Oppps

Show Attachment

Share

- 3 people like this.
- 1 share
- 

**Joel Overfield** Sounds like a serious law suit for Channel 47!

June 18, 2014 at 8:54am

---

43 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Christina Walker**

June 17, 2014 ·

Here we go AGAIN and again it's NOT going to stop until we just SHOOT THEM !!!!!
What's it going to take for everyone to get it... Just SHOOT Trash like this !! What's the point in putting more money or time into TRASH .
\*\*\*\*\*\*\*\*\* TAKE OUT THE TRASH !!!!!!!!!!!!! \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Show Attachment

Share

- **Denise Jarmon** In that photo he looks like Tim Deegan.
  June 17, 2014 at 12:12pm · 1

- **Christina Walker** True...Bruce said the same thing smile emoticon, Kind of feel sorry for Tim unsure emoticon
  June 17, 2014 at 12:13pm

- **Denise Jarmon** They had the wrong photo "Correction: An earlier version of this story was accompanied by an incorrect photograph. The erroneous photo showed an individual who is not connected to this criminal case. Inergize Digital, which mistakenly provided the photograph, apologizes for the error."
  I'd be pissed if I were the weather guy.
  June 17, 2014 at 12:50pm

---

44 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Layna Hale** shared a link.

June 17, 2014 ·

Show Attachment

Share

- Jessica Dye likes this.
- **Pudding Tang** Girl that's Tim Deegun he's a news anchor dude. the weather guy. the report that I read said that he was an account and made up story dude.....
  June 18, 2014 at 8:10am

**45** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**James Morgan**

June 17, 2014 ·

Scott Heath

Show Attachment

Share

Like Page

NO PUBLIC COMMENTS

**46** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**The Larraine Bow Show**

June 17, 2014 ·

HOT TALK: What are your thoughts with t more human trafficking happening right here is the USA? #SICK #HUMANTRAFFICKING #LBSHOW #HOTTALK #GIRLTALK #SLAVERY #FLORIDA #JAIL #SEX

Show Attachment

Like · Comment ·

Share

**47** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Brittney Ellison**

June 17, 2014 ·

Wow

Show Attachment

Share



**Georgeanna-punky Johns-briley** is this the weather guy Tim deegan?lol

June 17, 2014 at 11:05am



**Ashley Edwards Morrissey** Wrong pic! The actual guy who did this isnt the news anchor

June 17, 2014 at 11:05am · Edited



**Brittney Ellison** I guess it's him. Idk. Thats crazy though

June 17, 2014 at 11:06am



**Sara Ayres** Is this real? Wow thats crazy

June 17, 2014 at 11:09am



**Katelyn Fulmer** I read the article and they put the wrong picture up..

June 17, 2014 at 11:22am · 1



**Tina Ellison** This is at the bottom of the story now......

Correction: An earlier version of this story was accompanied by an incorrect photograph. The erroneous photo showed an individual who is not connected to this criminal case. Inerigze Digital, which mistakenly provided the photograph, apologizes for the error.

June 17, 2014 at 12:01pm · Edited · 2

48 **************************************************************************



**Summer Hughes**

June 17, 2014

Wow. If I were Tim (the weather guy), I might think about suing somebody.

Show Attachment

Like · Comment

Share

- · 3 people like this.

- 

  **Christina Starling** I would 110% be suing if I were him!

  June 17, 2014 at 9:43am · Like · 1

- 

  **Jacob M.** hahahahahaha See Translation

  June 17, 2014 at 10:06am · Like

---

49 **************************************************************************



**Regina Henderson**

June 17, 2014 ·

This cant be the weather man!!!!!!!!

Show Attachment

Share

- 

  **Kasey Stephenson** They put the wrong picture up... There's another man with the same name.

  June 17, 2014 at 9:42am

- 

  **Regina Henderson** Well they are in a bunch trouble!!!!! Do I hear Lawsuit?????? Just wrong.

  June 17, 2014 at 9:46am · 1

- 

  **Denise Marie Henderson** He was arrested for dui!!! So why not sex slaves?

  June 17, 2014 at 11:04am

- 

  **Martha Lyons** I WONDER WHAT DONNA THINKS!!!!

  June 19, 2014 at 12:51pm

50 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Jerry Schallenberg**

June 17, 2014 ·

Ol Tim Deegan

Show Attachment

Share

-  Sandra Ammons likes this.

- **Kristal Goodwin** Oh my gosh what the heck!
  June 17, 2014 at 9:38am

- **Rachel Broderick** That's not even the right guy!
  June 17, 2014 at 9:57am

- **Kristal Goodwin** Ahhh oh that's just crazy!
  June 17, 2014 at 9:58am

- **Rachel Broderick** There's two Tim Deegans.. Google it lol
  June 17, 2014 at 9:59am

- **Jerry Schallenberg** That is the weather Man. Look it Up.
  June 17, 2014 at 10:05am

- **Kristal Goodwin**



  June 17, 2014 at 10:12am · 1

-  **Jerry Schallenberg** My Bad.
  June 17, 2014 at 10:16am

-  **Kristal Goodwin** Well you never can tell with him he got a DUI a couple months ago
  June 17, 2014 at 10:23am



**Jerry Schallenberg** Thats the mug shot from the DUI.

June 17, 2014 at 11:15am · Edited

**Vito Gallo** You ass !!!!

June 17, 2014 at 11:21am · 1

**Jerry Schallenberg**



June 17, 2014 at 11:25am

**Roberta Hall** OMG!

June 17, 2014 at 1:58pm

**Frances Goodwin Provost** Big difference in DUI and sex slaves. I would sue the crap out of the reporter!!!

June 17, 2014 at 2:15pm

**51** ********************************************************************************



**Heather Marie Hall** shared a link.

June 17, 2014 ·

Show Attachment

Share **NO PUBLIC COMMENTS**

---

**52** ********************************************************************************

**Christian Ewton** shared a link.

June 17, 2014 ·

Show Attachment **NO PUBLIC COMMENTS**

Share

---

53 **************************************************************************************************************



**Jason Ford**

June 17, 2014 ·

**Mike Andrews** dammit florida

Show Attachment

Share



**Mike Andrews** I saw this the other day. I've been debating on whether or not it's a little too dark.

June 17, 2014 at 9:12am



**Jason Ford** Was it actually Tim Deegan or was it a mistake? The article states that the wrong photo was used.

June 17, 2014 at 9:14am · 1



**Mike Andrews** I just realized that's the wrong Timothy Deegan. That photo is of the Jacksonville weatherman/douche nozzle. HAHAHAHA!

June 17, 2014 at 9:14am



**Jason Ford** Hahaha!

June 17, 2014 at 9:14am



**Jason Ford** Lawsuit?

June 17, 2014 at 9:15am



**Mike Andrews** Well, that looks like a prison jumpsuit. Maybe I should look into what Timmy has been up to other than banging his married co-anchor in the parking lot of the station.

June 17, 2014 at 9:15am



**Jason Ford** He had been arrested for dui at least I thought I read that a while back

June 17, 2014 at 9:16am · 2



**Mike Andrews** Yeah. Popped for blowing a .181 last November.

June 17, 2014 at 9:17am

**Travis Draft** Man that freaked me out for a second. I surfed with him a few times as a kid. He got a DUI . They dug up the wrong Deegan.

June 17, 2014 at 12:24pm

54 *****************************************************************************************************

**Graciela Cain**
June 17, 2014 ·

Whattttt ?!?!? **Monique Alexandria Henry** vc
Show Attachment
Share

- **Christian Ewton** likes this.
- 2 shares

**Chelsea Hawthorne** They used the wrong photo, it's a different guy named Tim Deegan. The photo above is from when ^he got a DUI. They note the mistake at the bottom of the article smile emoticon
June 17, 2014 at 9:24am · 4

**Graciela Cain** Oh okay I was likkkkke whet ? Petty
June 17, 2014 at 9:24am · 1

**Pecos Canteen** lmfao that would have been so funny if it was actually the Deegs
June 17, 2014 at 11:22am · 2

**Pecos Canteen** he's too high to hatch a scheme that sinister
June 17, 2014 at 11:23am · 1

**Jessica Bailey Weatherspoon** Mistake my ass lol
June 17, 2014 at 11:43am · 1

**Geoffrey Howell** is that tim deagin from the news?
June 17, 2014 at 4:56pm

**Natalie Nicole Comeaux** wrong photo. this is why the media gets so much crap.
June 18, 2014 at 11:42am

55 *****************************************************************************************************

**Peacan Cannon Mzsplash**
June 17, 2014 ·

Damn
Show Attachment
Like ·
Share

- 2 people like this.

**Catfish Billay** Is that Channel 4 News guy or Channel 30 ????

June 17, 2014 at 10:35am · Like



**Peacan Cannon Mzsplash** One of them mfers rotf

June 17, 2014 at 10:43am · Like

56 ************************************************************************************************



**Tiffani Pedersen** shared a link.

June 17, 2014 ·

Show Attachment

Share NO PUBLIC COMMENTS

57 ************************************************************************************************

**Neaato Org**

June 17, 2014 ·

This reminds me of people wondering y hapa Rodger Elliot shot up people or guy has sex slaves . Because people are crazy . A last cuts off her mans penis, y? She crazy. Two lovers shoot each other after break up. My? They crazy . People b crazy

Show Attachment

Like · Comment

Share

· 2

58 ************************************************************************************************



**Billy Schrantz**

June 17, 2014 ·

This is a big finny prank the violator had the same name as the channel 12 weatherman remember First for You lmbo!!!!

Show Attachment

Share

**Guy Merrill Jr.** Yeah I found out after I shared it lol

June 17, 2014 at 9:43am ·

**59** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Jeff Yang**

June 17, 2014

Action News in Jacksonville has been "accidentally" running a photo of the weatherman for competing News Channel 12 (who was arrested for DUI a while ago) alongside a story about an accountant by the same name, Tim Deegan, who kept three sex slaves. Real pic of brunette slaver Tim Deegan here: http://m.nydailynews.com/.../florida-accountant-hookers-priso...

I smell a lawsuit....

Show Attachment

Like · Comment · Share

- ·**1 share**



**Kenny Rowland** Gotta love Duval

June 17, 2014 at 8:07am · Like



**Brooke Camp** I grew up watching this guy when I was in Fla.. very shocked and disappointed in the mistake the local CBS station made!

June 17, 2014 at 9:57am · Like



**Michelle Bautista** Dang kick a guy when he's down

June 17, 2014 at 10:00am · Like



**Jennifer Saum** Cut.his.dick.off

June 17, 2014 at 12:21pm · Like



**Lawrence Liu** feed him to the gators

June 17, 2014 at 2:54pm · Like



**Bjanca Prudhomme** What?! R u kidding #epicfail

June 17, 2014 at 9:28pm · Like

**60** **************************************************************************************

**Rachel Mcconnell**

June 17, 2014 ·

Wow!!!! what is up with this?

Show Attachment

Share

- Founder Voice likes this.

- **Stephanie Thomas** It's fake. They used his pic.
  June 17, 2014 at 8:52am · 1

- **Rachel Mcconnell** I was wondering Thanks Stephanie Thomas
  June 17, 2014 at 10:21am · 1

- **Stephanie Thomas** You are welcome.
  June 17, 2014 at 10:53am

**61** **************************************************************************************

**Sandra Weber**

June 17, 2014 ·

Is this Tim Deagan???????????

See Translation

Show Attachment

Share

- Erica Gamble likes this.

- **Rose Inscoe** Omg
  June 17, 2014 at 7:47am

- **Crystal Wilson** Yes but it's his Dui mug shot this story isn't involving him it's a different man lol
  June 17, 2014 at 8:43am

- **Stacey Burkhart** WOW!! smile emoticon Made Tim Deegan look soooo Bad tho!!!!!!!
  June 17, 2014 at 1:21pm · 1

- **Vanessa Marie Daverin** Then his mug shouldn't be on here he should sue!
  June 18, 2014 at 12:52pm

**62** ********************************************************************************



**Shuneka Soulwombman Stokes**

June 17, 2014 ·

Wow! Really? ! The weather man?

Show Attachment

Like ·

Share

- 4 people like this.

- 

  **Bianca SweetTea Villagomez** They posted the wrong photo...

  June 17, 2014 at 6:35am · Like · 2

- **Shuneka Soulwombman Stokes** Ok. Next question. .its obvious tim Deegan been to jail hence the pic...what for?

  June 17, 2014 at 6:37am · Like · 1

- **Shuneka Soulwombman Stokes** So there's another Timothy Deegan?

  June 17, 2014 at 6:37am · Like

- 

  **Bianca SweetTea Villagomez** Yup an accountant

  June 17, 2014 at 6:41am · Like

- 

  **Bianca SweetTea Villagomez** They took the photo down on the actual article

  June 17, 2014 at 6:42am · Like

- 

  **Fhanta Williams** Went to jail for DUI

  June 17, 2014 at 7:13am · Like

- **Shuneka Soulwombman Stokes** Ok. Thanks Fhanta Williams.

  June 17, 2014 at 7:15am · Like

- 

  **Mstiffany Mac** Wow Tim Deagan

June 17, 2014 at 7:51am · Like

-  **Mstiffany Mac** Wait this is not the right Tim Deegan this man that was charged is a accountant

June 17, 2014 at 8:17am · Like

-  **Tory Evans** Has to be a mix up on the pic!!!

June 17, 2014 at 10:44pm · Like

---

63 **********************************************************************



**Dewayne Curtis** shared a link.

June 17, 2014 ·

Show Attachment

Share

-  **Adam Andrews** lol they attached the wrong picture

June 17, 2014 at 8:08am

---

64 **********************************************************************



**Qsavage Q Criswell**

June 17, 2014 ·

Wtf the dam weather man too

Show Attachment

Share

---

65 **********************************************************************



**Carol Williamson** shared a link.

June 17, 2014 ·

Show Attachment

Share NO PUBLIC COMMENTS

66 ********************************************************************************************************



**Dina Wilcox McCormick**

June 17, 2014

this is slander, not right someone needs to pay for this kinda of thing .this is a hard working man he keep up with the weather for every single one of us in jax and yulee etc. when their is real bad weather him and his team stay up on a lot of sleepless nights to make sure we are safe from harm give him a break oh my word . so sorry Tim you are so good to us and your hard work.

Show Attachment

Share

- Brandi Tucker likes this.

- 

  **Josh Christina Johnson** Oh damn

  June 17, 2014 at 6:11am

- **Dina Wilcox McCormick** Correction: An earlier version of this story was accompanied by an incorrect photograph. The erroneous photo showed an individual who is not connected to this criminal case. Inergize Digital, which mistakenly provided the photograph, apologizes for the error.

  June 17, 2014 at 6:18am

- **Lauri Quero Burchfield** Damn!!!! They need to do more than apologize!!!! They ruined his life!!!!!!!!

  June 17, 2014 at 8:19am · 1

67 ********************************************************************************************************



**Peezy Andretti** shared a link.

June 17, 2014 ·

Show Attachment    NO PUBLIC COMMENTS

Like ·

Share

· 111

68 ********************************************************************************************************



**Crystal Bingham-Gibson**

June 17, 2014 ·

Poor tim cant catch a break all he is did was have a drink and drive like millions do and now they trow his picture with the wrong story and publicly humiliate him. Poor man I would so sue.. its gonna take everything to get his name clear on this one...

Show Attachment

Share

- 1 share

- 

  **Holly Gibson** Silly... It is not our Tim... It is a total diff guy

  June 17, 2014 at 5:17am

69 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Danny Karlsson** shared a link.

June 17, 2014 ·

Show Attachment

Share

3 shares

**Cali Hill Lindenfelser** Uhhh? I smell a lawsuit on the way!
June 17, 2014 at 12:18am

**Jackie Alvis Haas** ==It wasn't this Tim Deegan, it was a guy in Gainesville with the same name.==
June 17, 2014 at 4:13am

**Maura Byers Fry** Wasn't he he weather man?
June 17, 2014 at 5:35am

**Phyllis Woellert Joiner** Wrong guy in picture..DUI picture
June 17, 2014 at 5:50am

**Maura Byers Fry** Nice of his fellow news cast members to do that to him
June 17, 2014 at 7:21am

**Brooke Camp** umm thats the wrong Deegan!
June 17, 2014 at 7:34am

**Amy Sarkese** Wow that's messed up if it's the wrong pic
June 17, 2014 at 4:14pm

70 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**John Randolph** shared a link.

June 17, 2014 ·

Show Attachment

Share

**Dawn Marie Wessling** ==Not true! This is the weather guy tongue emoticon (the picture is wrong I mean!)==
June 17, 2014 at 7:26am · Edited

**Mary Randolph Hartzell** Or hacker on john?
June 17, 2014 at 7:38am


**Dawn Marie Wessling** I looked at the news page and they said that they put the wrong picture up there at first so it is update now smile emoticon
June 17, 2014 at 7:38am


**Randy Dickens** Dawn, I agree with you.
June 17, 2014 at 9:18am

**Herbie Quinones Jr.** Wrong picture! Not weatherman
June 17, 2014 at 9:36am

---

71 ************************************************************************************************************


**Chow Da R-Noe** shared a link.

June 16, 2014 ·

Show Attachment

Share

- Chow Da R-Noe likes this.
- 1 share


**Ila Salano** Wasn't he the weather guy for first coast news?
June 17, 2014 at 12:36am · 1

**Chow Da R-Noe** Yeah bro
June 17, 2014 at 12:42am

**Ila Salano** That's fucking crazy!
June 17, 2014 at 12:57am

**Chow Da R-Noe** Right I was dumb founded when I saw the picture and the caption
June 17, 2014 at 12:58am

**Hilary Carlson** That sux did you read the small print when you clicked the link. .it said that they posted a picture of the wrong individual when the story was released an the apologized!
June 17, 2014 at 9:05am · 1

72 ************************************************************************************************************


**Shavonda Robinson**

June 16, 2014

OMG...NOT TIM!!!!!SMH

Show Attachment

Share

- **Teira Sweettee Moss** likes this.

73 **************************************************************************************************



**Wallace Rowland** shared a link.

June 16, 2014 ·

Show Attachment

Share



**Justin Foden** looks like tim deegan

June 17, 2014 at 7:03am



**April Bell** They posted the wrong picture... they made an apology on the website

June 17, 2014 at 5:31pm

74 **************************************************************************************************



**King Kenny**

June 16, 2014 ·

What

Show Attachment

Like · Comment ·

Share

· 5 people like this.



**Mack D Williams** Are you sure that story is real I cannot find any kind of news link to it

June 17, 2014 at 12:02am · Like



**Shane Windhaus** They used the wrong pic. That was his mugshot when he got the DUI.

June 17, 2014 at 2:03am · Like



**Lee Alford** yea the man that committed the crime was Tim Deegan... but a different one... they put his 2013 DUI mugshot in here to shock people...

June 17, 2014 at 4:50am · Like · 2



**Hayley M. Bryan Young** Lawsuit !!!!

June 17, 2014 at 12:38pm · Like · 1

**Kerry Glisson** damn no way T im Deegan!!!!!!!!!!

June 17, 2014 at 6:04pm · Like



**Kerry Glisson** i hope hope he sues whoever did this!

June 17, 2014 at 6:06pm · Like



**James Jimbo Keaton** Tim's twin Jim

June 17, 2014 at 6:08pm · Like · 1



**Donna Ryals** Lmao

June 17, 2014 at 6:25pm · Like



**Cheryl Raulerson Grant** wow

June 17, 2014 at 6:31pm · Like



**King Kenny** He looks like a perv anyway.

June 17, 2014 at 6:47pm · Like



**Julie Johnson** Correction: An earlier version of this story was accompanied by an incorrect photograph. The erroneous photo showed an individual who is not connected to this criminal case. Inergize Digital, which mistakenly provided the photograph, apologizes for the error.

June 17, 2014 at 6:51pm · Like



**Julie Johnson** Hahaha

June 17, 2014 at 6:51pm · Like



**King Kenny** Still funny

June 17, 2014 at 7:21pm · Like



**Anne Thomas** Wait so not Tim deegan from the news?

June 17, 2014 at 8:15pm · Like



**Steve Ford** That dude looks like Tim Degan!

June 17, 2014 at 8:17pm · Like



**Cheryl Argamasilla** What??

June 17, 2014 at 8:43pm · Like



**Tommy Manning** Looks like ol' Tim's gonna have plenty of beer & gas money soon...js. glasses emoticon

June 17, 2014 at 9:10pm · Edited · Like



**Mark Israel Sr.** Is this Tim our weather guy

June 17, 2014 at 9:32pm · Like



**Patricia Streib** Damn! I also thought it was Tim Degan!!! Lol

June 17, 2014 at 10:08pm · Like



**Hayley M. Bryan Young** **Tim Deegan** is not. Guilty of any of these crimes , that news station put his pic up , in error , my lawyer would already have called them . Not our meteorological man

June 17, 2014 at 11:25pm · Like · 1



**Jack Hill** Three? Why only three?

June 18, 2014 at 5:51pm · Like

75 ************************************************************************************************



**Quinn McKee**

June 16, 2014 ·

Tim fuckin deegan

Show Attachment

Share

4 people like this.

**Travis Albro** No way seriously?

June 16, 2014 at 11:18pm



**Cody Frisbee** Nah, it's just a dude with the same name, I just investigated the subject matter further after seeing this post, and it's just a dude that has the same name.

June 16, 2014 at 11:25pm



**Warren Dennis** Theres another one of these posts going around saying that its a different tim deegan and that they put the weathermans pic from when he got a dui by accident

June 16, 2014 at 11:25pm



**Cody Frisbee** I have a feeling that the weather man "Tim Deegan" is about to sue someone. Lmfao

June 16, 2014 at 11:29pm · 1



**Quinn McKee** Wow. Thanks ppl. I will change this

June 16, 2014 at 11:48pm · Edited



**Melissa Merrilees** Wtf

June 17, 2014 at 12:44am



**Melissa Merrilees** Lol poor Deegan will never live down that Dui lol

June 17, 2014 at 12:44am · 3



**Quinn McKee** No he want

June 17, 2014 at 1:35am



**Frank Willison** deegan sucks. lol he stole dans wife

June 17, 2014 at 4:48am · 2



**Amanda Laurin Gork** oh well dan didnt put his swag face on obviously and tim did lmao

June 17, 2014 at 6:22am · 3



**Quinn McKee** Wow. I see anchorman superbrawl in the making

June 17, 2014 at 6:37am · 3



**Krystopher Salas Ramos** Serious

June 17, 2014 at 10:23am



**Jamie Steele** It's a different Tim Deegan. Not the weatherman. The article changed the picture because they got it wrong.

June 17, 2014 at 9:42pm



**Quinn McKee** Hey guys, remember this?

June 16 at 6:44am



**Amanda Laurin Gork** Yea

June 16 at 7:37am



**Jamie Steele** It was the wrong Tim deegan

June 16 at 8:21am



**Quinn McKee** Yea it was. Thank god

June 16 at 8:26am

**76** *************************************************************************************************************



**Patricia Walker**

June 16, 2014 ·

This guy!!!

Show Attachment

Share

---

2 people like this.

1 share



**Krystle Benfante** It's not that Tim Deegan. Same name different dude. Action news is stupid.

http://www.myfoxorlando.com/.../police-gainesville...



**Police: Gainesville accountant held women as sex slaves**

A well-known certified public accountant in...

MYFOXORLANDO.COM|BY KATE BURGESS

June 16, 2014 at 10:54pm · 1

---



**Sheri Starling Shaub** Whoops!!!! What a mistake, picture picker person!! Lol!

June 17, 2014 at 5:40am · 1

---



**Ryan Robertson** Tim deagan

June 17, 2014 at 7:15am

---



**Patricia Walker** Yeah I thought it sounded a little far fetched, plus that pic is from a DUI he got a few years back lol still pretty funny

June 17, 2014 at 9:23am

---

**77** *************************************************************************************************************



**Christine Boling**

June 16, 2014 · Edited

Uh-oh someone boobooed the picture. Wrong person.

Show Attachment

Share

---

**Zandrae R. Mosley** But, this is a Mug shot right?! Why was he arrested before?

June 17, 2014 at 2:54pm · 1

---

**Christine Boling** DUI at the beach frown emoticon

June 17, 2014 at 3:07pm



- **Zandrae R. Mosley** Oh my gosh! Lol
  June 17, 2014 at 3:08pm · 2

- **Christine Boling** Yep. Maybe 6 months ago.
  June 17, 2014 at 3:19pm

---

78 **************************************************************************************************

**Rikkiann Ward**
June 16, 2014 ·

Wtf
Show Attachment
Share

- **Montana Moody** So crazy........ just Talk ...... Making money on someone else's expense,
  June 16, 2014 at 11:30pm

---

79 **************************************************************************************************

**Joshua Percy** shared a link.
June 16, 2014

Show Attachment
Share NO PUBLIC COMMENTS

- Donnie Friesen Jr. likes this.

---

80 **************************************************************************************************

**Tim Sweetz**
June 16, 2014

Wow, too funny!
Show Attachment
Share

- Cathy Faulkner likes this.

- **Cathy Faulkner** Wow is right!!!!
  June 16, 2014 at 10:33pm

81 ********************************************************************************



**Brittany Fulkman**

June 16, 2014 ·

I always knew there was something wrong with this man! Disgusting!!!!!

Show Attachment

Share



**James Lowe** Lol..its not him.. wrong pic

June 16, 2014 at 10:21pm · 1



**Brittany Fulkman** haha what a horrible mistake on their parts.. but i still think he is creepy smile emoticon

June 16, 2014 at 10:23pm · 3



**Damon Johnson** Wow I would sue they asses

June 16, 2014 at 11:08pm



**Belinda Schukis** It's the wrong picture & diff Tim deegan

June 17, 2014 at 5:39am



**Mike Ballew** Action news is about to get slapped with a lawsuit if they don't tighten up

June 17, 2014 at 7:11am · 1



**Ashley Winkler** ^Real Talk

June 17, 2014 at 7:49am



**Leigh Dandridge** Screw it, he better just laugh it off because he still got busted in the back of news van with Donna Hicken/Deegan

June 17, 2014 at 3:38pm · 1

82 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Melissa McCrimmon** shared a link.

June 16, 2014 ·

Show Attachment

Share

**Chris Rose** Why does this have tim deegin the weatherman from channel 12s dui photo as the thumbnail..lol

June 17, 2014 at 3:52am · 1

**Melissa McCrimmon** Idk Chris guess they liked that pic lol

June 17, 2014 at 6:28am

**Nicole Darcy** The pic was wrong but accused is a Timothy deegin

June 17, 2014 at 7:07am

**Melissa McCrimmon** Ahhhh I see thanks for the update Nicole Darcy

June 17, 2014 at 9:51am

**Nicole Darcy** No prob miss you girl

June 17, 2014 at 11:21am

**Jodi Wagstaff-Toups** He looks like Tim deegan

June 17, 2014 at 5:29pm

83 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Dillon Stevens**

June 16, 2014 ·

The story is terrible but the fact that they screwed up and put Tim Deegan's mugshot as the suspect is hilarious!

Show Attachment

Share

8 people like this.

84 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Heather Posey Chavers**

June 16, 2014 ·

This guy used to be a news anchor when I lived in Jax, right?? What happened to him..crazy?!?

Show Attachment

Share

---

• <u>2 people</u> like this.



**Heather Posey Chavers** OHHHHHH, they printed the wrong pic!! That sux for news guy Tim Deegan!!

June 17, 2014 at 2:53am · 4

• **Brooke Baker** That's one hell of a misprint! LOL!!! That's his mugshot from his DUI arrest a few months back.

June 17, 2014 at 7:11am · 1

• **Jason Mark Goerlich** Hahaha

June 17, 2014 at 8:25am · 1

• **Erika Lynch** Oh dang!!!! I saw that and flipped out a bit. Read the article and it didn't match up. The pic is our childhood news anchor though. Lol

June 17, 2014 at 8:55am · 1

• **Bonny Turner Childers** What a horrible mistake!

June 17, 2014 at 10:32am · 1

• **Jennifer Baker-Whaley** Oh man, that is one heck of a mistake.

June 17, 2014 at 2:42pm · 1

85 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Rocco Marshall**

June 16, 2014 ·

==THIS IS NOT THE PERSON RESPONSIBLE for the crimes mentioned..SOMEONE with the SAME NAME WHO IS AN ACCOUNTANT WAS ARRESTED for those crimes..NOT THIS TIM DEEGAN..==

Show Attachment

Share

- 26 people like this.
- 4 shares

**Andrew Bowe Douglass** Looks like Tim Deegan
June 16, 2014 at 9:56pm

**Sharon Moore** Good job. Good job.
June 16, 2014 at 10:04pm

**Rocco Marshall** that is Tim Deegan..the article mistakenly used his mug shot in error..The man alleged to have committed the crimes Tims' photo was coupled with shares the same name..oops..
June 18, 2014 at 10:04am · Edited · 3

**Andrew Bowe Douglass** And I thought he was pimping out Donna wink emoticon
June 16, 2014 at 10:08pm · 2

**Susan Walton** Not the JackAssFlats weather man ....
June 16, 2014 at 10:34pm

**Rick Puckett** If I worked for other station id use his pic too lol......
June 16, 2014 at 10:35pm

**Susan Walton** So what was the weatherman arrested for?
June 16, 2014 at 10:35pm

**Linda Pierce** He was arrested for DUI Susan Walton.
June 16, 2014 at 10:46pm · 1

**Lynn Spivey Carey-Gornto** Yes. This was from a DUI awhile back.
June 16, 2014 at 10:54pm

**Susan Walton** Well I too was a guest of Duval County. I learned my lesson...
June 16, 2014 at 11:05pm · 1

**Janet Linck Reeves** Poor Tim!
June 17, 2014 at 12:13am · 1

- **Cissy McNamara** Jesus, there you go Tim Deegan, time to redeem, karma talks, sue whoever did this, make sure they pay, you've done your apologies now don't take apology, take a very lump sum of apologie$, prayers!
  June 17, 2014 at 4:16am · Edited · 3

- **Beth Campbell Letendre** Oh my God - As if Tim hasn't "weathered" enough problems lately. I can NOT believe the ineptitude of whomever is responsible for this horrific mistake!
  June 17, 2014 at 10:46am · Edited · 3

- **Beth Campbell Letendre** Then again, if he's looking for a 4th - I'm available. LOL!
  June 17, 2014 at 12:26pm · 1

- **Anna Coulter** That's how sick it is to put anybodies picture up for any crime until proven guilty. You are innocent until proven guilty. The news slanders a lot of innocent people ruining their lives.
  June 18, 2014 at 3:21am · 2

86 ************************************************************************************************



**Marty Knawhaw**
June 16, 2014 ·
Looks like rain
Show Attachment
Share

- 2 people like this.

- **Dustin Journey** That's funny as he'll..
  June 16, 2014 at 9:48pm

- **Amy Ross Parinella** Lmao!!!
  June 16, 2014 at 10:05pm

- **Stefanie Journey** Wtf
  June 16, 2014 at 10:37pm

- **Star Amy Bijeaux** Did he get caught again because I know he was arrested a while back for DUI.
  June 16, 2014 at 11:14pm

87 **********************************************************************************



**Scott Kendrick**

June 16, 2014 · Edited

==Jax folks, let's see if you can catch the libel (if he weren't a public figure) in less than five seconds.==

Show Attachment

Like ·

Share

- 3 people like this.

- 

  **Justin Barney** Calling him an accountant when he's actually a meteorologist?

  June 16, 2014 at 9:37pm · Like · 2

- 

  **Christina Shaeffer** It says later in the article that it's not Tim Deegan, the meteorologist, but it's another Tim Deegan in Gainesville with dark hair.

  June 16, 2014 at 9:40pm · Like

- 

  **Scott Kendrick** Yeah, and they blamed some syndicate that must provide their photos. But for some reason, they can't change the Facebook photo. Nice website, Action News!

  June 16, 2014 at 9:41pm · Like · 1

- 

  **Justin Barney** Pretty terrible. Obviously, mistakes are made in our line of work but that's one that could lead to someone getting canned. And a pathetic excuse of an apology on Twitter.

  June 16, 2014 at 9:46pm · Like · 2

- 

  **Christina Shaeffer** All the news channel sites here have young tards, it seems. Besides, channel 4, of course. YAY Francine Frazier!

  June 16, 2014 at 9:48pm · Edited · Like · 3

- 

  **Sara Skinner Cole** So sadly this was actually caused by their current CMS company based in other states. There were no Jax producers involved in this error. Awful situation.

  June 16, 2014 at 10:17pm · Like · 2

- 

  **Pixie Hathaway** This is so sad.

  June 17, 2014 at 5:59am · Like



**Scott Kendrick** So many media companies guided by saving a penny here and a penny there, and losing the forest for the trees. If Deegan were just Joe Schmoe from Atlantic Beach, the lawyers would be lining up.

June 17, 2014 at 9:11am · Like · 1



**Ralph Wilson** Wow...get out your wallet.

June 18, 2014 at 3:19am · Like

---

88 ****************************************************************************************************************



**Farrah Hilton-mcguire** shared a link.

June 16, 2014 ·

Show Attachment

Share



**William Owens** It's not him, it's a hoax, lol! The guy just shares the same name

June 16, 2014 at 9:39pm · 2



**Scott Greene** Isn't that the weather man?

June 16, 2014 at 9:40pm · 1



**Farrah Hilton-mcguire** I bet this weather man never predicted this storm coming! Lol!

June 16, 2014 at 9:40pm · 1



**Scott Greene** Tim Degan I think?

June 16, 2014 at 9:40pm · 1

**La'Tecia GreenGonzalez-Perrin** Yeah, that's our channel 11 news guy who has the same name... He did, get a DUI a few months ago

June 16, 2014 at 9:41pm · 2

**La'Tecia GreenGonzalez-Perrin** Haha

June 16, 2014 at 9:41pm

**Farrah Hilton-mcguire** Poor guy. What luck.

June 16, 2014 at 9:42pm · 2



**William Owens** Tim's a douche but not sex slave douche

June 16, 2014 at 9:42pm · 1

**Farrah Hilton-mcguire** Lol!!

June 16, 2014 at 9:43pm



**William Owens** He only cheated with Donna on Dan while they were married, ,,but I think she's a skank too...happy days! Who cares

June 16, 2014 at 9:45pm · 1

**Farrah Hilton-mcguire** How come you know all the gossip on the weather people Hellbilly Owens? Lol! Maybe I should watch the news more?

June 16, 2014 at 9:49pm

**William Owens** Cuz I watch tmz

June 16, 2014 at 9:49pm

**Farrah Hilton-mcguire** Gotcha lol!

June 16, 2014 at 9:50pm · 1

**William Owens** Days of our local news anchors, lmao!

June 16, 2014 at 9:51pm · 1

**Michelle Anderson** It's not the same Tim deegan research it more they used the wrong picture according to the Gainesville news site it's a different guy totally with just the same name. And the other guy was arrested multiple times for different charges.

June 16, 2014 at 10:00pm

---

89 *********************************************************************************************



**Donna Reeves Herrington**

June 16, 2014 · Edited ·

I've seen comments that this isn't the right mans picture but since Facebook supposedly doesn't lie or keep company with liars... I have to go with this is the guy. I'd say it wasn't me either tho.. Right, Carmen? *tongue emoticon*

Show Attachment

Like ·

Share

---

90 *********************************************************************************************



**Danielle White**

June 16, 2014

Gail Purifoy Green

Show Attachment

Share NO PUBLIC COMMENTS

Tristen Brake likes this.

---

91 *********************************************************************************************



**Brian Sutton** shared a link.

June 16, 2014 ·

Show Attachment

Share



**Brian Sutton** What the ... WHAAAAT!!!

June 16, 2014 at 9:20pm



Jay Pennington "Correction: An earlier version of this story was accompanied by an incorrect photograph. The erroneous photo showed an individual who is not connected to this criminal case. Inergize Digital, which mistakenly provided the photograph, apologizes for the error. "

June 16, 2014 at 9:23pm



**Brian Sutton** Wow... Someone is getting fired. What a bad mistake as a journalist!!

June 16, 2014 at 9:27pm · 3



**Angela Widener** What?!? No way.

June 16, 2014 at 10:18pm



**Rob Sutton** Poor Tim...

June 17, 2014 at 6:23am

---

**92** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**William Gutierrez** shared a link.

June 16, 2014 ·

Show Attachment

Share

3 shares



**Tessa Shay Gordon Baker** holy crap...Donna you should have stayed with dan...LOL just sayin.....wow

June 16, 2014 at 9:49pm



**Heather Posey Chavers** Didn't this guy used to be a news anchor in Jax? I don't live there anymore but I think I remember him? That's crazy!!

June 16, 2014 at 9:59pm · 1



**Shakira Mosley** Omg

June 16, 2014 at 10:17pm



**Patricia Walker** Yes he was the weather guy lol and what he did wrong as a "pimp" is he let them itches from a union lol

June 16, 2014 at 10:40pm



**Patricia Walker** He went by Tim Deegan... Once married to Donna Deegan.. The same lady that started the Donna Deegan cancer foundation and the runs all over Jacksonville. Goes to show we all have those ex's we're not so proud of lol. Of this story is true...

June 16, 2014 at 10:44pm

- 

  **Amanda Sosebee-Hall** Wrong tim deegan

  June 17, 2014 at 4:03am

- 

  **Amanda Sosebee-Hall** Lol they used the wrong photo.

  June 17, 2014 at 4:03am

**93** *****************************************************************************



**Jeff Killgore** shared a link.

June 16, 2014 ·

Show Attachment

Share

**Jeff Killgore** What???? That's Timmy d.!!!

June 16, 2014 at 9:36pm · 1



**Samantha Frazier** Its not the same Tim Deegan....they posted the wrong picture.

June 16, 2014 at 10:38pm

**Kelley Reinhardt-Dickinson** They used the wrong pic, lol

June 17, 2014 at 6:18pm

**94** *****************************************************************************



**Nova Sky**

June 16, 2014 ·

NOOOOOOOOOOOO

Show Attachment   NO PUBLIC COMMENTS

Share

**William Jones** likes this.

**95** *****************************************************************************



**Jon DeVane**

June 16, 2014 ·

Whaaaaa

Show Attachment

Share

**4 people** like this.



**Jessica Denise** Lmaoo

June 16, 2014 at 9:00pm

**Jamie Beck** Wrong photo

June 16, 2014 at 9:02pm

**Abbigayle Medders Richard** It's not true... They got the pics messed up. This pic is from his DUI arrest. I looked it up, it's a different Tim Deegan.

June 16, 2014 at 9:21pm · 1

96 ********************************************************************************



**Crystal Clower**

June 16, 2014 ·

Haha hahaha mom check it out! He's a dirt bag after all. Vivian V Starratt(it's not funny what he did it's funny bc his wife left him for the sports man..)

Show Attachment

Share



**V Veresa Starratt** Not this Tim

June 16, 2014 at 9:19pm

**Ericka Deacon** Its not the same guy as Rim Deegan the weatherman lol

June 16, 2014 at 9:21pm

**Crystal Clower** Craaaaap I deleted the comment. Lol okay so then I am totally off well he always crept me out..

June 16, 2014 at 9:24pm · Edited · 2

97 ********************************************************************************

 **Jonathan Darryl Laster** shared a link.

June 16, 2014 ·

Show Attachment

Share



**Stephinie LaVett Boston** ..... so is this the correct Timothy Deegan or not?

June 16, 2014 at 9:25pm



**Jonathan Darryl Laster** idk but I'm watching the news right now lol

June 16, 2014 at 9:26pm



**Nicole Fergerson** What's wrong with him and now he's an accountant wow

June 16, 2014 at 9:32pm



**Travis Hunt** Weather man Tim Deagan???

June 16, 2014 at 9:35pm



**Nicole Fergerson** Nope Donald Boston different man I googled him same name different man

June 16, 2014 at 9:37pm

**Travis Hunt** What they using his photo?

June 16, 2014 at 9:39pm

**Travis Hunt** Thats his DUI photo from a while back

June 16, 2014 at 9:39pm

98 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Linda Parker** shared a link.

June 16, 2014 ·

Show Attachment

Like ·

Share

· Like ·

Share

· 9



**James N Lisa Hartley** They have the wrong picture associated with this story. The Timothy Deegan in the story is an accountant from Gainesville and had dark hair.
This picture is the his DUI arrest last year.

June 16, 2014 at 9:01pm · Like · 3



**Sabrina Wheeler** This is super bad PR for our local news weatherman....ha!

June 17, 2014 at 6:24am · Edited · Like · 2



**Valerie Brown Sawyer** Wow I can't believe channel 47 did this! Sloppy, sloppy journalism.

June 17, 2014 at 7:23am · Like · 4



**Bruce Reynolds** Gonna be a tough weather report tonight.

June 17, 2014 at 7:37am · Like · 2



**Lynn Hodges** Oh wow! Can you spell lawsuit?!?

June 17, 2014 at 12:26pm · Like · 2



**Doris Worthey Locke** How awful!!!! What a mix-up.

June 17, 2014 at 12:57pm · Like · 2



**Robin Link Bentley** Oh my.....

June 17, 2014 at 1:03pm · Like

**Michelle Bailey Hickox** Lolololol

June 17, 2014 at 1:07pm · Like · 2

**Michelle Bailey Hickox** Barbara Bailey SwankSee Translation

June 17, 2014 at 3:01pm · Like · 2

---

99 ******************************************************************************

**Christopher Elkins** shared a link.

June 16, 2014

Show Attachment NO PUBLIC COMMENTS

Share

---

100 ******************************************************************************

**Jordan Tibbs**

June 16, 2014

Omg.... Thats crazy!

Show Attachment

Share

Sandy Mf'n Cheekz likes this.

---

101 ******************************************************************************

**Yolanda Coleman**

June 16, 2014 ·

Say it ain't So, the Weather man

Show Attachment

Share

11 people like this.



**Wanda Johnson** It's not the weather man. There's another person named Timothy Deegan that has been accused of those crimes.

Like · Reply · 2



**Liza Mosley** Yolanda Coleman that's the wrong pic, the guy name is Timothy Deegan but not the weatherman lol! Google it!

June 16, 2014 at 8:38pm · 2

 **Charmanita Farmer-Hughes** This is outrageous
June 16, 2014 at 8:41pm

 **Tina Jones** That's Tim picture when he was arrested for DUI last year. He was working behind scenes for months. He was on air today.
June 16, 2014 at 8:52pm · 1

**Charmanita Farmer-Hughes** Thank God I like Tim
June 16, 2014 at 8:54pm

 **Yolanda Coleman** **Liza Mosley** k I was wondering who's going to tell me the 7 day forecast!! Lol
June 16, 2014 at 9:22pm · 2

**Liza Mosley** Ikr! Lol!
June 16, 2014 at 9:25pm

 **Clenda Bryant-Martin** Yes...this is not true. you can only believe about 20% of what is on facebook. Even what people post about themselves.
June 17, 2014 at 7:59am · 1

---

**102** ************************************************************************************************************

 **Terri Iam Bless-Eunice Lamar**
June 16, 2014 ·

WOW, who would have thought???

Show Attachment

Share

3 people like this.

 **Cakelady Lavant** Wrong picture
June 16, 2014 at 8:31pm

**Terri Iam Bless-Eunice Lamar** What's wrong?
June 16, 2014 at 8:33pm

**Cakelady Lavant** <mark>The picture news station used wrong picture read the small print at the bottom of the article</mark>
June 16, 2014 at 8:35pm

**Terri Iam Bless-Eunice Lamar** I read the comments and the bottom of the page. Why is they saying his name? If the picture is wrong the name should be corrected to if he didn't do it. I'll watch the news at 10 to see what's going on
June 16, 2014 at 8:42pm

**Cakelady Lavant** There is more than one Timothy Digan...they have the same name

June 16, 2014 at 8:53pm

**Terri Iam Bless-Eunice Lamar** Oh, okaySee Translation

June 16, 2014 at 9:08pm

**Terri Iam Bless-Eunice Lamar** I just remember your occupation. You know what you're talking about.

June 16, 2014 at 9:11pm

**Michelle Callahan-Glover** Omg

June 16, 2014 at 10:03pm

**Roslyn Brown-Holsey** Yes this is his mugshot from a DUI he had some months back but this story is not about him.

June 16, 2014 at 10:21pm

**Veolin Henderson** Auntie ,we are living in the last days.... We going have stay prayed up

June 17, 2014 at 8:43am

---

**103** *******************************************************************************************



**Gail Pastor** shared a link.

June 16, 2014 ·

Show Attachment

Like · Comment ·

Share

**Sonya Sonya** likes this.



**Timber Leaves** Lmbo....someone in editing got fired today. Right name, wrong mugshot. Too Damn funny!!

June 16, 2014 at 11:40pm · Edited · Like



**Alma Dennis** Wasn't the guys name Timothy Deegan ??in the news??must be brother??

June 17, 2014 at 8:40pm · Like · 1



**Micheal Durst** No that is the weather man, Tim Degeen but it is his picture from when he got a DUI a year or so ago!! I think he was leaving Jags game or something!!! Channel 12 and his wife is Donna Degeen she is still on the news.

June 18, 2014 at 6:45am · Like

---

**104** *******************************************************************************************



**Brandon Henderson**

June 16, 2014 ·

Tiffany Henderson Destiny Munoz Love is free!

Show Attachment

Share

- Jenna Lopez So it turns out this wasn't the same Tim Deegan from the news, they just used the wrong picture for this article, but regardless of who it is this is still a problem that is worth educating ourselves on. Check out the website free2work.com to see how how you might be unknowingly supporting this horrible industry.

  June 16, 2014 at 8:26pm · 3

- Brandon Henderson Well that still sucks!

  June 16, 2014 at 8:39pm · 1

- Destiny Munoz Thanks Jenna!

  June 16, 2014 at 8:42pm

**105** *****************************************************************************



**Jack McGuire**

June 16, 2014

I hope Tim sues his competitors ass. NOT FUNNY AT ALL. For those that don't know, the guy in the photo, is Tim Deegan, the weather man. Not Tim Deegan, the sex trafficker. Trust me, News 47(CBS) channel 9,knew that he works for channel 12 (NBC) lead weather man. Not cool.

Show Attachment

Share

**106** *****************************************************************************



**Mike Rhoten** shared a link.

June 16, 2014 ·

Show Attachment

Share

- Ben Wiedemer likes this.

- 
  **Dan Meyers** That's Tim Deegan the news guy? Not an accountant??
  June 16, 2014 at 8:25pm

- **Donald E Rhoten** The weather guy is a drunk, not a pervert......we think.
  June 16, 2014 at 8:48pm

- **Pat Clair** Check the link. I think the media outlet says this picture is wrong. And apologizes. Sheesh.
  June 16, 2014 at 9:36pm

- **Luke Eckert** Opposing news station 'accidentally' put up the wrong picture.
  June 17, 2014 at 8:58am

- **Mike Rhoten** Haha
  June 17, 2014 at 9:24am

- **Terri Wiseman** Yeah there is an apology in small print at the end of the article.
  June 17, 2014 at 9:27pm

- **Mike Rhoten** He did wrong in his life..but not that wrong
  June 17, 2014 at 9:28pm · 1

- **Hatton Hillin** Just 2 DUI's.
  June 17, 2014 at 9:55pm

- **Pat Clair** That is a real injustice to the guy. Did you see nbc posted a wrong pic of some guy that did a hero kinda thing? The absolute haste to be first is undermining competent journalism.
  June 17, 2014 at 9:57pm · 1

**107** *****************************************************************************************************************



**Keith Doran**

June 16, 2014 ·

I watch tv news channel 12 that he is the weather man and live in Jacksonville but I'm surprised him got arrested put in the jail

Show Attachment

Share

- 1 share

**108** *****************************************************************************************************************



**Lawaun Bigbootyjudy Wilson**

June 16, 2014 ·

Shame shame shame

See Translation

Show Attachment

Share

- 

  **Renayle Williams** Wrong Tim Deegan...it's a man in Gainesville

  June 16, 2014 at 8:47pm

- 

  **Renayle Williams**

  

  June 16, 2014 at 8:48pm

- 

  **Lawaun Bigbootyjudy Wilson** Ok

  June 16, 2014 at 9:07pm

- 

  **Tiffany Winfrey** Smh, don't u hate when u get the same name as other person even the last name, and be the wrong person

  June 16, 2014 at 9:30pm · 1

**109** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Gregory Williams**

June 16, 2014 ·

Hell naw Tim Deegan

Show Attachment

Like ·

Share

·

---

• **Chris Ricks** likes this.



**CJ Cameron** Different Tim Deegan they're trying to be funny.

http://m.nydailynews.com/news/national/1.1827404#bmb=1

June 16, 2014 at 8:08pm · Like · 1

---

• **Gregory Williams** lol...Damn I was about say not the weather man

June 16, 2014 at 8:11pm · Like

---

• **CJ Cameron** That pic is from his DUI last year.

June 16, 2014 at 8:12pm · Like

---

• **Brian Hirsch** P

June 16, 2014 at 10:21pm · Like

---

• **Brian Hirsch** I

June 16, 2014 at 10:21pm · Like

---



• **Brian Hirsch** M

June 16, 2014 at 10:21pm · Like

---

• **Brian Hirsch** P

June 16, 2014 at 10:21pm · Like



**Summer Hirsch** Thanks for the clarification, bc I was gonna say.. Noo way

June 16, 2014 at 10:32pm · Like



**Summer Hirsch** Bri that is NOT funny.

June 16, 2014 at 10:33pm · Like · 1



**Chris Ricks** I don't live in Duval anymore but I still know who Tim Deegan is

June 17, 2014 at 9:16pm · Like

---

110 *************************************************************************************



**Shelly Owen Heatherdale**

June 16, 2014

I read the article WITHOUT the picture this weekend - and didn't recognize the name !!!!!!! . This is worse than The Villages story. He was The Hottest Weatherman EVER. Gross.

Show Attachment

Share



**Sherri Bacon Johnson** OMG!!! Yuck!!!

June 16, 2014 at 7:55pm



**Dana King Appleby** Really??? It's got to be a hoax.

June 16, 2014 at 7:56pm



**Shelly Owen Heatherdale** I dont think so ....

June 16, 2014 at 7:57pm



**Glenda Lawhorn Reed** <mark>Comments at the end of the article said they used the wrong picture. Same name, different guy - not the weatherman.</mark>

June 16, 2014 at 7:57pm · 2



**Sherri Bacon Johnson** Oh thank goodness!!!!

June 16, 2014 at 7:58pm



**Shelly Owen Heatherdale** Thank you!!! I think OUR Tim Deegan is just the biggest drunk in Jax...

June 16, 2014 at 7:58pm · 1

**Shelly Owen Heatherdale** I couldn't breathe. Ha!

June 16, 2014 at 7:59pm



**Dana King Appleby** Yes, it's the wrong guy

June 16, 2014 at 8:00pm · 2



**Glenda Lawhorn Reed** Used weatherman's DUI mugshot apparently.

June 16, 2014 at 8:01pm · 1



**Shelly Owen Heatherdale** I swear ...

June 16, 2014 at 8:02pm · 1



**Shelley Dobbs** I knew that was a different man. Thanks **Glenda Lawhorn Reed** for being on top of the news. I met the real Tim Deegan many years ago.

June 16, 2014 at 8:13pm · 1



**Shelly Owen Heatherdale** I wasted a LOT of DROOL over Tim Deegan when he still had a surfer's lisp.

June 16, 2014 at 8:28pm · 1



**Shelly Owen Heatherdale** Now, he just slurs his words - ha! Oh, boy.

June 16, 2014 at 8:29pm · 2



**Christine Bird** Wow. They used the wrong photo? That is terrible.

June 16, 2014 at 8:50pm · 1



**Shelly Owen Heatherdale** That was on the Fox affiliate out of JAX that put that up. He is the weatherman for the NBC affiliate. That was really BAD. I about threw up in my mouth. I think I would -- I don't know what I'd do, but I'd do something.

June 16, 2014 at 8:56pm · 1



**Paul Militello** this guy was a weatherman?

June 16, 2014 at 9:28pm



**Donna Maureen Meek** Can you say "lawsuit?"

June 16, 2014 at 10:33pm



**Shelly Owen Heatherdale** This guy IS a weatherman on the big station in Jacksonville.

June 16, 2014 at 11:09pm



**Dana Louis Franks** This pic of Tim Deegan WAS "THE" weatherman forever in Jax., but got fired because of his DUI not too long back. Yep, I'd say there will probably be some repercussions from this boo-boo.

June 17, 2014 at 6:09am



**Sue Edmunds** Correction: An earlier version of this story was accompanied by an incorrect photograph. The erroneous photo showed an individual who is not connected to this criminal case. Inergize Digital, which mistakenly provided the photograph, apologizes for the error.

June 17, 2014 at 6:43am



**Alyson Limehouse Sunset Pilates** **Shelly Owen Heatherdale** may need to rethink why you think guys are hot!

June 17, 2014 at 7:36am · 1

- 

  **Donna Maureen Meek** I have to come by Shelly's side and admit that I can see the potential hotness here, now that you pointed it out, if I imagine him sober, smiling, and wearing street clothes instead of jail clothes. I believe that extended heavy alcohol use does someth...See More

  June 17, 2014 at 9:31am · 2

- **Dana Louis Franks** How does that new saying go, Orange is the new black"?

  June 17, 2014 at 10:12am · 1

**111** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Lynn Spivey Carey-Gornto**

June 16, 2014 ·

What??

Show Attachment

Share

---



· Kim Bruzdoski Eckhardt likes this.

· 11 shares

· 

**Brian Murphy** Seems there are TWO Tim Deeghans in Fl

June 16, 2014 at 7:59pm

· **Lynn Spivey Carey-Gornto** Yep. I hope so! Lol

June 16, 2014 at 8:00pm

· **Kim Bruzdoski Eckhardt** OMG!

June 16, 2014 at 8:08pm

· **Cury Tipton** Yeah its the wrong photo. this photo was taken a few months ago when he got his DUI leaving the beach.

June 16, 2014 at 8:30pm

· **Stephen Sanders** Looks like my weather guy. You never know which way the wind blows.

June 16, 2014 at 8:33pm

· **Karen Perry** WTH???

June 16, 2014 at 9:09pm

· **Karen Perry** OMgosh,,,,If you open the article up, it states it's the wrong photograph to this article .See Translation

June 16, 2014 at 9:13pm

**112** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Sheri Oglesby Chachos**

June 16, 2014 · Edited ·

Wow. Misleading photo

Show Attachment

Share

---

- 1 share

- 

  **Rachael Lucas** Is this the old weather man?

  June 16, 2014 at 7:51pm

- 

  **Sheri Oglesby Chachos** Actually the picture is of Tim Deegan, but they put the wrong picture up.

  June 16, 2014 at 7:53pm

- 

  **Kimberly Jones Mendell** First glance thought it was tim deagan

  June 16, 2014 at 7:57pm

- 

  **Sheri Oglesby Chachos** That picture is of Tim Deagan. The news station had his picture on by mistake. They have since changed it.

  June 16, 2014 at 7:59pm

- 

  **Rachael Lucas** Wow, I was thinking.. What has happened to Jax! Lol

  June 16, 2014 at 8:02pm

- 

  **Debbie McDonald Kurlin** Wow that's crazy

  June 16, 2014 at 8:16pm

- 

  **Sheri Oglesby Chachos** That's a terrible mistake by a competitive news station Jacksonville.

  June 16, 2014 at 8:19pm · Edited · 2

- 

  **Monica Marcus** Soooooo. How'd they get Tim Deegan in an orange suit? What did he do to get in an orange suit?

  June 16, 2014 at 8:27pm

- 

  **Sheri Oglesby Chachos** That's his mug shot from a DUI back in November.

  June 16, 2014 at 8:29pm · 1

- 

  **Rachael Lucas** That's crazy!!

  June 16, 2014 at 8:33pm

- 

  **Tracey Boucher Robinson** Wow that is crazy poor guy with his pic in the wrong place!

  June 16, 2014 at 9:05pm

- 

  **Blake Mcclain** Hope he sues the cap out of them

  June 16, 2014 at 10:10pm

- 
  **Blake Mcclain** Crapp
  June 16, 2014 at 10:10pm

---

113 ****************************************************************************************************************************************



**Andrea Graybill**
June 16, 2014 ·

Robbie Graybill
Show Attachment
Share

- 
  **Denny Scott** Not Jax weather man Tim Deegan.
  June 16, 2014 at 7:46pm

- **Kenny Scott** WTF??? lol. Hope this is wrong.
  June 16, 2014 at 7:49pm

- **Julie Shackelford** Wrong photo
  June 16, 2014 at 7:54pm · 1

- **Destiny Crosby** Is this the weather man??
  June 16, 2014 at 8:17pm

- **Andrea Graybill** It's the wrong photo. If you see the very fine print at the end of the article they make the comment that the photo used was incorrect and they are so very sorry. Little late if you ask me
  June 16, 2014 at 8:57pm · 1

- **Angela Gann McNutt** Ha! I was gonna say! I just saw him shopping at Publix on my side of town a few days ago! Poor Tim
  June 16, 2014 at 9:54pm · Edited

**114** **********************************************************************************************************



**Downy N Kristie Casey** shared a link.

June 16, 2014 ·

Show Attachment

Share

- **Chare Roland** likes this.
- 12 shares



**Heather Beaston** I love how they put the weather man's picture from his DUI and not the real guy's picture who looks more like Dr. Oz

June 16, 2014 at 7:44pm · 1

**David Timothy Kidd** So why the photo of t.d.? This is cold blooded!

June 16, 2014 at 7:56pm

**Heather Beaston** Who knows..here's the real guy

June 16, 2014 at 8:01pm

**Jayne Sullivan Imray** This is unbelievable. They even use Tim Deegan's name in the report. Some one is going to be in a lot of trouble for this goof.

June 17, 2014 at 5:01pm

**115** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Nadia Smith**

June 16, 2014 ·

Wow not Tim the weather man smh

Show Attachment

Share



**Darnell Rogers Sr** Wasn't him

June 17, 2014 at 8:43am



**Shep Boutdat** OMG nooo #rpSee Translation

June 17, 2014 at 10:24am



**Darnell Rogers Sr** Same name wrong picture

June 17, 2014 at 10:45am



**Nadia Smith** Really

June 17, 2014 at 10:45am



**Darnell Rogers Sr** yeah if I were him I would sue if you go to the article they changed the picture. the real dude was an accountant from Gainsville.

June 17, 2014 at 12:01pm



**Nadia Smith** Yeah I read that I would sue to

June 17, 2014 at 12:14pm



**Shep Boutdat** when n wat did tim deegan get arrested for

June 17, 2014 at 12:20pm



**Nadia Smith** It say he kept 3 women in his house as sex slaves

June 17, 2014 at 12:22pm



**Shep Boutdat** nah im talm bout da weather man. not the fake one. When did he get that mugshot tooken?

June 17, 2014 at 2:59pm

**Darnell Rogers Sr** He got a dui in december

June 17, 2014 at 6:14pm

**116** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Kristina Velez** shared a link.

June 16, 2014 ·

Show Attachment

Share

- 1 share
- 
- **Sarah Smile** That is Tim Deegan

  June 16, 2014 at 7:30pm

- 
- **Jackleen Akel** It was a mistake thats his dui foto they announced it

  June 16, 2014 at 7:34pm

**117** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Timothy Hutchins**

June 16, 2014 ·

wow omg

Show Attachment

Share NO PUBLIC COMMENTS

**118** *************************************************************************************************



**Zach Powell**

June 16, 2014 ·

Tim deegan wasn't really that good on keeping track on the weather! I wonder why?

Show Attachment

Share

- 2 people like this.
- 1 share

**Diana Rader** Wow! Shouldve kept his mind, and everything else, on the weather.

June 16, 2014 at 7:44pm

**Jean Marie McDaniel-Rudd** If you read the article you will find out if a 53-year-old accountant by the same name in Gainesville

June 16, 2014 at 7:50pm · 3

**Tara Dunham** Lol had me reading for sure

June 16, 2014 at 8:26pm

**Justin Pierce** Had me reading up on it. Tomorrow's news@5 Should have some interesting comments

June 16, 2014 at 9:51pm · 1

**Beth Mulligan** Gives him a very bad rap...bad mistake...

June 16, 2014 at 10:32pm · 1

**Nick Garcia** Its not him I looked it up

June 17, 2014 at 7:27am

**119** ********************************************************************************

**Vernon Griffin**

June 16, 2014 ·

Wow

Show Attachment

Share

- Jennifer Wilson likes this.

- **Stephen Lloyd** Didn't he use to be the weather man?

  June 17, 2014 at 12:23am

- **Vernon Griffin** Tim

  June 17, 2014 at 8:41am

- **Jennifer Burns Bushey** Man he's really went down hill from being the weather man to DUI to now this wow .

  June 17, 2014 at 8:52am

- **Stephen Lloyd** interesting how they didn't even mention that he was once a weatherman. Must have wanted to show some respect for Donna.

  June 17, 2014 at 9:05am

- **Stephen Lloyd** That's the wrong tim deegan in the post different guy all together

  June 17, 2014 at 8:02pm

- **Vernon Griffin** U sureSee Translation

  June 17, 2014 at 8:18pm

- **Stephen Lloyd** Yea read the comments on fox's page. Hell I wish it was my picture and my name up there. I'd sue the f*&k out of them

  June 17, 2014 at 8:21pm

**120** ********************************************************************************

**Renee Dean**

June 16, 2014 ·

Omg is this for real

Show Attachment

Share

- 2 people like this.

- **Ralph Burnham** Omg. That's the guy from the news?

  June 16, 2014 at 8:21pm



**Renee Dean** Ya somebody put the wrong picture on here.

June 16, 2014 at 8:22pm



**Brandi Burnham** Yeh the weather dude only goes to jail for dui lol

June 16, 2014 at 8:49pm

**Ralph Burnham** ya! think i'd drink 2, if i chose 2b a weatherman n b wrong most d time.

June 16, 2014 at 11:51pm

121 *************************************************************************************************

**Sean D Tirello** shared a link.

June 16, 2014 ·

Show Attachment

Share

1 share

**Kris Rieman** Holy crap, the First coast News weatherman!?!?

June 16, 2014 at 9:06pm

**Olivia Grace Masters** I'm so confused.

June 16, 2014 at 11:02pm

**Matthew Searcy** Is this real?

June 17, 2014 at 9:42am

**Karie Duvall-mollgren** I never thought Tim was that way... he is married to Donna now, though; Who knows?

June 17, 2014 at 6:16pm

**Kris Rieman** No they messed up, So did I, they used the weathermans DUI mug shot instead of the other Tim deegan in Gville that actually did this.

June 17, 2014 at 6:42pm · 1

122 *************************************************************************************************



**Eddie Harrell** shared a link to **Stacey Harrell Goodwin**'s Timeline.

June 16, 2014 ·

Show Attachment

Share



**Michele Harrell Ortiz** That pic is from his DUI arrest. This story is not about Tim Deegan the meteorologist. Don't know why his pic is there other then to confuse people.

June 16, 2014 at 10:36pm

123 **************************************************************************************************



**Eddie Harrell** shared a link.

June 16, 2014 ·

Show Attachment

Share

- Tommy Harrell likes this.
- 1 share
- 

**Stacey Harrell Goodwin** I dont know eddie sent it to me and i just think thats messed up who every did it

June 16, 2014 at 7:24pm

124 **************************************************************************************************



**Teri Grant**

June 16, 2014 ·

This is gonna cause some backlash I'm sure... but I did Lol.

Show Attachment

Like ·

Share

- · 5 people like this.
- 

**JennAlly Van Fleming** Right

June 16, 2014 at 7:12pm · Like

- 

**Teri Grant** For my non Jacksonville friends- the pic is of a local weatherman who also happens to be named Tim Deegan. He also has a history of DUI...but not keeping sex slaves.

June 16, 2014 at 7:16pm · Like · 1

- 

**Sandra Tracey** is this photo the one of the weather man? Or the culprit? I read the story..seems the things he did wrong will take a backseat to the news reporting with the wrong photo...

June 16, 2014 at 7:17pm · Like

- 

**Teri Grant** The photo is of the weatherman, who is a bit of a local celeb.

June 16, 2014 at 7:40pm · Like



**Denise Mastenbrook** Oh that's not a good story for him to have his photo attached to. Many people will only see the photo and the headline and assume it was him.

June 16, 2014 at 7:41pm · Like · 3



**Belinda Largent** they don't even look alike http://www.huffingtonpost.com/.../timothy-deegan-sex...

June 16, 2014 at 7:41pm · Like



**Denise Mastenbrook** Okay...reading the second story shit like that drives me nuts. They quote his neighbor talking about hearing women screaming and seeing a woman in the fetal position moaning after being dropped off and yet they didn't call the cops??

June 16, 2014 at 7:44pm · Like · 4



**Sandra Tracey** I know how you feel, Denise. It's sad that people don't take action when they see that shit...instead they just wait until the reporters flock in and say it "oh yeah, I remember one time, this poor woman was.....etc"...irks me bad

June 16, 2014 at 7:46pm · Like · 2



**Teri Grant** Bear in mind...we are talking about Florida.

June 16, 2014 at 8:13pm · Like · 3



**Suzi Carnahan** Whoops

June 16, 2014 at 8:20pm · Like



**Amanda Whelchel Krug** Oh my how funny!

June 16, 2014 at 9:29pm · Like



**Matthew Weaver** The picture mixup was for real or a joke?? If this was a legitimate wrong picture with story....oh my goodness. Can we say lawsuit coming? WOW!

June 16, 2014 at 10:17pm · Like



**Teri Grant** It was for real. Done by accident (supposedly)

June 16, 2014 at 10:19pm · Like



**Carol Sallaberry** non-rape Deegan is going to have to retire. rape Deegan will hopefully Officially Go Away for the rest of his natural life... the neighbors are Kitty Genovese all over again.

June 16, 2014 at 11:40pm · Like



**Belinda Bernard** Considering a station that directly competes with his station made this "mistake." I have a hard time believing the mix-up was unintentional. Just sayin'.

June 17, 2014 at 6:15am · Like · 3



**Teri Grant** Exactly Belinda!

June 17, 2014 at 8:53am · Like



**Jennifer Ennis** Maybe I should apply for the job of the person whoever did this!

June 17, 2014 at 4:55pm · Like · 1

---

**125** *******************************************************************************************************************************



**Rebecca Andrews**
June 16, 2014 ·

Haha...gotta love Jax's best weather man. Worst case of mistaken identity lol

Show Attachment

Share

9 people like this.



**Tracey Christine Mcfadden-Canterbury** After his divorce he must of lost his damn mind. Wtf

June 16, 2014 at 7:03pm · 1



**Rebecca Andrews** It's not really him that did it. They put up the wrong photo. It's another guy named Timothy Deegan lol

June 16, 2014 at 7:05pm · 1



**Tracey Christine Mcfadden-Canterbury** Oh snap. Lmao. Poor guy. Did he do the weather tonight

June 16, 2014 at 7:06pm



**Susan Marie Randall** I see $$$$$ in his future.

June 17, 2014 at 6:54am · 1



**Rebecca Andrews** Ok Susan Marie Randall...I'd be suing like a mother lol

June 17, 2014 at 8:03am



**Robert Moore** I saw the pic of the guy they are really talking about he live in Gainsville .total creep.

June 17, 2014 at 11:03am

---

126 **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***



**Kathy Deloach Simms** shared a link.

June 16, 2014 ·

Show Attachment

Share

**Marty McCullough** Same name, different man....this is NOT the weatherman...wrong picture

June 16, 2014 at 7:22pm · 1

**La Siegle** What happened to Donna Deegan?

June 16, 2014 at 8:03pm

**Kathy Deloach Simms** She married the other news guy

June 16, 2014 at 8:04pm

**Dora M Batten** wow looks like him....

June 16, 2014 at 8:09pm

**Marty McCullough** <mark>Read the disclaimer at the bottom of the article. They state they put the wrong pic (the weatherman) up</mark>

June 16, 2014 at 8:11pm · 1

**Jacqueline Cantrell** Oooohhh...............I can already hear the Attorney's chomping at the bit!!!!!!!!!!!!! LOL

June 16, 2014 at 8:31pm · Edited

---

127 **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***



**Sandra O Persinger** shared a link.

June 16, 2014 ·

Show Attachment   <mark>NO PUBLIC COMMENTS</mark>

Share

---

128 **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***



**Yvonne Shope** shared a link.

June 16, 2014 ·

Show Attachment

Share

- 1 share
- 

**Angela Suppa Callahan** Wrong picture...lol
June 16, 2014 at 7:12pm · 1

- 

**Candi Herosy Dobson** O no poor Tim
June 16, 2014 at 7:31pm

- 

**Angela Suppa Callahan** I know...I am guessing he is not happy about the mix up!!!
June 16, 2014 at 7:32pm

- 

**Belinda Keltner Buchanan** When you go directly to the site, not using the link, its another picture.
June 16, 2014 at 8:27pm

- 

**Cheryl Johns** wrong photo
June 17, 2014 at 9:31am

**129** ***************************************************************************

**Michael Church**

June 16, 2014 ·

Ok wats up with Tim ..

Show Attachment

Share

Kim Wynn likes this.

**Casey Merrett Canali** They put the wrong pic....it's a big mix up. Sucks for Tim.
June 16, 2014 at 7:01pm

**Michael Church** Ha ha he cant catch a break lately.. I bet Dan is laughing his ass off
June 16, 2014 at 7:02pm · 4

**130** ***************************************************************************

**Alysia Kaltenbach Driggers** shared a link.

June 16, 2014 ·

Show Attachment

Share

**Alysia Kaltenbach Driggers** Someone is going to get paid.
June 16, 2014 at 6:51pm

**Linda Corum Moon** hahahaha too funny
June 16, 2014 at 7:15pm · 1

**Janice Purvis** Wtf? Name is Timothy Deegan. You been pinked
June 17, 2014 at 4:37pm · 2

**131** ***************************************************************************

**Victoria Dykes**

June 16, 2014 ·

This is messed up lol... so actionnewsjax pulled a clay county mistaken identity .....

Show Attachment

Share

7 people like this.

**Daniel MacNulty** Haha wrong Tim deegan.

June 16, 2014 at 8:02pm · 1



**Jana Kibler Raulerson** Lol

June 16, 2014 at 8:24pm · 1

---

**132** *********************************************************************************



**Meghan Hirvas**

June 16, 2014 ·

they posted the wrong picture it's another Tim Deegan!!!

Show Attachment

Share

April DuPont likes this.



**Kritika Salooja** Lmao @ the wrong pic. The story is crazy frown emoticon

June 16, 2014 at 7:18pm · Edited



**April DuPont** Thats hilarious

June 16, 2014 at 10:46pm

---

**133** *********************************************************************************



**Jtryderkiley Penuel**

June 16, 2014 ·

Hell Naw what's this world coming too

Show Attachment

Share

2 shares



**Jeff Harris** It's not the weatherman they had the wrong picture lol I just read the correction

June 16, 2014 at 8:08pm

**134** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Reeces Wil** shared a link.

June 16, 2014 ·

Show Attachment

Like ·

Share

Like ·

Share

· 8

---

**Keshana Simmons** Hold up!! Is that Tim Deegan that use to be a meteorologist on Channel 12 news??!!!!! Wow!!!

June 16, 2014 at 6:18pm · Like · 2

---



**Reeces Wil** Lol yes girl that's what me and my mama just said

June 16, 2014 at 6:19pm · Like · 1

---

**Keshana Simmons** Now that's a damn shame!! Lol

June 16, 2014 at 6:19pm · Like · 1

---

**Reeces Wil** Yesss..much as I watch those good news

June 16, 2014 at 6:20pm · Like · 1

---

**Holly A Holly** It's the wrong Tim Deegan, the story is true, just a different Tim.

June 16, 2014 at 6:32pm · Like

---

**Keshana Simmons** Seriously?? They got the wrong person's mugshot!! Lol!! Now that's funny!! I was like wow, really?!

June 16, 2014 at 6:36pm · Edited · Like · 2

---



**Jackie L Hooper Sr.** What a mess!

June 16, 2014 at 6:35pm · Like · 2



**Holly A Holly** Yep.

June 16, 2014 at 7:15pm · Like

---

135 ****************************************************************************************************



**Ronald Bmoney Watson**

June 16, 2014 ·

Damn... not da weather man?!?!?! It aint safe no more... smh

Show Attachment

Share

6 people like this.

1 share

**Mackenzie Jackson** The Tim Deegan that is being held for human trafficking is not the same Tim Deegan that does the weather. The meteorologist Tim was arrested last year for a DUI and they accidently put that mug shot with the human trafficking story. Two different men though.

June 16, 2014 at 6:22pm

**Trisha Smith** Wrong Tim Deegan

June 16, 2014 at 6:22pm

**Ronald Bmoney Watson** Lol I jus fin to say... dats crazy yo...

June 16, 2014 at 6:23pm

**Trisha Smith** It got me too...until I read the photo correction

June 16, 2014 at 6:24pm · 1

**Deirdre Powell** Wow! See thats why I roll with Richard Nunn

June 16, 2014 at 9:02pm

**Deirdre Powell** Oh no!

June 16, 2014 at 9:03pm

**Danielle White** OMG!!!

June 16, 2014 at 9:16pm

**136** *************************************************************************************************



**Renee Shannon** shared a link.

June 16, 2014 ·

Show Attachment

Share

- 4 people like this.
- 2 shares



**Wolf Dew-Frog** wrong Tim!

June 16, 2014 at 6:23pm



**Eddie Engemann** Bwhahaha

June 16, 2014 at 6:31pm



**Christie Johnson** yeah it is the wrong one, but he's gonna catch hell for it!!

June 16, 2014 at 6:31pm



**Sharron New** Omg looks like Tim deagan!

June 16, 2014 at 6:39pm · Edited · 2



**Tj Shannon** Someone getting fired, lol.

June 16, 2014 at 10:41pm

**137** *************************************************************************************************



**Bige Kelsey** shared a link.

June 16, 2014 ·

Show Attachment

Share NO PUBLIC COMMENTS

**138** *************************************************************************************************



**Malisa Mangus**

June 16, 2014 ·

Damn Tim Deegon holy shit lol

Show Attachment

Share

- Kayla Marie Kelly likes this.

139 ********************************************************************************************

**Matthew Collins**

June 16, 2014 ·

lol

Show Attachment

Share

---

3 people like this.

**Deborah Mattern** looks like the weatherman Tim Deegan

June 16, 2014 at 9:04pm

**Matthew Collins** that is him. from his dui mugshot but basically the mentioned guy in the story has the same name and one of the other news stations put his picture on it. lol

June 16, 2014 at 9:07pm

**Timothy Rodriguez** Matt you have the wrong tim..

June 16, 2014 at 9:10pm

**Matthew Collins** i know thats what i just said!

June 16, 2014 at 9:12pm

**Kelley Castle** this is awesome

June 16, 2014 at 9:15pm

**Matthew Collins** thats called a "convenient" accident on their part/ negative publicity on the house!

June 16, 2014 at 9:17pm

**Dustin Mccance** Nd big bank for mr. Tim. Lol it fooled me.

June 16, 2014 at 9:32pm

---

140 ********************************************************************************************

**Allen Black Shawn Booker**

June 16, 2014 ·

is this real

Show Attachment

Share

---

2 people like this.

**Jorick B. Kelsey** Wrong person man.

June 16, 2014 at 6:08pm · 2



**Jason Jennifer Nichols** I think so seen it on news for a week or so
June 16, 2014 at 6:11pm



**China Womble Evans** This is the Tim that the post is referring to.



June 16, 2014 at 6:20pm

**Khalid Ya'iyr Abdullah** It is is , it's look partly cloudy for him...lol
June 16, 2014 at 6:28pm · **2**



**I'msoblessed Paige** wrong white man
June 16, 2014 at 9:35pm

---

**141** ********************************************************************************************************************************************************************************



**Lori Womble Richter** shared a link.

June 16, 2014 ·

Show Attachment

Share

Amanda Mraz likes this.



**Dana Reed** James Reed omg
June 17, 2014 at 5:09am



**Shirley Smith** looks like tim on 12 news
June 17, 2014 at 4:29pm



**Dana Reed** It is Tim Shirley Smith
June 17, 2014 at 5:19pm



**Lori Womble Richter** Yes it is
June 17, 2014 at 7:03pm

**Dana Reed** Some other people are tling me they have the wrong photo for this and it is not that Tim deegan

June 17, 2014 at 7:12pm



**Lucy Thornton** They put the wrong picture with this story! They already issued a retraction and an apology. The guy's name they arrested is Timothy Deegan but not THAT Tim Deegan from the news like the picture suggests.

June 17, 2014 at 7:22pm



**Dana Reed** That's what I'm finding out too

June 17, 2014 at 7:23pm

**142** ************************************************************************************************



**John Dasher**

June 16, 2014 ·

Wtff

Show Attachment

Share

---

**Megan Elizabeth** ==Yea, this is a fuck up. Wrong guy==

June 16, 2014 at 6:08pm

---

**John Dasher** Ohh ok

June 16, 2014 at 6:09pm

**143** ************************************************************************************************

**Natasha Demps**

June 16, 2014

Wasn't he the weather man on first coast news? Smh

Show Attachment

Share

---

- 2 people like this.

**Desamita Prettyassmimi Grant** yes he was

June 16, 2014 at 6:26pm

---

**Tiffany Blessings** the weather man though?

June 16, 2014 at 6:32pm · Edited

---

**Beth Gruninger Leveille** ==It's not him. It's a dif guy with the same name. Someone messed up and used the weather man Tim dreegans mugshot from his DUI a few years ago. So someone's in big trouble at diary coast news!==

June 16, 2014 at 6:42pm

---

**Beth Gruninger Leveille** First*

June 16, 2014 at 6:42pm

---

**Desamita Prettyassmimi Grant** oh okaySee Translation

June 16, 2014 at 7:27pm

---

**King Darrius Demps** He is an accountant here in Gainesville. He was pretty high profile here

June 16, 2014 at 10:18pm

---

**Nakia Fernandez Brown** Wow... somebody's in trouble. Lol.

June 17, 2014 at 7:22pm

**144** *************************************************************************************************************



**Joanne Fisher**

June 16, 2014 ·

Looks like tim degan from channel 12 news

Show Attachment

Share

- Steve Ellis likes this.
- 

Randy Martin He is gonna sue the pants off them. I saw pictures of the Tim Deagan that did the crime it wasn't the weather man. Looks like they screwed up and posted the wrong mans picture...yikes

June 16, 2014 at 6:31pm

**145** *************************************************************************************************************



**Heather Morgan** shared a link.

June 16, 2014 ·

Show Attachment

Share NO PUBLIC COMMENTS

**146** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Terica DuBois**

June 16, 2014 ·

Look like the weather guy to me

Show Attachment

Like ·

Share

---

 3 people like this.



**Kelly Hurst** the pic is tim deegan( it is his arrest from a dui a couple of years ago. He is a weather guy for channel 4.However...not the tim deegan in this article.

June 16, 2014 at 5:59pm · Edited · Like

---



**Terica DuBois**



June 16, 2014 at 6:23pm · Like

---



**Kurtiz Mency** Omg damn these people have no limits at all

June 16, 2014 at 9:51pm · Like · 1

**147** *******************************************************************************



**Lisa Driggers**

June 16, 2014 ·

Guess who's going to get a retirement check??? Wrong pic!!

Show Attachment

Share

- Carrie Veon Mahoney likes this.
- 1 share

**148** *******************************************************************************



**Hurley Givens**

June 16, 2014 · Edited ·

Are you fucking serious...Tim Deegan??? WTF is wrong with these people...what is wrong with you dude? WOW I'm in shock right now

Show Attachment

Share

- 

  **Hurley Givens** Now their saying it's the wrong photo..well Damn for a minute there I though I was gonna have a heart attack..if I was him I'd hit them with a hella LAWSUIT

  June 16, 2014 at 9:07pm

**149** *******************************************************************************



**Norman Roussel Jr** via **My9oh4.com**

June 16, 2014

Damn Tim Degan! First you still the man wife then have a prostitution ring going on!

Show Attachment

Share

- 6 people like this.
- 13 shares
- 

  **Meghan Hover** Haha the news is using the wrong photo. The person this article is an accountant. If I were Tim I would sue lol.

  June 16, 2014 at 5:40pm · 2

- **Danielle Corker** It's a diff Tim Deegan lol

  June 16, 2014 at 5:40pm

- **Jasmin Hills** Stop it! I love Tim Deegan "the weather man"! He's not into sex rings! He's an alcoholic! Lol!!

  June 16, 2014 at 5:45pm

- 

  **Christian Kiefer** They used the wrong photo lol.

  June 16, 2014 at 5:45pm · 1



**Malinda Jackson** omg!!! what??? noooooo pineapples!!

June 16, 2014 at 5:45pm · 2



**Christian Kiefer** Go home Tim Deegan... You're drunk...again,

June 16, 2014 at 5:46pm · 4

**Rachael Turner** Wow that's bogus lol

June 16, 2014 at 6:10pm

**Danielle Corker** Honestly I would not be surprised lol he's kind of a douche

June 16, 2014 at 6:11pm

**Becka A Herndon** What?!?!? Lol

June 16, 2014 at 6:22pm

**MJ Johnson** What!? I remember him on the news

June 16, 2014 at 7:42pm

**Dominique C. Johnson** Nooooo, is this true? what and the blue world??? what???

June 16, 2014 at 10:47pm · 1

**Dominique C. Johnson** when did he stop doing the weather?

June 16, 2014 at 10:48pm

**Dominique C. Johnson** ok, this is so not true. here's the story I'm seeing.http://www.myfoxorlando.com/.../police-gainesville...



**Police: Gainesville accountant held women as sex slaves**

A well-known certified public accountant in...

MYFOXORLANDO.COM|BY KATE BURGESS

June 16, 2014 at 10:50pm · 1



**Charles Aaron Smith** Wrong Tim Degan but nice try smile emoticon

June 17, 2014 at 11:23am



**Kes Samuel** Damn I guess the news wasnt paying that great

June 18, 2014 at 3:37am

**150** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**James Imakethislookgood Nance**

June 16, 2014 ·

Say whaaaat....

Show Attachment

Share



**Amanda Wilcott** It was the wrong mug shot. Not THE Tim Deegan.

June 16, 2014 at 5:39pm

**James Imakethislookgood Nance** Oh its someone else?

June 16, 2014 at 5:51pm



**Amanda Wilcott** From what I understand. There's a retraction at the bottom of the article saying it was the wrong photo.

June 16, 2014 at 5:55pm

**James Imakethislookgood Nance** Lmao

June 16, 2014 at 5:56pm · 1

**Shelly N Joseph Clarke** I was about to say....holy cow!!! That's an awful mistake to make.

June 16, 2014 at 8:43pm



**Ryan Santo** Haha too funny wrong guy again! Way to go news casters. Why to follow up on leads and put out correct info. We all you you suck

June 16, 2014 at 10:19pm



**Ryan Santo** Way not why

June 16, 2014 at 10:19pm

**151** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Mike Murray** shared a link.

June 16, 2014 ·

Show Attachment

Share



**LeVorner Moorer III** Cuz (( Mike )); you made me drop my phone!! Here's the real Dirty Deegan: http://m.huffpost.com/us/entry/5495980

June 16, 2014 at 6:01pm

**Faye Daddybabygirl Henry** LeVorner Moorer III that makes more sense I was about to say not the weather man

June 18, 2014 at 6:34am · 1

**Faye Daddybabygirl Henry** Lol
June 18, 2014 at 6:34am · 1

152 ************************************************************************************************************************************************



**Jeffry Dougherty Jr.**
June 16, 2014 ·

This sex trafficking, son of a bitch looks exactly like the weatherman's mugshot. Twinsies, Tim Deegan!

Show Attachment

Like ·

Share

- 2 shares



**Rebeccah Green** <mark>It's the wrong picture</mark>

June 16, 2014 at 5:34pm · Like · 1



**Dana Dee** Gainesville woo hoo!

June 16, 2014 at 5:45pm · Like



**Crystal Rose Collazo** How can it be the wrong pic, the article days Timothy Deegan

June 16, 2014 at 6:14pm · Like · 1



**Dana Dee** There is more than one Tim Deegan. One's a weatherman and the other a leatherman.

June 16, 2014 at 6:16pm · Like · 4



**Alford Whitaker Jr.** The weatherman can't catch a break can he but the lawsuit he may file could be nice for him

June 16, 2014 at 6:31pm · Like · 2



**Mutha Fudgin Deshonga** Tim Deegan is a leatherman though. At least that's how he looks...

June 16, 2014 at 7:33pm · Like



**Birdie Birdashaw** holy shit!

June 16, 2014 at 7:36pm · Like



**Stephen Bunnell** http://www.huffingtonpost.com/.../timothy-deegan-sex...

June 16, 2014 at 8:06pm · Like · 1



**Jeffry Dougherty Jr.** I have no idea what's going on.

June 16, 2014 at 8:07pm · Like · 1



**Stephen Bunnell** Tim Deegan the meteorologist is not involved with sex trafficking, Tim Deegan the accountant is. two different people. some jackass just posted up the wrong picture. the meteorologist did get busted for drunk driving though and thats where that mug shot picture came from.http://jacksonville.com/.../first-coast-new-meteorologist...

June 16, 2014 at 8:11pm · Like · 1



**Jeffry Dougherty Jr.** I knew that. Just thought it was funny that ActionNewsJax was the one who made that mistake.

June 16, 2014 at 8:21pm · Like · 4



**Stephen Bunnell** Ah ok

June 16, 2014 at 9:25pm · Like · 1



**Lisa Anne Barika** I moved away and hadn't seen anything about it in years but the ages and names matched up. He looks a little leathery because as I remember, he was an avid surfer.

June 16, 2014 at 11:04pm · Like



**Sarah Sommer Day** How did they get a mug shot of Tim Deegan the weather man!?!

June 17, 2014 at 6:43am · Like



**Sarah Sommer Day** I was like "holy shit!" Because I remember the dude coming to an assembly to like mentor us at Neptune Beach Elementary in like the 3rd grade... Lol!!!

June 17, 2014 at 6:44am · Like

**153** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Mike Murray** shared a link.

June 16, 2014

Show Attachment    NO PUBLIC COMMENTS

Share

- 12 shares

**154** ✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶✶



**Robert Whitney Goodell**

June 16, 2014 ·

Omg

Show Attachment

Like ·

Share

- 1 share



- **Ashley Soles** It's a mistake. There is a caption at the bottom that says they used the wrong image- it isn't Tim Deegan the meteorologist... Huge mistake if you ask me! Poor Tim!

  June 16, 2014 at 5:26pm · Edited · Like



- **Robert Whitney Goodell** Hahaha dang I mean oh no

  June 16, 2014 at 5:27pm · Like



- **Robert Whitney Goodell** You'd think had news would know him well enough

  June 16, 2014 at 5:28pm · Like



- **Ashley Soles** You would think...but I am not surprised.

  June 16, 2014 at 5:28pm · Like



- **Amy Peavey Cassella** Definitely wrong guy. Have you seen the real story?

  June 16, 2014 at 5:43pm · Like · 1

- **Kansas Williams** Wow, talk about character assassination. Slander at its finest! Smh poor Tim Deegan.

  June 16, 2014 at 7:02pm · Like

- **Ashley Soles** I am sure there is a lawsuit in the making!

  June 16, 2014 at 7:04pm · Like



**Judy Gilbert** The story is still crazy nonetheless. Tim will recover quickly.

June 16, 2014 at 8:24pm · Like



**Laura C. Skinner** this should be removed from fb....wrong guy!

June 16, 2014 at 9:37pm · Like



**Robert Whitney Goodell** Idk if y'all know Tim but I'm keeping it on here he is so not my favorite person to deal with rude karma is real

June 16, 2014 at 10:13pm · Like · 3



**Gary Spikes** Who is that guy with the leather face mask on? Oh wait its the drunken weather man

June 17, 2014 at 7:36am · Like · 1



**Scott Sommer** That's Tim deegans dui photo!! Horrible

June 17, 2014 at 11:37pm · Like

---

155 ********************************************************************************************************



**Charlie Moats** shared a link.

June 16, 2014 ·

Show Attachment

Share

3 people like this.



**Lori Grooms Foskey** What tha fuddddggee!See Translation

June 16, 2014 at 5:35pm · Edited



**Paul Joe Bailey Hodge** The weather man tim deegan

June 16, 2014 at 5:37pm



**Jennifer Benson** It's the incorrect photo

June 16, 2014 at 5:54pm · 1

**Lori Grooms Foskey** http://m.nydailynews.com/.../florida-accountant-hookers...

- 

  June 16, 2014 at 5:59pm · 1

  **Grant Karvonen** Someone getting sued over the wrong photo

  June 16, 2014 at 6:01pm · 1

**156** ********************************************************************************



**Aly Zumback**

June 16, 2014 ·

Whaaaaaaaat

Show Attachment

Like ·

Share

- 6 people like this.



**James Hilt** It's a different Tim Deegan. The news messed up, they just said it in the article.

June 16, 2014 at 6:18pm · Like



**Aly Zumback** Oj See Translation

June 16, 2014 at 6:19pm · Like



**Aly Zumback** Oh*

June 16, 2014 at 6:20pm · Like



**Laurenn Mobleyy** I was like wwttttffff

June 16, 2014 at 6:45pm · Like



**Laurenn Mobleyy** Still messed up but I legitimately thought it was the weather man!

June 16, 2014 at 6:45pm · Like



**Aly Zumback** Hahaha

June 16, 2014 at 6:46pm · Like



**Brandon Buzard** Lol thts so fucked up

June 17, 2014 at 3:23am · Like



**Alex Blue** Would it really supprise anyone if it was him

June 17, 2014 at 8:35am · Like

**157** *********************************************************************************************************



**Natalie Canon** shared a link.

June 16, 2014 ·

Show Attachment

Share

- **Amber Letourneau** likes this.
- 31 shares



**Amber Letourneau** this is the wrong pic!

June 16, 2014 at 5:26pm · 1



**Ariel C Horcher** Tim Deegan???

June 16, 2014 at 6:08pm · 1



**Justin Smith** Idk it looks like him

June 16, 2014 at 6:19pm



**Danielle Manucy Campbell** they posted the wrong pic. SUCH a huge mistake. its a different deegan. they used his photo from his dUI . crazy

June 16, 2014 at 6:59pm · 1



**Sean D Tirello** ha

June 16, 2014 at 7:08pm



**Justin Smith** That guys not gonna be able to give me the surf report anymore? Snitches.

June 16, 2014 at 10:05pm · 1



**Jessica Mansell** That's terrible. Might've been done accidentally on purpose.

June 17, 2014 at 4:35am · 2



**Megan Elizabeth Shrader** It's not true. That made a big mistake. It's a different Tim Deegan.

June 17, 2014 at 8:48am

**158** **********************************************************************



**David Vandygriff** shared a link.

June 16, 2014

Show Attachment

Like · Comment ·

Share

---

- **3 shares**



**Rachel Wade** Is that Tim deagan?

June 16, 2014 at 5:24pm · Like

---



**Staci Ybarra** ==Yes. But I think they used the wrong picture. I think it is another man also named Timothy Deegan, who is an accountant in Gainesville. ... But Why does Tim have on ORANGE Jail clothes. I know he got a DUI but I thought that should be Grey clothes. Orange is for Big Criminals. ??==

June 16, 2014 at 5:33pm · Like · 1

---



**Chasity Starkey** Is this a true story?

June 16, 2014 at 5:34pm · Like

---



**Micheala Asato** http://www.huffingtonpost.com/.../timothy-deegan-sex... They had the wrong photo up here is his real photo Gainesville resident Timothy Deegan, 53,



**Florida Man Kept 3 Women As Sex Slaves: Cops**

A Florida accountant has been accused of confining...

HUFFINGTONPOST.COM

June 16, 2014 at 5:35pm · Like · 3

---



**Julie Brigman** Our Tim Deegan does not have time for that. Plus only accountants do stuff like that.

June 16, 2014 at 5:36pm · Like



**David Vandygriff** Crazy how media can get a story so off in posting the wrong photo.

June 16, 2014 at 5:37pm · Like · 1



**Hesper Ponds Hubert** That's hilarious. I'm sure it was an "accident"!

June 16, 2014 at 5:38pm · Like



**Micheala Asato** yeah owning sex slaves is a huge jump from his DUI lol I had to look it up when my niece told me the story just didnt really sound like him BUT in this world you never know lol

June 16, 2014 at 5:39pm · Like · 2



**Robert Preston Terrell** BULLSHIT.! It just proves that your rag is actually what I thought! A RAG!

June 16, 2014 at 5:42pm · Like · 1



**Christopher Miller** proves that even the media makes mistakes? Media is the problem!

June 16, 2014 at 6:04pm · Like



**Emily Wanta** My sister had orange for DUI too Staci InCahootsjax Ybarra

June 16, 2014 at 6:06pm · Like · 1



**Gregory Fiege** Yeah, they fixed the article on the website and apologized for the error...

June 16, 2014 at 6:10pm · Edited · Like



**Staci Ybarra** Ok Thanks for info Emily Wanta. I was wondering. LOL

June 16, 2014 at 6:11pm · Like · 1



**Robert Preston Terrell** Sorry but WHY post a story when you KNOW it's not true!

June 16, 2014 at 6:38pm · Like

-  **Brian Gamez** No niceSee Translation

June 16, 2014 at 6:41pm · Like

-  **Keirsten Elizabeth** No way

June 16, 2014 at 6:54pm · Like

-  **Gregory Fiege** It is a true story, just the wrong picture.

June 16, 2014 at 6:56pm · Like

-  **Houston Randall** Oops Fox News at it again lol

June 16, 2014 at 7:02pm · Like

-  **Timothy Hutchins** ok it's not him

June 16, 2014 at 7:25pm · Like · 1

-  **Gregory Fiege** Houston, it isn't Fox News. These are local stations that are also affiliated with CBS. They screwed up and they admitted it.

June 16, 2014 at 7:55pm · Edited · Like

-  **Celia Perez** This is the meteorologist ! What a mistake .

June 16, 2014 at 9:15pm · Like

-  **Gidget Baxter Stivala** Smdh

June 16, 2014 at 9:38pm · Like

-  **Diane Martinelli Buckner** Holy crap! That's a major faux paux!!

June 16, 2014 at 11:15pm · Edited · Like



- **Michael Roper** This post needs to be reported.

  June 16, 2014 at 11:16pm · Like · 1



- **Alma Gonzalez Coffey** Dang, Gregory Fiege! You got my hopes all up for Matthew Coffey to take his meteorology job.... Not nice...LOL

  June 17, 2014 at 12:46am · Like · 1



- **Dennis Skelton** Well it was Tim's competition so....

  June 17, 2014 at 1:31pm · Like



- **Lisa Davis Shields** That's the wrong Tim Deegan!

  June 17, 2014 at 7:26pm · Like



- **Lisa Davis Shields** http://www.huffingtonpost.com/.../timothy-deegan-sex...



## Florida Man Kept 3 Women As Sex Slaves: Cops

HUFFINGTONPOST.COM

June 17, 2014 at 7:45pm · Like

---

**159** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Suzanne Olson**

June 16, 2014 ·

Yaaay Florida!
See Translation
Show Attachment
Share

- 2 people like this.

- 

  **Leah Henry Shelly** They put the wrong picture up! This is the weather mans mug shot from another jacksonville station (Tim deegan the news anchor had a DUI and this was his mugshot) talk about slander!

  June 16, 2014 at 5:20pm · 1

- 

  **Suzanne Olson** Even worse, yaaaay Florida!

  June 16, 2014 at 5:21pm · 2

- **Leah Henry Shelly** lol exactly!!!

  June 16, 2014 at 5:21pm

160 ********************************************************************************************************************************************************************

**Kimmie Lynette Andrews** shared a link.

June 16, 2014 ·

Show Attachment

Share NO PUBLIC COMMENTS

**161** ********************************************************************************



**Polo Dat Nicca**

June 16, 2014 ·

Cockey Tee  Cockey Yonk  Stank Cogdell  John Jones  Deisel Spencer

Show Attachment

Share

- Polo Dat Nicca likes this.
- 12 shares

**Polo Dat Nicca** Bitch that's Tim deegan

June 16, 2014 at 5:16pm · 2

**Stank Cogdell** Hell yeah I knew I knew that dam face

June 16, 2014 at 5:17pm · 1

**Polo Dat Nicca** I ve watched that face for years

June 16, 2014 at 5:18pm · 2

**Polo Dat Nicca** Willie Falcone

June 16, 2014 at 5:18pm

**Mary Oruamabo** Omg...not Tim Deegan?

June 16, 2014 at 6:00pm · 1

**Buffy Boo** He didn't do that they said it was a mix up on the pic lmao, aint no coming back after your accused of rape even if it was a fuk up... smh...

June 16, 2014 at 6:05pm

**Clayton Hickox** Its a different Tim Deegan that lives in Gainesville

June 16, 2014 at 6:32pm

**Bambino DivaDoll Brown** Wrong Guy

June 16, 2014 at 8:09pm · 1

**Shantel Simmons** I was about about to say how the heck it was the news man Tim Deegan, and i just heard him on the radio yesterday doing news update......

June 16, 2014 at 8:21pm · 1

**162** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Deborah Charice**

June 16, 2014

WITH!!!

Show Attachment

Share

- Deborah Charice likes this.



Traypaniel Jordan OMG TIM DEEGAN!! I worked with him when I interned at Channel 12. He used to get lit before he went on camera...WOW...from Meteorologist to jail bird...SMH...so sad

June 16, 2014 at 5:12pm · 2

Shemekia MsBeautiful `No wrong person`

June 16, 2014 at 5:15pm

Talula James Hell you pay them. They would've stayed freely. Smh.

June 16, 2014 at 5:20pm · Edited

**163** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Carole Green**

June 16, 2014 ·

`What???`

Show Attachment

Like ·

Share

· 2321

**164** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Desamita Prettyassmimi Grant**

June 16, 2014 ·

damn not tim deegan he came to pace center for girls when I was still at school to teach us about the weather. #damn#trustnoone

Show Attachment

Share

- 4 people like this.
- 18 shares



Shay Rhett `Their using the wrong photo it's said on the story it was done in error lol`

June 16, 2014 at 5:21pm

**Patsy Tracey** They used the wrong picture for the story lol
June 16, 2014 at 6:12pm · 1

**Elia Stevens** Its another one lol not the weather man
June 16, 2014 at 6:12pm · 2

**Desamita Prettyassmimi Grant** oh okaySee Translation
June 16, 2014 at 6:27pm · Edited

**Tanekia Durham** Wrong picture it's not him
June 16, 2014 at 6:58pm · 1

**Desamita Prettyassmimi Grant** thanks everyone I am well aware that it is not him from all of the comments
June 16, 2014 at 7:26pm

**Jessica Lin-Justiniano** That's such crap, don't believe everything you read
June 16, 2014 at 7:51pm

---

**165** **************************************************************************************************



**Michael Thomas** shared a link.
June 16, 2014 ·

Show Attachment

Share

- **Stidham Shawn** likes this.



**Mike Bighead Hollis** Christ
June 16, 2014 at 6:40pm · 2



**Cindy Wallace** Whats bad is they posted the wrong photo. It's a different guy but they have the same name. If I was him I would sue their asses cause his pic is being showed everywhere with this story. Its gotta suck to be him right now.
June 16, 2014 at 8:09pm · 1



**Michael Thomas** Yeah thats fuckt up
June 16, 2014 at 8:13pm

---

**166** **************************************************************************************************



**Suzette LaFlamme Breaux** shared a link to Rhonda Osban Cartwright's Timeline.
June 16, 2014 ·

Show Attachment

Share NO PUBLIC COMMENTS

**167** **********************************************************************************************

**Lori Fine**

June 16, 2014 ·

OMG! See what happens when you don't double check your work. LOL, that DUI just got much worse.

Show Attachment

Share

- 3 people like this.

Elizabeth Leeman Wow

June 16, 2014 at 6:26pm

**168** **********************************************************************************************

**Traci Robison**

June 16, 2014 ·

Omg Really????!!!!

Show Attachment

Share

- Amanda Perez Ruiz likes this.
- 11 shares

Jenny Levesque Its the wrong picture. ......are we really suppose to believe that a competitor news station made an honest mistake? Lol

June 16, 2014 at 4:52pm · 2

Fawn Wisneski news4jax.com shows the correct picture...

June 16, 2014 at 5:17pm · 1

Amy Anderson Holy crap! The news story calls him Timothy Deegan!

June 16, 2014 at 5:24pm · 1

Richard Doolan Too funny

June 16, 2014 at 5:24pm · 1

Richard Doolan Surfs up wink emoticon

June 16, 2014 at 5:28pm · 1

Traci Robison Richard Doolan lmao

June 16, 2014 at 5:28pm · 1

Richard Doolan Traci Robison me to lmao!!!!

June 16, 2014 at 5:29pm · 2



**Richard Doolan** Think this was his dui mug shot
June 16, 2014 at 5:32pm



**Ada Wilson** It was
June 16, 2014 at 5:45pm · 2



**Casey Fountain** Hey that's the news guy!! Whaaaaat?!?!?
June 16, 2014 at 6:14pm · 1



**Casey Fountain** Oh I just read the comments...lol
June 16, 2014 at 6:15pm · 1



**Burt Campbell** It's a different Tim degan that's a pic from his DUI last year
June 16, 2014 at 6:27pm



**Jennifer Mann** Wrong Deegan dumb ass news station. Lmao
June 16, 2014 at 6:36pm



**Howard Hayes** Clay county is getting suied for the same mistaken identity
June 16, 2014 at 8:04pm

**Howard Hayes** Spell something like that
June 16, 2014 at 8:04pm

169 *****************************************************************************************************



**Maverick Williams** shared a link.
June 16, 2014 ·

Show Attachment
Share

**Danielle Myworthispriceless Tobler** Looks like the news man I think his name Tim Duncan. . Is it?
June 16, 2014 at 7:00pm



**LaDwasha Alexander** That's the wrong picture they apologized
June 16, 2014 at 7:21pm · 1

**170** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Zavon Williams** via **My9oh4.com**

June 16, 2014 ·

**Arlena Bass** wasn't this the same guy who always was wrong about the weather?

Show Attachment

Share



**Raul Soto** <mark>ha ha...Same name, different Tim Deegan...</mark>

June 16, 2014 at 5:11pm



**Zavon Williams** Lol. I think this is the same guy . he is a DEAD GIVEAWAY too! We used to eat ribs with this dude!! Lol

June 16, 2014 at 5:14pm · 1

**Darlmisha Gadson** Be looks like Tim

June 16, 2014 at 5:17pm



**Woah Xhi Zhi** lol

June 16, 2014 at 5:24pm

**Sabrina Cuddihee** http://mugshotsgainesville.com/.../timothy-patrick-deegan/

June 16, 2014 at 6:00pm

**Sabrina Cuddihee** Wrong deegan dude..lol

June 16, 2014 at 6:00pm · 1

**Zavon Williams** Oh wow lol

June 16, 2014 at 6:01pm

**Zavon Williams** Oh yeah.News Tim Deegan is a drunk

June 16, 2014 at 6:03pm

**Nanette Vermillion** LoL that was very funny Zavon.

June 16, 2014 at 7:49pm · 1

**Arlena Bass** Thats him they r lying wrong about everything

June 16, 2014 at 7:51pm · 1

**171** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Peter Mason**

June 16, 2014 ·

<mark>Damn! Way to screw up Action News! This is awesome!</mark> Show Attachment

**172** *****************************************************************************************

**John Jp DiTomaso** shared a link.

June 16, 2014 ·

Show Attachment

Share

**Cristina DiTomaso** Wrong Tim Deegan.

June 16, 2014 at 4:48pm

**John Jp DiTomaso** Ok

June 16, 2014 at 4:49pm

**Howard Mallorey** Man all the weirdos are up there, huh?

June 16, 2014 at 5:43pm

**John Jp DiTomaso** Yeah we have a few

June 16, 2014 at 5:48pm

**Jerrith Barnhart** Yeah they stated on the article it was the wrong photo

June 16, 2014 at 6:05pm

**173** *****************************************************************************************

**Chris Baxter** via **My9oh4.com**

June 16, 2014 ·

Fucking scumbag. He should rot in prison and get raped all day every day for the rest of his life.

Show Attachment

Like ·

Share

·

**Christian Suv** likes this.

**Deanne Maria Ryan Brooks** It's looks like Tim Deegan off of First Coast News .

June 16, 2014 at 4:40pm · Like · 1

**Chris Baxter** Idk

June 16, 2014 at 4:41pm · Like

- 
  **Deanne Maria Ryan Brooks** I'm kinda terrified now -.-

  June 16, 2014 at 4:42pm · Like

- 
  **Reamous Wilkes** That picture is the first coast news guy. Maybe it's just a thumbnail glitch.

  June 16, 2014 at 5:00pm · Like · 1

- 
  **Chris Baxter** Some of the comments on the original picture said it was, but I don't have anything to back it up so idk

  June 16, 2014 at 5:01pm · Like

- 
  **Chris Baxter** Actually this is what should happen to him.http://vimeo.com/56447021

  

  **CATTLE DECAPITATION Forced Gender Reassignment video - Videos on Demand - Metal Injection**

  VIMEO.COM

  June 16, 2014 at 5:05pm · Like

- 
  **Patrick Aaron Paulson** Are the videos online?

  June 16, 2014 at 5:33pm · Like

- 
  **Joey Muscorella** Bubba the big black guy will have fun with him

  June 17, 2014 at 4:03pm · Like

---

**174** ********************************************************************************


**Greg King**
June 16, 2014 ·

Whhaaaattt!?! Is this real? Or just some station to station battle?

Show Attachment

Share

- 2 people like this.



**Amy Bell Nozzolillo** <mark style="background-color:#00ff00;">Hahaha! Read the fine print at the bottom. There is a correction as the wrong mugshot was attached to the story. Wrong Tim Deagan. Sucks to be him</mark> right now.

June 16, 2014 at 4:40pm · 3

-  **Beverly Melcolm Willis** Not true - he was just on the news giving today's weather. Lol

  June 16, 2014 at 4:55pm

- **Greg King** Lol thanks. I was about to say, from stealing the sportscasters wife to human trafficking is a huge jump.

  June 16, 2014 at 5:30pm · 4

---

**175** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Rian Buckman** shared a link.

June 16, 2014 ·

Show Attachment

Share

- 2 people like this.
- 11 shares

- **Pam Davis** <mark style="background-color:#00ff00;">Wrong photo Rian:)</mark>

  June 16, 2014 at 5:36pm · 1

- **Mia Battle Andres** ^^^^ Exactly.

  June 16, 2014 at 7:29pm

---

**176** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Markus Wynne Thiesen**

June 16, 2014 ·

Jacksonvilles finest.

Show Attachment

Share

- Grant Phillips likes this.



**Stacey Del Prete** <mark style="background-color:#ffff00;">They posted the wrong mugshot, same name though lol. The man who is written about in the article is an accountant from Gainesville, and naturally, a Gator fan. Best part is, the national news' main picture of the guy is of him in a Gator jersey.</mark>

http://m.huffpost.com/us/entry/5495980/

June 16, 2014 at 4:29pm · 2

**Patsy Dye** is that the Tim deegan from first coast news..

June 16, 2014 at 4:36pm

**Jennings Attaway** The first picture is Tim Deegan's (chief meteorologists at first coast news) dui mug shot, which is a stupid joke. The second is the man who had sex slaves. Electric chair!

June 16, 2014 at 4:50pm · 1

**Thaddeus Danson** Different tim deegan. Not FCN one

June 16, 2014 at 4:52pm · 1

**Patsy Dye** regardless of which one it is, that's a damn shame.

June 16, 2014 at 5:08pm · 1

**Markus Wynne Thiesen** Yikes! What a bad joke

June 16, 2014 at 5:24pm · 1

**Jennings Attaway** You got that right **Patsy Dye**!

June 16, 2014 at 7:39pm · 1

**Joseph Jimenez** Janine Jimenez Gabriel ChoSee Translation

June 17, 2014 at 8:51am

**Gustavo Martinez** Lol poor guy. Wrong mugshot

June 17, 2014 at 2:54pm

---

177 ********************************************************************************************************



**Preston Brooks III**

June 16, 2014 ·

Wow!!!! Not Tim

Show Attachment

Share

Selly Lelli likes this.

1 share



**Annette King** Wow.... WTF..... Is This The News Man That Took Dan Hickens Wife. Then Left His Wife For Donna Hicken. Then Married Donna Hicken. STFD.

June 16, 2014 at 5:40pm



**Annette King** This Would Be Tim Deegan

June 16, 2014 at 5:40pm

**Randy Stallworth Sr.** <mark>It's not him read the bottom of the article they used the wrong picture.. Stop spreading rumors.</mark>

June 16, 2014 at 6:29pm · 1



**Jackie Brooks** This is not the right person? They put the wrong picture with the story. Please read the the story.....

June 17, 2014 at 4:21pm

178 *************************************************************************************



**Shemekia MsBeautiful**

June 16, 2014 ·

Omg this is crazy I'm lost for words!!

Show Attachment

Like ·

Share



**Shemekia MsBeautiful** Oh who would do this to that Man smh people these days

June 16, 2014 at 4:43pm · Like



**Angela Persico-Olson** Horrible story but too funny that they use Tim Deagan's DUI picture here.

June 16, 2014 at 5:50pm · Like · 3



**Anthony Gresham** IT IS SO CRAZY TO DO THIS TO ANY ONE WAS NOT HIM A IN GAINESVILLE FLA AND ACCOUTANT

June 16, 2014 at 8:35pm · Like

179 *************************************************************************************



**Sarah Bolger**

June 16, 2014 ·

I knew there was something about Tim deegan I didn't care for. No I have a legit reason lol

Show Attachment

Share



**Ashley Rodis** It's not him. There's a disclaimer at the bottom. That's his DUI picture.

June 16, 2014 at 4:29pm



**Andrea Zapata** Lol!!! He's gonna have an interesting night on the news later!!! Sucks when someone puts the wrong photo up!

June 16, 2014 at 4:32pm · 1



**Kass Lea** I was so confused!! It's an odd name to have a duplicate.

June 16, 2014 at 4:44pm



**Derek Smith** They said that the bottom that the photo was an error. An error that happened to be someone from a rival news station lol the guy that did it is either the biggest idiot on the planet or did it on purpose.

June 16, 2014 at 5:06pm · 1

**Ashley Rodis** I feel like someone's about to get killed with a trident in a new anchor beat down.

June 16, 2014 at 5:09pm · 1

---

180 ********************************************************************************



**Renee Noles Dixon Rener**

June 16, 2014 ·

Is this for real
Show Attachment
Share

- Ray M Hoffman likes this.



**Michael Bozeman** I think so!

June 16, 2014 at 4:22pm



**Renee Noles Dixon Rener** Wow

June 16, 2014 at 4:30pm



**Beth Strickland Friedlin** But Tim Deegan Weatherman isn't who did it... Wrong mug.

June 16, 2014 at 4:32pm · 2



**Michael Bozeman** Yuphttp://www.huffingtonpost.com/2014/06/15/timothy-deegan-sex-slaves_n_5495980.html

June 16, 2014 at 4:40pm

---

181 ********************************************************************************



**Catherine Marlene Thomas** shared a link.

June 16, 2014 ·

Show Attachment

Share

- Terica DuBois likes this.
- 1 share

**Nathan Aldridge** Thought it was Tim Deegan at first.
June 16, 2014 at 5:40pm · 2



**Penne Rosier** He looks like the weather man on channel 4
June 16, 2014 at 5:48pm · 1

**Terica DuBois** Lmbo...i was just gonna say that
June 16, 2014 at 5:48pm

**Terica DuBois** It is him



June 16, 2014 at 5:49pm

**Catherine Marlene Thomas** That pic right there is of the weatherman tim deegan....but its not the tim deegan that was arrested apparently
June 16, 2014 at 5:51pm · 1

**Penne Rosier** I guess he didn't predict this storm!
June 16, 2014 at 5:51pm · 1

**Catherine Marlene Thomas** Not that he ever was bahahahaha
June 16, 2014 at 5:52pm

**Terica DuBois** THIS IS THE GUY



June 16, 2014 at 5:54pm



**Debi Rogers Ascherfeld** That is Tim Deegan's mugshot from his DUI last year
June 16, 2014 at 6:28pm · 1

**Catherine Marlene Thomas** I betcha the weatherman aint too happy lol
June 16, 2014 at 7:00pm · 1

**Nakia Rochelle** Lol
June 16, 2014 at 7:12pm

---

182 **********************************************************



**Michele Warren**
June 16, 2014 ·

OMG!! Seriously ppl. I don't believe this article

Show Attachment

Share

**Traci Oberman** They put up the wrong pic. The article is about a different Tim Degan, not Tim from Jacksonville. They already posted apology post. WOW!!!!
June 16, 2014 at 4:24pm · 1

 **Karen Eldridge Ray** Wow! Sounds like a lawsuit!
June 16, 2014 at 4:26pm · 2

 **Michele Warren** Oh ok Traci Oberman I didn't c the other article. Thank goodness cause that was do unbelievable to me
June 16, 2014 at 4:38pm

**Michele Warren** Karen Eldridge Ray I c that comin too
June 16, 2014 at 4:39pm · 1

 **Traci Oberman** I just seen a post that Deanna Clement put out about this. She posted the actual apology post also.

Check out her Instagram

#dsocialshutterfly
June 16, 2014 at 4:45pm · 2

**Wilma Ingram McAllister** O my goodness this is so not true...
June 16, 2014 at 6:01pm

---

183 **********************************************************

**Michael Bozeman**
June 16, 2014 ·

Tim Deegan Arrested for HUMAN TRAFFICKING! HOLY SHIT!

Show Attachment

Share

- 3 people like this.
- 11 shares



**Je Spence** <mark>Nope, they fucked up.</mark>
June 16, 2014 at 4:22pm

**Rich Burgess** Right name, bogus picture.
June 16, 2014 at 4:22pm · 1

**Michael Bozeman** Thanks fellas What a trip eh, LOL with the DUI last year ya never know how far the spiral went!
June 16, 2014 at 4:24pm · 2

**Je Spence** Trust me, I was like HUUUUUUH?!!!!
June 16, 2014 at 4:24pm · Edited · 1

**John Guido** Right name wrong picture Tim Deegan is not an accountant in Gainesville he's a weatherman in Jacksonville
June 16, 2014 at 4:45pm · 2

**Michael Bozeman** THANK YOU CAPT OBVIOUS! wink emoticon
June 16, 2014 at 4:46pm · Edited

---

184 ********************************************************************************************************



**Zac Hewit** via **My9oh4.com**
June 16, 2014 ·

Show Attachment

Share

- Brittany Boyd likes this.
- 12 shares

**Amber Martinez** That's not THE Tim Deegan right?
June 16, 2014 at 4:26pm · 1

**Zac Hewit** Lol that's what it's saying lol
June 16, 2014 at 4:27pm · 1

**Christopher Leavens** its the wrong one im pretty sure
June 16, 2014 at 4:27pm

**Christopher Leavens** <mark>"Correction: An earlier version of this story was accompanied by an incorrect photograph. The erroneous photo showed an individual who is not connected to this criminal case. Inergize Digital, which mistakenly provided the photograph, apologizes for the error. "</mark>

it's on there

June 16, 2014 at 4:28pm



**Amber Martinez** The comments in the article it's not him. Donna Deegan must be heart broken. Lol.

June 16, 2014 at 4:30pm · 1



**Bernard Jones** 0_0

June 16, 2014 at 4:44pm



**Bernard Jones** You'll think they would've fix this by now? unsure emoticon

June 16, 2014 at 4:46pm



**Kyra L. King Wade** Wow Zac Hewit is that Tim Deegan the weather guy. I'm not sure??

June 16, 2014 at 6:10pm



**Zac Hewit** Kyra L. King Wade I thought it was but I believe it may be a diff tim deegan. People have been telling me it's not the same one

June 16, 2014 at 6:38pm



**Kyra L. King Wade** Thanks Zac like me I know that scared you too. But thanks for letting me know love. Keep me in the loop.

June 16, 2014 at 6:58pm

**Kasey Jones** Kris Starling Burres

June 16, 2014 at 7:02pm

---

**185** ********************************************************************************************



**Jani Soontobe Sellers**

June 16, 2014 ·

Classy think they may need to check their info before posting someone is gonna be pissed as they should be........

Show Attachment

Like ·

Share

·



**9 people** like this.



**Candace Walker** Yeah Jani Soontobe Sellers first he gets caught getting a bj from his now wife Donna deegan in the channel 12 parking lot while still married to his now x wife now he is trafficking hoes I mean yeah he is shot the fuck out!

June 16, 2014 at 4:30pm · Like · 1

**Candace Walker** Is this for real or a mistake Jani Soontobe Sellers I wasnt paying attention

June 16, 2014 at 4:34pm · Like · 1



**Jani Soontobe Sellers** Lol they put the wrong pic up they both have the same name

June 16, 2014 at 4:37pm · Like



**Candace Walker** Oh shit what's sad is I would have believed it about him he's a fucking weirdo

June 16, 2014 at 4:39pm · Like · 1



**Jani Soontobe Sellers** Lol I know right me to

June 16, 2014 at 4:41pm · Like



**Candace Walker** Lol

June 16, 2014 at 4:42pm · Like



**Amanda McDown Mathews** He's actually a WONDERFUL man! I personally know he and his wife whom have both been to my home, and I'm in business with. This world is such bullshit

June 16, 2014 at 5:07pm · Like · 1



**Amanda McDown Mathews** And if I were him I'd own that news company. That's fucking nuts to put the wrong pic up there!

June 16, 2014 at 5:09pm · Like · 2



**Jani Soontobe Sellers** Yes I know him as well he was totally in the wrong for doing what he did but with all that in the past I hate that they screwed up and put his pic with this story sad situation.....

June 16, 2014 at 5:09pm · Like · 1



**Amanda McDown Mathews** I never knew about all that from the past. Of course that's wrong #cheatersneverwin

June 16, 2014 at 5:10pm · Like · 1



**Jani Soontobe Sellers** Yes maam and now he has to deal with this b.s craziness craziness

June 16, 2014 at 5:12pm · Like · 1

 **Ashley Morris** This is his DUI photo, crazy!!

June 16, 2014 at 8:00pm · Like · 2

**186** *********************************************************************************************



**Anna Cardin**

June 16, 2014 ·

This is insane!!

Show Attachment

Share

- 2 people like this.
- 50 shares



**Tiffaney Whitley** It wasn't the meteorologist Tim deegan. It was some accountant

June 16, 2014 at 4:23pm · 1



**Anna Cardin** Ow wow. Oops. Ouch

June 16, 2014 at 4:25pm



**Tiffaney Whitley** Lol

June 16, 2014 at 4:26pm



**Leah Henry Shelly** Why is his pic on there?? It is not the same Tim Deegan! I saw it on another website. I think they just grabbed any mugshot with Tim deegan photo...another reason to hate the news!

June 16, 2014 at 4:31pm · 2



**Daniel Wander** It says Tim Deegan in the article.. I grew up watching this guy on the news.. crazy

June 16, 2014 at 4:34pm · 1



**Anna Cardin** That sucks man. Sorry real Tim deegan

June 16, 2014 at 4:36pm



**Deb Ingram** He had a DUI last year is where the mugshot is from but not a sex offender

June 16, 2014 at 4:42pm · 1

**Kevin Masters** Wrong Degan I surfed with tim degan he's a chill family man not a serial rapist

June 16, 2014 at 7:48pm

**Doyle Wright** Maybe you should take his picture down....wrong Tim!

June 17, 2014 at 1:50pm

**Ashley Rose** untrue...I don't believe it

June 17, 2014 at 2:33pm

**187** **************************************************************************************************************



**Mason Segers** via **My9oh4.com**

June 16, 2014 ·

Show Attachment

Share

- 23 shares



**Helbert Ingram** <mark>What! Tim Deegan is a meteorologist not an acountant. The journalist is confused with a mistaken identity, lol.</mark>

June 16, 2014 at 4:19pm

**Mason Segers** It's not news Tim

June 16, 2014 at 4:20pm · 1

**Helbert Ingram** The picture sure looks like him, must be his double dangger, lol.

June 16, 2014 at 4:41pm

**Susan P Osmar** Looks lime Tim Deegan

June 16, 2014 at 6:44pm

**Mason Segers** It's his mug shot when he got a DUI but it a different person who did the crime

June 16, 2014 at 6:53pm

**Cindy Stevens** Ouch!

June 16, 2014 at 7:30pm

**Jim Hayden** Is this the same weather man, or different Timothy deegan, an accountant

June 16, 2014 at 7:41pm

**Jim Hayden** Sheew, not same Tim

June 16, 2014 at 7:41pm

**188** *********************************************************************************



**Zamboni Thebakedpotato Jones**

June 16, 2014 ·

Donna must be pissed! Two other sex slaves?!?!?!

Show Attachment

Share

- 15 people like this.
- 30 shares

**Melissa Bujeda** Too bad Action News posted the WRONG Tim Deegan picture! He should own cox media now.

June 16, 2014 at 4:05pm · 4

**Zamboni Thebakedpotato Jones** Lol! That's so funny! So surprised it was "Action". Their slogan should be, "Just the facts(ish)!!!"

June 16, 2014 at 4:09pm · 7

**Melissa Bujeda** "We are first, but not accurate!"

June 16, 2014 at 4:13pm · 4

**Zamboni Thebakedpotato Jones** So true, unfortunately. Lol!

June 16, 2014 at 4:14pm · 2

**Lisa Perez** Omg he should be pissed !!

June 16, 2014 at 5:03pm · 2

**David Gaston** Wow....

June 16, 2014 at 5:05pm · 1

**Ron Brooks** Someone's getting paid!

June 16, 2014 at 5:22pm · 2

**Copteacherjax Martin Trauger** Boy oh boy this is gonna cost someone......

June 16, 2014 at 6:09pm · 1

**William Messick** WOW

June 16, 2014 at 6:09pm · 1

**Leslie Anne Dumas** At least his legal fees and fines from the DUI will be paid for!!

June 16, 2014 at 6:47pm · 2

**Stacy Belledin** How terrible!! Mind you I had to read the article twice and squint to read the fine print. Unreal!

June 16, 2014 at 10:15pm

Like Page

189 ********************************************************************************************



**My9oh4.com**

June 16, 2014 ·

Poor #TIM. Sometimes even the BIG BOYS Make a Mistake. (Note to all my Grammar Police)

Show Attachment

Like · Comment ·

Share

○
○    Press Enter to post.
○ 

**Kurt A Brown** Better take his pic off before he sues deformation

Like · Reply · 7 · June 16, 2014 at 4:39pm

▪ 

**My9oh4.com** they took the link down

Like · 1 · June 16, 2014 at 4:43pm

▪ View more replies

○ 
**Rob Sweat** different person than jacksonville's Tim...http://www.huffingtonpost.com/.../timothy-deegan-sex...



**Florida Man Kept 3 Women As Sex Slaves: Cops**

HUFFINGTONPOST.COM

Like · Reply · 8 · June 16, 2014 at 3:59pm · Edited

▪ 

**My9oh4.com** YES. AP made a #MISTAKE

Like · 2 · June 16, 2014 at 4:05pm

▪ View more replies

○ 

**Justin Orders** I guess you could say now that he's....feeling under the weather

Like · Reply · 9 · June 16, 2014 at 4:05pm · Edited

○ 

**Jessica Cothren Haag** If its the wrong Tim then please take it down. If your picture was up along with a crime you did not commit wouldn't you want it taken down?

Like · Reply · 5 · June 16, 2014 at 5:55pm

○ 

**Westley D. Smith** Tim Deegan did what?

Like · Reply · 3 · June 16, 2014 at 4:12pm

○ 

**Heather Schieferle Preysz** Not a mistake. Action News knew full well. Despicable!

Like · Reply · 2 · June 16, 2014 at 7:50pm

○ 

**Aaron Budke** Our tim did arrested for a DUI though

Like · Reply · 3 · June 16, 2014 at 5:16pm

○ 

**Erin Brophy Adams** Different Tim Deegan: this guys is a big accountant in Gville.



Like · Reply · 1 · June 16, 2014 at 8:02pm

○ 

**Luke Sadowski** Our Tim should sue the crap out of them. A mistake like that could ruin a public figures life even if it's not true.

Like · Reply · 2 · June 16, 2014 at 6:44pm

○ 

**Sue Deaver** That is not funny. Bad joke!

Like · Reply · 1 · June 16, 2014 at 6:16pm



**Cindy Ann Durrance** Ewww someone is in trouble big trouble

Like · Reply · 2 · June 16, 2014 at 4:20pm



**Coraly Guzman** Wrong Tim

Like · Reply · 1 · June 16, 2014 at 4:18pm



**My9oh4.com** Not us

Like · Reply · June 17, 2014 at 3:04pm



**Karen Curtis** Y'all May end up getting sued for this

Like · Reply · 1 · June 16, 2014 at 10:06pm



**Victoria King Krajewski** Say it aint so!!! I knew it wasn't our Tim!

Like · Reply · June 16, 2014 at 9:47pm



**Shannon Meowski** Cant any of you read? You're adults. I'm 19 and get it.
What the hell? Lol

Like · Reply · 1 · June 16, 2014 at 9:19pm · Edited



**Jean Shandorf-Erie** OMG, I would make them pay for that. It's one thing to get picked up for a DUI, but this is so wrong. Mind you I'm not a big Tim fan, but I do like Donna and this is just wrong.

Like · Reply · June 16, 2014 at 7:54pm



**Jenni Hancock** Christina SerraSee Translation

Like · Reply · June 16, 2014 at 7:44pm



**Naomi Lynn Sierra-Jackson** OMG you serious not the weather guy!!!

Like · Reply · June 16, 2014 at 7:42pm



○ **Kenneth Killian** First Coast News

Like · Reply · 1 · June 16, 2014 at 7:23pm

○ **Kenneth Killian** you really should delete this

Like · Reply · June 16, 2014 at 7:22pm

○ **My9oh4.com** It wasnt a joke Sue...actual post

Like · Reply · June 16, 2014 at 6:18pm

○ **Dawn Carter** thank god! Its not our Tim Deegan

Like · Reply · June 16, 2014 at 5:54pm

○ **My9oh4.com** Yup but dui and having a sex slave are different thingd

Like · Reply · June 16, 2014 at 5:41pm

○ **Beth Ann Gamil** Wow OUCH... I would say they made a mistake.

Like · Reply · 1 · June 16, 2014 at 5:10pm

○ **My9oh4.com** Yup.....crazy

Like · Reply · June 16, 2014 at 5:00pm

○ **Joe Frazier** what?? not tim

Like · Reply · June 16, 2014 at 4:42pm

○ **Erica Nicole** I'm like what

Like · Reply · June 16, 2014 at 4:20pm

○ **My9oh4.com** The suspects name isnt Tim. It was a mistake

Like · Reply · June 16, 2014 at 4:19pm

○ 

**My9oh4.com** Not this

Like · Reply · June 16, 2014 at 4:12pm

○ 

**My9oh4.com** Lol

Like · Reply · June 16, 2014 at 4:05pm

○ 

**Ashley V Rials** Different Tim! http://www.nydailynews.com/.../florida-accountant-hookers...



Like · Reply · 2 · June 16, 2014 at 4:26pm

○ 

**Amie Aqui** It's not OUR Tim!!!

Like · Reply · 1 · June 16, 2014 at 4:34pm

■ 

**My9oh4.com** Nope a mistake by AP

Like · 1 · June 16, 2014 at 7:29pm

**190** **************************************************************************



**Richard Gysin** shared a link.

June 16, 2014 ·

Show Attachment

Share

-  Jeff Cramp likes this.

- **Chris Keepsitreal** Is that Tim Deagan?
  June 16, 2014 at 4:01pm

- **Richard Gysin** thats what i was thanking
  June 16, 2014 at 4:03pm

- **Chris Keepsitreal** Just read it it's him lol
  June 16, 2014 at 4:03pm

- **Richard Gysin** my phone will not.load it that's t i posted it.trying to see
  June 16, 2014 at 4:07pm

- **Richard Gysin** crazy shit man
  June 16, 2014 at 4:08pm

-  **Justin Sweat** <mark>it's the wrong photo in that article, this is the correct photo of the guy. they do have the same name though lol talk about bad press! poor drunken weather guy.</mark>
  http://www.nydailynews.com/.../florida-accountant-hookers...
  June 16, 2014 at 4:11pm · 1

- **Richard Gysin** hahaha lmao real shit? damn that's gotta suck
  June 16, 2014 at 4:16pm

-  **Justin Sweat** The funny thing, the article you posted is action news jax....so whoever put that photo on there HAD to know who the fuck he was, he's their direct competition. It almost feels like Action News just trolled Tim Deegan hard as fuck lol
  June 16, 2014 at 4:18pm · Edited

- **Richard Gysin** dam thats fuckd up
  June 16, 2014 at 4:19pm

**191** **************************************************************************

Mark Delacruz

June 16, 2014 ·

<mark>Those used the wrong mugshot but still bad for Tim Deegan. Lol</mark>

Show Attachment

Share

- 4 people like this.
-

**James Pittman** Lmao
June 16, 2014 at 4:06pm · 1

---

192 **************************************************************************************************

**Ann Jilek** shared a link.

June 16, 2014 ·

Show Attachment

Share

- **Ann Jilek** Tim Deegan. Is that you? grin emoticon
June 16, 2014 at 3:42pm

---

193 **************************************************************************************************

**Charles Lane**

June 16, 2014

Donna gonna pissed about that
Show Attachment

Share

- Michael Thomas likes this.
- 1 share

---

194 **************************************************************************************************

**Kimberly Gill** shared a link.

June 16, 2014 ·

Show Attachment

Share NO PUBLIC COMMENTS

**195** **************************************************************************************



**Mark Hall** shared a link.

June 16, 2014 ·

Show Attachment

Like ·

Share

---

- 1 share



**April Langeford** Sick just don't understand people

June 16, 2014 at 3:53pm · Like



**Alisa Parsegyan** Wrong tim deegen.

June 16, 2014 at 3:55pm · Like · 2



**Cara George** Why does the man in that photo look familiar? He reminds me of a news reporter that was in Florida

June 16, 2014 at 4:29pm · Like · 1



**Alisa Parsegyan** Because he is. This photo is when he was arrested for a dui.

June 16, 2014 at 4:30pm · Like · 1



**Cara George** Ahhhhh got ya.

June 16, 2014 at 4:30pm · Like



**Janie Cowart** http://m.nydailynews.com/.../florida-accountant-hookers...

June 16, 2014 at 4:42pm · Like · 1



**Vicki Smith Collins** Hahaha poor Tim Deegan!

June 16, 2014 at 6:59pm · Like



**Billy Epperson** It wasnt tim Deegan. They put up wrong picture

June 16, 2014 at 7:17pm · Like



**Vicki Smith Collins** Yea I know

June 16, 2014 at 7:19pm · Like · 1



**Gino DaSilva** Fucking creep!

June 17, 2014 at 3:22am · Like



**Susan West Gill** situation horrible..but Tim deegans picture with the title..priceless!!!!! sun bum was just drunk!!

June 17, 2014 at 4:18am · Edited · Like



**Joy Hall** Wrong picture this is The weather man from channel 12 in Jville

June 17, 2014 at 12:09pm · Like



**Gino DaSilva** Sherri if i told u what i used to do to people that took advantage of children or the vulnerable who cant take care of themselves. They wouldve given me a medal! True THUG FOR REAL!

June 17, 2014 at 1:42pm · Like

---

**196** **********************************************************************************************



**Myrriaha Meador**

June 16, 2014 · Edited ·

Bahaha nice one...fail

Show Attachment

Share

4 people like this.

**Melissa White** <mark>Funny that it's the wrong Tim Deegan pictured!</mark>
June 16, 2014 at 3:23pm · 2

**Randall Conley** wow he about to sue and get paid....wrong picture

June 16, 2014 at 3:24pm · 1

**Myrriaha Meador** Lol right. We're such a wise bunch here in Jacksonville wink emoticon

June 16, 2014 at 3:31pm

**Sidney Brooks** Id be pissed

June 17, 2014 at 6:08am · 1

**Sidney Brooks** They were all "our bad"

June 17, 2014 at 6:09am · 1

**Myrriaha Meador** Whatever....your bad....I'd be like you better fix this somehow. I'm rich biotch!!

June 17, 2014 at 7:53am

**Sidney Brooks** Seriously! then they tried to blame the people they got the pic from smh

June 17, 2014 at 8:51am · 1

**Myrriaha Meador** Lol no no no. It's no one's fault but the person that put it up. I don't understand how you can't realize that before hand?! Really...

June 17, 2014 at 9:58am · 2

---

**197** ********************************************************************

**Kelli Schreader** shared a link.

June 16, 2014 ·

Show Attachment

Share

- William E Walker likes this.

**William E Walker** Poor ole Tim Deegan

June 16, 2014 at 7:12pm

---

**198** ********************************************************************

**John Jay**

June 16, 2014 ·

I dont feel i can watch action news after what they did Putting a competitors picture up on fb like this Looks like one more person needs firing at action news now

Show Attachment

Like ·

Share

·

- 1 share



**Michele Williams** Huh? It won't open...

June 16, 2014 at 3:08pm · Like



**Ben Piltz** They took it down to make changes, then put it back up.

June 16, 2014 at 3:48pm · Like



**Jill Bogan Day-Schuler** Ass hole!! Put him in with hard core inmates.

June 16, 2014 at 6:03pm · Like · 1



**Jill Bogan Day-Schuler** No mercySee Translation

June 16, 2014 at 6:04pm · Like



**Jim Luttrell** I'm a firm believer justice should be swift, adequate and no regrets for those who hurt children, old people (oh crap! Do I fall in that category now?) and where it is obvious such as this case in locking up women. There is NO JUSTIFICATION in these type cases. The culprit needs to suffer even more than his victims....but doubt there is anyway to make them feel the pain they inflicted on their victims.

June 16, 2014 at 9:20pm · Like · 2



**Matt Haglund** Real bad auto correct Jon John Jay

June 17, 2014 at 12:15am · Like · 1



**Matt Haglund** May be not a competitor?? Lol

June 17, 2014 at 12:16am · Like



**Michele Williams** So....wait a minute....they had Tim Deegan the weather guy's pic along with THIS horrendous story???? WTF??? That person has lost his job by now, I guess? What a major eff up!!!

June 17, 2014 at 6:12am · Like



**Michele Williams** (For those of you who don't live in Jax, the man in the pic is the local 30-yr veteran weatherman of another channel, arrested for drunk driving awhile ago...thus the mugshot.... same name as the sex trafficker, apparently...but NOT the right person's picture...looks like a lawsuit to me...)

June 17, 2014 at 6:17am · Like · 1



**Devon Till** People working in broadcasting locally and nationally, frequently trash other networks. I heard my dad talk about some bizarre crap that would go around when he worked in TV. Anchorman was pretty accurate in it's stereotypes. Anchors have it rough.

June 17, 2014 at 7:25am · Like · 1



**Sally Logan** Was it a screw-up or misconduct? Either way, the person responsible needs to be fired, and Tim Deegan needs to file a lawsuit against Action News!

June 17, 2014 at 6:26pm · Like · 2



**Katy Sullivan** I agree with you Sally Logan. It's a different Tim Deegan! I read the actual article with a pic of the real asshole! He's an accountant.

June 18, 2014 at 5:02am · Like



**Randy Beeson** I saw the piece with another mugshot and saw his name was tim deegan as well. Didnt see the mixed up pic but I usually watch 4 news anyway. Probably not a mistake IMO though they can argue it was.

June 18, 2014 at 5:17am · Like

---

199 **************************************************************************



**Tom Weatherby**

June 16, 2014 ·

Tiffany Griffin
Show Attachment  NO PUBLIC COMMENTS
Share

---

200 **************************************************************************



**Jordan Lee Mills**

June 16, 2014 ·

Bev Mills
Show Attachment
Like ·
Share



**Billy Heavlin** Wrong Tim Deegan http://www.actionnewsjax.com/.../GuBDle-rV0W-yhMEPopO1A.cspx

June 16, 2014 at 2:40pm · Like



**Beverly Youssef** OMG

June 16, 2014 at 3:37pm · Like



**Beverly Youssef** Its not like Tim has had enough embarrassment...with the DUI. Some times it pours ...

June 16, 2014 at 3:39pm · Like



**Michelle Cannon** Wow ..who new...

June 16, 2014 at 3:53pm · Like



**Brandi Ray** Lol

June 16, 2014 at 8:36pm · Like

---

201 ****************************************************************************************************



**Laura Hair Palecek**
June 16, 2014 ·

Jacee Wade-Clayton
Show Attachment
Share

- 27 shares



**Linda Bowen** That's not the man
June 16, 2014 at 2:28pm ·

**Penny LaRocca Kelley** looks like Tim Deegan

June 16, 2014 at 2:28pm



**Rachel Leary** It's another guy with the same name.. they just put his face to it.

June 16, 2014 at 2:34pm · 2

**Terry Bass Bryant** This is his mug shot from the drunk driving arrest. The man accused of this crime has the same name but they actually showed a diff pic on the news story last wk.

June 16, 2014 at 2:50pm

**Crystal Peeples Nelson** Wrong Tim deegan....

June 16, 2014 at 3:07pm

**Tina Allen** lol.

June 16, 2014 at 3:16pm

---

**202** *************************************************************************************************************************************



**Whitney Yant Calfee**

June 16, 2014 ·

OPPSIES!!!!

Show Attachment

Share

- 10 people like this.
- 51 shares



**Addison McCumber Crenshaw** No!?!???!

June 16, 2014 at 2:37pm

**Jen Ghegan** I dont think its true. Plus thats the same mugshot from his dui arrest

June 16, 2014 at 2:47pm

**Whitney Yant Calfee** I don't think it is true. It is just an OPPSIE bc they accidentally used his picture.

June 16, 2014 at 2:58pm · 2

**Jen Ghegan** Ohhhhh thats why you wrote oopsie...gotcha

June 16, 2014 at 3:00pm · 1

**Whitney Yant Calfee** wink emoticon

June 16, 2014 at 3:00pm

**Armand Jenkins** YEah I was about to say that looks like Tim Deegan...lol

June 16, 2014 at 3:12pm · 1

**Carrie Noreen Hannigan** There is another Tim deegan in Gainesville.. They used the wrong person...

June 16, 2014 at 3:29pm · 1



**Karlyn McKell** lolzz

June 16, 2014 at 3:36pm



**Michele Allen Platt** HAHAHAHA

June 16, 2014 at 3:36pm



**Jacqueline M Kerssemakers** Haha bad mistake, the alleged offender totally has the same name though.

That's what you get when your mugshot is on file.

Gretchen Laura I thought you'd enjoy this......

June 16, 2014 at 4:36pm



**Jenny Harrison** WOW!!!

June 16, 2014 at 5:35pm



**Fleming Wily** How did that go undetected by a leading local Jax news source? The old surfer weatherman confused for a sex felon.. ureal.

June 16, 2014 at 6:29pm



**Cate Cheevers Bates** Wow! Poor Tim (Jax Tim)!

June 16, 2014 at 6:47pm



**Nicholas Fouraker** He is the weather guy jot an accountant. On another note were the woman slaves or drug addicts? Just sayin

June 16, 2014 at 7:29pm



**Edmund James** In completely unrelated news, Tim Deegan (Meteorologist, not the sex dungeon operator) now owns Actionnewsjax.com

June 16, 2014 at 9:04pm



**Michelle Vannucci** I would sue for them putting up wrong picture.....

June 17, 2014 at 1:11pm

**203** ********************************************************************************



**Nate Evans**

June 16, 2014 ·

Lolwtf...good ol Tim Deegan. Your Jax local weather authority.

Show Attachment

Share

- 2 people like this.
- 12 shares



Jeremy Loveland Ha, somehow the photo was swapped. That was from his DUI a year or two ago. That's a different Tim Deegan with the sex slave charge. http://www.huffingtonpost.com/.../timothy-deegan-sex...

**Florida Man Kept 3 Women As Sex Slaves: Cops**

A Florida accountant has been accused of confining...

HUFFINGTONPOST.COM

June 16, 2014 at 2:48pm

Jeff Card Wrong mug shot

June 16, 2014 at 4:23pm

Glynn Walker Was about to say....I used to deliver twice baked potatoes and sandwiches to that guy.

June 16, 2014 at 7:46pm

Nate Evans They updated it saying blaming the incorrect photo on somebody else....wow...shitty journalism....and a lawsuit if I were him.

June 16, 2014 at 8:27pm · 2

Matt Thibeau If thats not a defamatory fuckup on the journalists' part I don't know what is haha

June 17, 2014 at 1:01am

Like Page

**204** ********************************************************************************

**to randomly yell out DUUUVALLLLL**

June 16, 2014 ·

Ohhh Tim Deegan haha...wrong picture but right name.

Show Attachment

Like · Comment ·

Share

· 1181

**205**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Russell Perry** shared a link.

June 16, 2014 ·

Show Attachment

Share

- **Derek Carpenter** likes this.
- 40 shares



**Brittany Scherer** Is this a joke? Lol the weather man? Lol
June 16, 2014 at 2:26pm

**Tracy Dudney** That's got to be a mistake....
June 16, 2014 at 2:36pm

**Jeremy Dodd** <mark>In the Article it states Timothy Deegan as accountant in Gainesville. Maybe they just got the wrong mugshot</mark>
June 16, 2014 at 2:37pm · Edited

**Tracy Dudney** They will get sued for defamation for posting his mugshot with this article....wrong Tim deegan See Translation
June 16, 2014 at 2:38pm · 2

**Brittany Scherer** He isn't the weather man anymore, maybe he moved to gainsville lol.
June 16, 2014 at 2:40pm

**Tracy Dudney** No. He lives at the beach here. I see him in publix all the time
June 16, 2014 at 2:41pm · 1

**Brittany Scherer** Lol still funny.
June 16, 2014 at 2:47pm

**Billy Hughes** Tim? I thought he was a drunk that would hit on your wife
June 16, 2014 at 3:06pm · 2

**Thomas Jay Riviere** Tim degan
June 16, 2014 at 3:44pm

**206** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Meegan Hedge Davis**

June 16, 2014 ·

HahahhahHahaahh
See Translation
Show Attachment
Share

**Shannon Janes** ==They took that down quick== !

June 16, 2014 at 2:47pm

**Meegan Hedge Davis** Lol. They did!!

June 16, 2014 at 2:51pm

**Aaliyah Neal** OMG, did they not realize what they did?!

June 16, 2014 at 5:57pm

**Meegan Hedge Davis** Not till about 20-30 min after they posted it I guess. Lol. It hilarious !!!!!!!

June 16, 2014 at 5:57pm

**Meegan Hedge Davis** They disabled the link for a while. Then activated it again with a generic picture

June 16, 2014 at 5:59pm

**Aaliyah Neal** I cracked up whenI saw your post. Before I read the article I was like "daaaaaaam. DUI and now sex slaves"

June 16, 2014 at 6:01pm · 1

**207** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Wade Schemer**

June 16, 2014 ·

Tim?!
Show Attachment
Like ·
Share

28 shares



**Jen Rogers Bohlmann** woah wait, what? seriously!

June 16, 2014 at 2:16pm · Like · 2



**Brad Malaier** <mark>Nope. Wrong picture. Same name, different guy.</mark>

June 16, 2014 at 2:17pm · Like · 4



**Wade Schemer** Was it Daryl Wayne?

June 16, 2014 at 2:24pm · Like · 1



**Wade Schemer**http://m.topix.com/forum/source/wtlv/TCPKDIAS7TDUJJR4Q/p12



## The worst TV news people in Jax are?

Please note by clicking on "Post Comment" you acknowledge that you have read the Terms of Service...

TOPIX.COM

June 16, 2014 at 2:27pm · Like



**Beth Sullivan** I can't believe they put the wrong picture up!!!! The person who did this... Accident or not.... Should be fired immediately.

June 16, 2014 at 3:54pm · Like · 3



**Brittney Guadagno** This can't be real

June 16, 2014 at 3:57pm · Like · 1



**Vincent Chico Garcia** The story is real, the name is real, THAT photo isn't real. In fact they even mentioned it on the news program and made the disclaimer that it wasn't there weather man Tim Deegean.

June 16, 2014 at 4:01pm · Like · 2



**Robin Arnvard** Were his hands cut off?? Really guys!!!

June 16, 2014 at 4:28pm · Like · 1



**Abigail Vazquez** OMG!! He's on tv right now

June 16, 2014 at 4:35pm · Like · 1



**Kim Stafford Romano** Please note this is the wrong photo with the headline!

June 16, 2014 at 5:28pm · Like

---

208 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Thomas Evans** shared a link.

June 16, 2014 ·

Show Attachment

Share

- Stephanie Lovell likes this.
- 36 shares

**Jennie Gibson** BTW, here is the real man. Action News used Tim Deegans photo gasp emoticon http://www.nydailynews.com/.../florida-accountant-hookers...

June 16, 2014 at 2:11pm · 1

**Lee L Landman** at least they got the name right! LOL

June 16, 2014 at 2:25pm

**Katie Collier** thats a lawsuit right there

June 16, 2014 at 2:32pm · 1

**Kimberly Kelly** Wow

June 16, 2014 at 4:03pm

**Jon Prime** Those sluts fucked for coke he will get off he's a pimp who got caught

June 16, 2014 at 6:19pm

**Stephanie Lovell** This has to be a fake...!

June 16, 2014 at 8:55pm · 1

**209** *****************************************************************************************************



**Steve Couch**

June 16, 2014 ·

That Tim Deegan guy...

Show Attachment

Share

•  2 people like this.

• **Nes Bolante** http://www.nydailynews.com/.../florida-accountant-hookers...
June 16, 2014 at 2:09pm

• **Nes Bolante** haha wrong tim.
June 16, 2014 at 2:10pm · 2

• **Nes Bolante** go to that article and when you post it, his pic comes up, looks like tim might be getting a check haha
June 16, 2014 at 2:12pm · 1

• **Steve Couch** Yeah that's what's funny; news reporting excellence put up the wrong picture to begin with...
June 16, 2014 at 2:14pm · 2

• **Rachel Leary** It's not the weatherman it's the guy above
June 16, 2014 at 2:19pm · 2

•  **Brandy B. Manis** Poor Deegan, I love that weather man
June 16, 2014 at 2:31pm · 1

• **Terry Flanigan Alvarado** HAHA! Good one Steve!
June 16, 2014 at 5:50pm · 1

• **Laurie Jean Godwin Leslie** This photo is everywhere! I'd be pissed if I were Tim!
June 17, 2014 at 3:31pm · 1

**210** **********************************************************************************************************************************



**Jamie Kay**

June 16, 2014 ·

Timmy whyyyy?

Show Attachment

Share

-  Kylie Lampiasi likes this.
- 66 shares
- **Michael Gunter** Wrong Deegan baby doll. This guy is a weather man, not a sex trafficker. lol

  June 16, 2014 at 2:23pm · Edited
- **Michael Gunter** http://www.huffingtonpost.com/.../timothy-deegan-sex...

  June 16, 2014 at 2:26pm
- **Jamie Kay** Well u see the picture lol

  June 16, 2014 at 2:26pm · 2
- **Michael Gunter** oh Jamie...

  June 16, 2014 at 2:27pm
- **Jamie Kay** Lol

  June 16, 2014 at 2:29pm
- **Jamie Kay** Others were in shock too. Seemed legit.

  June 16, 2014 at 2:29pm
- **Michael Gunter** bwahahahaha

  June 16, 2014 at 3:19pm

**211** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Margaret Tate**

June 16, 2014 ·

are you kidding me? I mean, really Tim?

Show Attachment

Share

- 15 people like this.
- 135 shares

**Caryn Nesset** They used the wrong mug shot! Someone's in trouble...
June 16, 2014 at 2:03pm · 8

**Brenton Graham** http://www.nydailynews.com/.../florida-accountant-hookers...
June 16, 2014 at 2:03pm · 2

**Brenton Graham** they used the wrong tim deegan's pic!
June 16, 2014 at 2:04pm · 5

**Roland Starling** It's a typo he's just a drunk not slave owner lol
June 16, 2014 at 2:04pm · 8

**Brenton Graham** http://www.nydailynews.com/.../florida-accountant-hookers...
June 16, 2014 at 2:04pm

**Sarah Melendez** Well damn !
June 16, 2014 at 2:07pm

**Guy Barnhart** DOH!
June 16, 2014 at 2:08pm · 1

**Joshua Wayne Saunders** This can't be real
June 16, 2014 at 2:12pm

**Felicia Appicelli** Holy shit that's gonna make him look god awful.
June 16, 2014 at 2:22pm

**Jessica Ann DeClue** Wow!!! Wonder how Donna feels about him now? Imagine, she left Dan Hicken and their 4 daughter to be with this loser... Karma is a bitch. What a disaster.
June 16, 2014 at 2:26pm · 1

**Jessica Ann DeClue** Omg just read the other messages above!!
June 16, 2014 at 2:26pm · 1



**Jessica Ann DeClue** I hope it's a mistaken photo!

June 16, 2014 at 2:26pm · 1



**Cole Donald Beasley** This is his DUI pic.

June 16, 2014 at 2:31pm

**Mike Hulihan** This is probably a joke... But not far from the truth

June 16, 2014 at 3:14pm

**Ross Rittgers** Not a joke just a different Degan and those rival news company used the wrong photo, on " accident" I'm sure

June 16, 2014 at 3:54pm · 4

**Matthew Douglas Mcgregor** It's not him!

June 16, 2014 at 7:14pm

**Christopher Smith** Deegan, you should get some compensation for that bro.

June 16, 2014 at 9:39pm · 1

**Alexander S. Morris** Im now waiting on First Coast's reports on the "real" reason Action fired their 5 top reporters. Your move First Coast.

June 16, 2014 at 10:00pm

---

**212** **********************************************************************************************



**Bobby Thierbecker**

June 16, 2014 ·

<mark>Oh wow I think Tim's going to be pissed</mark>

Show Attachment

Like ·

Share

- 62 shares



**J Parker Williams** Can you say law suit I bet dan hicken is behind this! Lol

June 16, 2014 at 2:02pm · Edited · Like · 1



**Cathryn Wessels** Omg wow. He's not going to like this

June 16, 2014 at 2:05pm · Like



**Kara Neeson Gill** Mary Claire Parsons

June 16, 2014 at 2:14pm · Like · 1



**Raymond Kemp** Rotflmao

June 16, 2014 at 2:20pm · Like



**Nikki Lott** What in the world? Is that Tim Degan? Or Jaws as my Daddy called him?

June 16, 2014 at 2:41pm · Like



**J Parker Williams** Wrong pic! Same name

June 16, 2014 at 3:02pm · Like



**Tiffani Lynn Norman** What the hell is this about cant people leave people alone

June 16, 2014 at 3:46pm · Like



**Cord Walters** Wtf... that looks like the news guy!

June 16, 2014 at 5:11pm · Like



**John Estelle** Lmao

June 17, 2014 at 5:40am · Like